United States District Court
Southern District of Texas
**ENTERED**
July 15, 2021
Nathan Ochsner, Clerk

TX/SD/JS-14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | CIVIL ACTION NUMBER M-21-272 |
|---|---|
| **Style** | THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, ET AL<br>VS.<br>PRESIDENT JOSEPH R. BIDEN, ET AL |
| **ORDER** | I stand recused in this case. |

Signed: *(signature)*
Ricardo H. Hinojosa
United States District Judge

Date: July 15, 2021

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | MICAELA ALVAREZ |

NATHAN OCHSNER
United States District Clerk

By: *(signature)* Kathryn Nelson

Deputy Clerk