Case 7:21-cv-00272 Document 21 Filed on 11/03/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS; and GEORGE P. BUSH, in his official capacity as Commissioner of the General Land Office of the State of Texas,<br><br>      Plaintiffs,<br><br>VS.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,<br><br>      Defendants. | CIVIL ACTION NO. 7:21-cv-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br><br>      Plaintiffs,<br><br>VS.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of the United States Customs and Border Protection; and UNITED | CIVIL ACTION NO. 7:21-cv-00420<br><br>(Formerly CIVIL ACTION NO. 6:21-cv-00052) |

| | |
|---|---|
| STATES CUSTOMS AND BORDER PROTECTION, | § § § |
| Defendants. | § § |

## ORDER

In *General Land Office of the State of Texas v. Biden*, No. 7:21-cv-272, Dkt. No. 20 (S.D. Tex. Oct. 25, 2021) (Alvarez, J.), the government defendants moved to consolidate their case, viz. 7:21-cv-272, with civil action number 6:21-cv-52, now 7:21-cv-420. The motion indicates that the Plaintiffs in 7:21-cv-420, viz. the States of Missouri and Texas, oppose consolidation whereas the plaintiffs in 7:21-cv-272 do not oppose consolidation. Accordingly, the Court **ORDERS** Plaintiffs Missouri and Texas to file their response brief to defendants' motion to consolidate in civil action number 7:21-cv-272 no later than **November 23, 2021**. Failure to file a timely response brief will render Defendants' motion to consolidate in 7:21-cv-272 unopposed by operation of Local Rule 7.4.

The Court also considers the "Motion to Dismiss by the Federal Government Defendants" filed on October 18, 2021 in civil action number 7:21-cv-272. The Court **ORDERS** that briefing and consideration of the motion to dismiss is **STAYED** pending resolution of the consolidation issue.

With respect to the initial pretrial and scheduling conference, the Court **ORDERS** all parties in civil action numbers 7:21-cv-420 and 7:21-cv-272 to follow the July 14, 2021 "Order for Conference and Disclosure of Interested Parties" in 7:21-cv-272, with the amendment that the initial pretrial and scheduling conference is set for **February 15, 2022, at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of November 2021.

_____
Micaela Alvarez
United States District Judge