IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | No. 7:21-cv-00272<br>Hon. Micaela Alvarez |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>        Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052)<br>Hon. Micaela Alvarez |

**[PROPOSED] ORDER**

Upon consideration of "Federal Government Defendants' Motion To Dismiss The Amended Complaint By *General Land Office* Plaintiffs," it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the complaint in *The General Land Office of the State of Texas, et al. v. Biden, et al.*, No. 7:21-cv-00272, is hereby DISMISSED.

SO ORDERED.

_____             _____
Date                                                       MICAELA ALVAREZ
                                                                  United States District Judge