# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, and <br><br> THE STATE OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 7:21-cv-00420 <br> (formerly No. 6:21-cv-00052) <br> (consolidated with No. 7:21-cv-00272) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in Case No. 7:21-cv-00420, the States of Missouri and Texas, appeal to the United States Court of Appeals for the Fifth Circuit from the orders of the U.S. District Court for the Southern District of Texas dismissing the States' action and denying their preliminary injunction (ECF No. 57).

| | |
|---|---|
| Date: August 8, 2022 | Respectfully submitted, |

| | |
|---|---|
| ERIC S. SCHMITT<br>Attorney General of Missouri | KEN PAXTON<br>Attorney General of Texas |
| D. JOHN SAUER, #58720MO*<br>Solicitor General | BRENT WEBSTER<br>First Assistant Attorney General |
| /s/ *Michael E. Talent*<br>MICHAEL E. TALENT, #73339MO*<br>Deputy Solicitor General | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| MADDIE M. GREEN, #73724MO*<br>Assistant Attorney General<br>for Special Litigation | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| OFFICE OF THE ATTORNEY GENERAL<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, Missouri 65102<br>Tel. (314) 340-4869<br>Fax (573) 751-0774<br>John.Sauer@ago.mo.gov<br>Michael.Talent@ago.mo.gov<br>Maddie.Green@ago.mo.gov | AARON F. REITZ<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>Southern Dist. of Texas Bar No. 3653771<br><br>/s/ *Ryan D. Walters*<br>RYAN D. WALTERS<br>*Attorney-in-Charge*<br>Special Counsel, Special Litigation Unit Texas<br>Bar No. 24105085<br>Southern Dist. of Texas Bar No. 3369185 |
| *Counsel for Plaintiff State of Missouri*<br><br>*Admitted pro hac vice | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 936-0545<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>aaron.reitz@oag.texas.gov<br>ryan.walters@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

## Certificate of Service

I certify that on August 8, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ *Michael E. Talent*
Counsel for Plaintiffs
