UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE TEXAS GENERAL LAND OFFICE; and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | Case No. 7:21-CV-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, <br><br> Plaintiffs, <br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Case No. 7:21-CV-00420 <br><br> (Formerly Case No. 6:21-CV-00052) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Christopher L. Peele, a duly licensed and admitted member of the Bar of this Court, and hereby notices his appearance on behalf of Plaintiffs the Texas General Land Office and Commissioner Dawn Buckingham, M.D. in the above styled and numbered cause.

RESPECTFULLY SUBMITTED this the 13th day of March, 2023,

*/s/ Christopher L. Peele*
Christopher L. Peele
Texas Bar No. 24013308
S.D. Tex. Bar No. 31519
PEELE | NIMOCKS LAW FIRM
4002 E. Hwy. 290
Dripping Springs, TX 78620
Phone: (512) 417-0334
Email: chris@peelenimocks.com

*Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.*

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.3, I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Christopher L. Peele*
Christopher L. Peele