UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE TEXAS GENERAL LAND OFFICE; and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Case No. 7:21-CV-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, <br><br> Plaintiffs, <br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 7:21-CV-00420 <br><br> (Formerly Case No. 6:21-CV-00052) |

## **[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for Substitution of Counsel, the motion is GRANTED. Cory R. Liu and the Ashcroft Law Firm are withdrawn from their representation of Plaintiffs in this case.

SO ORDERED.

_____, 2023.

_____
Micaela Alvarez
United States District Judge