IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 7:21-cv-00272<br>Hon. Micaela Alvarez |

**ORDER GRANTING JOINT MOTION TO STAY SUMMARY JUDGMENT BRIEFING**

1. Upon consideration of the parties' joint motion to stay summary judgment briefing pending a decision by the U.S. Court of Appeals for the Fifth Circuit in the companion case consolidated with this action, *State of Missouri et al., v. Biden et al.*, No. 22-40526 (5th Cir.), the Court finds that good cause exits for the requested stay. Accordingly, it is hereby **ORDERED** that the joint motion is **GRANTED.**

2. Summary judgment briefing in this case is **STAYED**. The summary judgment and pretrial conference schedule set forth in the Court's case management order (ECF No. 64) is **VACATED**.

3. The parties are **ORDERED** to file a status report and proposed schedule governing further proceedings no later than 30 days after issuance of the mandate in *State of Missouri et al., v. Biden et al.*, No. 22-40526 (5th Cir.).

**IT IS SO ORDERED.**

**DONE** at McAllen, Texas, this \_\_\_\_ day of _____ 2023.

_____
Micaela Alvarez
United States District Judge