Case 7:21-cv-00272 Document 81 Filed on 03/31/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE TEXAS GENERAL LAND OFFICE; and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, | § § § § § § § § § § § | CIVIL ACTION NO. 7:21-cv-00272 |
| Defendants. | § | |

## ORDER

The Court now considers the parties' Unopposed Joint Motion to Stay Summary Judgment Briefing Pending a Decision by the Fifth Circuit.[1]

This Court issued an order and opinion in these consolidated cases on August 3, 2022, dismissing Plaintiffs Texas and Missouri from the case and dismissing certain claims by Plaintiff GLO.[2] Texas and Missouri appealed that decision, and the Fifth Circuit heard oral arguments on December 6, 2022.[3] In light of the pending outcome of the appeal, the parties move to stay briefing

---

[1] Dkt. No. 79.
[2] Dkt. No. 57.
[3] Case No. 22-40526 (5th Cir.).

on their motion and cross-motion for summary judgement, currently due April 14th and May 12th, respectively.[4]

The Court finds good cause in judicial efficiency and **GRANTS** the parties' motion. The deadlines for motions for summary judgment contained in the Court's scheduling order[5] are stayed, and the parties are **ORDERED** to submit a proposed schedule for further proceedings within 30 days of the issuance of the Fifth Circuit's decision.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 31st day of March 2023.

                                                     Micaela Alvarez
                                            United States District Judge

---

[4] Set at Dkt. No. 65.
[5] *Id.*