UNITED STATES DISTRICT COURTSOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|
| The General Land office of the State of Texas, et al. | | | |
| *versus* | | | |
| President Joseph Biden, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samuel C. Freedlund<br>Office of Missouri Attorney General<br>815 Olive St, Suite 200<br>St. Louis, MO 63101<br>(314) 340-4869<br>Samuel.Freedlud@ago.mo.gov<br>MO73707 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/3/23 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**This lawyer is admitted *pro hac vice.*

Dated: _____United States District Judge

# Fax Cover Page

| TO | Nathan Ochsner |
| --- | --- |
| FAX NUMBER | 1 (956) 618-8068 |
| FROM | St Louis CP Fax |
| COMPANY | Missouri Attorney General's Office |
| FAX NUMBER | 1 (314) 340-7981 |
| DATE | April 03, 2023 |
| SUBJECT | Motion and Order for Admission Pro Hac Vice |

Linda Ruegge | Paralegal
Missouri Attorney General's Office
815 Olive St, Suite 200
St.Louis, MO 63101
(314) 340-3489
Linda.Ruegge@ago.mo.gov<mailto:Linda.Ruegge@ago.mo.gov>

This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including that covered by ? 32.057, RSMo. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.



# STATE OF MISSOURI
## OFFICE OF ATTORNEY GENERAL

| Please Deliver to | Clerk of Court |
|---|---|
| **Receiver:** Nathan Ochsner | |
| Office: Clerk of Court | |
| Fax number: (956) 618-8068 | |
| Voice number: | |

| Sent By | Date: 04/3/2023, 11:00 AM |
|---|---|
| **Sender:** Tammy, paralegal | |
| Office: Office of Missouri Attorney General | |
| Fax number: | |
| Voice number: (314) 340-3413 | |

This transmittal is intended for the exclusive use of the RECEIVER identified above. This transmittal is CONFIDENTIAL and may contain privileged information that is protected by law. If you are not the receiver identified above, you are strictly prohibited from using, copying, disseminating or distributing this transmittal. If you have received this transmittal in error, please notify the SENDER identified above.

**Message:** Attached please find a Motion and Order for Admission Pro Hac Vice signed by Samuel C. Freedlund. Please file. If you need additional information or have questions, my direct line is (314) 340-3413. Feel free to call. I can also be reached via email at tammy.glenn@ago.mo.gov. Thank you.

| Number Of Pages (Including this page) | 2 |
|---|---|

```
*************************************
***        Receive Results        ***
*************************************

           Receive job successful.

      Job No.              5771
      Address
      Name
      Start Time           04/03 11:49 AM
      Call Length          00'50
      Sheets               3
      Result               OK
```