United States District Court
Southern District of Texas
**ENTERED**
April 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE TEXAS GENERAL LAND OFFICE; and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br><br> VS. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, <br><br> Defendants. | CIVIL ACTION NO. 7:21-cv-00272 |

## ORDER

The Court now considers Samuel C. Freedlund's "Motion and Order for Admission *Pro Hac Vice*."[1] "Courts enjoy broad discretion to determine who may practice before them" including whether to grant a motion to appear pro hac vice.[2]

Mr. Freedlund seeks admission to appear on behalf of the State of Missouri.[3] Because the State of Missouri was dismissed as a plaintiff in this case by the Court's August 3, 2022, order,[4]

---

[1] Dkt. No. 82.
[2] *United States v. Nolen*, 472 F.3d 362, 371 (5th Cir. 2006).
[3] Dkt. No. 82.
[4] Dkt. No. 57.

there is presently no cause for Mr. Freedlund to appear pro hac vice on its behalf. The Court therefore **DENIES** Mr. Freedlund's motion.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 4th day of April 2023.

                                                  Micaela Alvarez
                                          United States District Judge