# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>          Defendants. | No. 7:21-cv-00272<br>Hon. Micaela Alvarez |

## NOTICE OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD

In accordance with the Court's Opinion and Order dated March 31, 2023 (ECF No. 80), Defendants hereby supplement the administrative record previously filed in this case (ECF No. 66) with public comments the Department of Homeland Security received about the development of the DHS Border Wall Plan Pursuant to Presidential Proclamation 10142. *See* Exhibit 1. An updated index listing the documents included in the administrative record is attached as Exhibit 2. The supplemental documents are listed on the index as document numbers 15-22.

Dated:  April 13, 2023                             Respectfully submitted,

                                                BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Andrew I. Warden*[1]
ANDREW I. WARDEN (IN Bar #23840-49)
Senior Trial Counsel
MICHAEL J. GERARDI (D.C. Bar #1017949)
Trial Attorney / Attorney-in-Charge
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, No. 7506
Washington, D.C. 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov

---

[1] Signed with permission of the attorney-in-charge in accordance with Local Rule 11.3.