# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>        Defendants. | No. 7:21-cv-00272<br>Hon. Micaela Alvarez |

## INDEX OF ADMINISTRATIVE RECORD

| DOCUMENT NUMBER | BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|
| 1 | 0001-0003 | Proclamation 10142, *Termination of Emergency with Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction* (January 20, 2021) |
| 2 | 0004-0008 | DHS Border Wall Plan Pursuant to Presidential Proclamation 10142 (June 9, 2021) |
| 3 | 0009-0011 | Amendment to DHS Border Wall Plan Pursuant to Presidential Proclamation 10142 (July 11, 2022) |

| 4 | 0012-0016 | Action Memorandum, Commissioner Chris Magnus of U.S. Customs and Border Protection to Secretary of Homeland Alejandro Mayorkas, *Request for Approval of Amendment to the Department of Homeland Security's Border Wall Plan Pursuant to Presidential Proclamation 10142* (June 29, 2022) |
|---|---|---|
| 5 | 00017 | Inter-Agency Principles for Border Wall Plans (March 17, 2021) |
| 6 | 0018-0020 | U.S. Customs and Border Protection, *Department of Defense Funded Border Barrier Systems* (February 26, 2021) |
| 7 | 0021-0031 | U.S. Customs and Border Protection Border Wall Funding as of February 28, 2021 |
| 8 | 0032-0067 | U.S. Border Patrol, *Barrier System Path Forward* (April 7, 2021) |
| 9 | 0068-0077 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Security of Homeland Security Alejandro Mayorkas, *Request for Exceptions to Border Wall Construction Proclamation to Avert Immediate Physical Dangers: Levee Construction in Rio Grande Valley, Texas and Erosion-Control Measures in San Diego, California* (April 29, 2021) |
| 10 | 0078-0090 | U.S. Customs and Border Protection, *Make Safe Actions Requested by CBP for DoD Completion under 10 U.S.C. § 284* (May 21, 2021) |
| 11 | 0091-0103 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Complete Life, Safety, Environmental, or Other Remediation Requirements and Small Priority Barrier Projects in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (July 26, 2021) |
| 12 | 0104-0111 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Begin Environmental Planning Consistent with the National Environmental Policy Act for Projects Funded through Department of Homeland Security Appropriations in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (September 30, 2021) |

| 13 | 0112-0149 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Close Out/Remediate Barrier Projects Turned Over to DHS by the Department of Defense (DoD) Previously Funded by DoD's Counter-Drug Appropriation in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (December 11, 2021) |
| --- | --- | --- |
| 14 | 0150-0170 | Action Memorandum, Commissioner Chris Magnus of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Complete Life, Safety, Environmental, or Other Remediation Requirements for Gates, Gaps, and other Priority Barrier Projects in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (May 11, 2022) |
| 15 | 0171-0172 | Letter to Secretary of Homeland Security Alejandro Mayorkas from International Brotherhood of Electrical Workers, Local Union 570 (January 26, 2021) |
| 16 | 0173-0174 | Letter to Secretary of Homeland Security Alejandro Mayorkas from Vivian Moreno, Councilmember, City of San Diego (March 10, 2021) |
| 17 | 0175-0176 | Letter to Secretary of Homeland Security Alejandro Mayorkas from Rep. Henry Cuellar, U.S. House of Representatives, 28th District of Texas (March 31, 2021) |
| 18 | 0177-0178 | Letter to Secretary of Homeland Security Alejandro Mayorkas and President Joseph R. Biden, Jr., from Rep. Ann Kirkpatrick, *et al.* (March 3, 2021) |
| 19 | 0179-0183 | Letter to Secretary of Homeland Security Alejandro Mayorkas from Rep. James Cormer, *et al.* (March 3, 2021) |
| 20 | 0184-0185 | Letter to Secretary of Homeland Security Alejandro Mayorkas from Rep. John Katko (February 2, 2021) |
| 21 | 0186 | Letter to Secretary of Homeland Security Alejandro Mayorkas from Richard Cortez, County Judge, Hidalgo County, TX (April 27, 2021) |
| 22 | 0187-0200 | Letter to Secretary of Homeland Security Alejandro Mayorkas and Secretary of Defense Lloyd Austin from Defenders of Wildlife, *et al.* (February 25, 2021) |