# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 16, 2023

Mr. Nathan Ochsner
Southern District of Texas, McAllen
United States District Court
1701 W. Business Highway 83
Suite 1011
McAllen, TX 78501-0000

         No. 22-40526   State of Missouri v. Biden
                        USDC No. 7:21-CV-272
                        USDC No. 7:21-CV-420

Dear Mr. Ochsner,

Enclosed is an opinion entered in this case.  The case has been placed in abeyance pending disposition of the remand proceedings stated within the opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Nancy F. Dolly, Deputy Clerk
                         504-310-7683

Enclosure(s)

cc:  Mr. Ryan Baasch
     Mr. Michael J. Gerardi
     Mr. Jeff Johnson
     Ms. Amanda Mundell
     Ms. Anne M. Murphy
     Mr. Michael S. Raab
     Mr. Michael Shih
     Mr. Ryan Daniel Walters
     Mr. Andrew Irwin Warden