United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE TEXAS GENERAL LAND OFFICE; and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br><br> VS. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 7:21-cv-00272 |

# ORDER

The Court now considers Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.'s[1] Unopposed Motion for Substitution of Counsel.[2] Therein, Plaintiffs state that counsel Cory R. Liu has left the Ashcroft Law Firm, and they seek to substitute Austin R. Nimocks and Christopher L. Peele in his place.

Mr. Nimocks first made an appearance in this case in December 2021.[3] A year later, Mr. Nimocks moved to withdraw from the case,[4] and the Court granted that motion.[5] But just three

---

[1] Plaintiffs are admonished that motion captions should include the party name and designation per Local Rule 10.1.
[2] Dkt. No. 78.
[3] Dkt. No. 28.
[4] Dkt. No. 72.
[5] Dkt. No. 73.

months later, Mr. Nimocks filed a second notice of appearance,[6] and Plaintiffs now move to substitute him and Mr. Peele as lead counsel in place of Mr. Liu.

Ordinarily, these circumstances would raise concerns about effective representation of a party. However, the Court infers from the instant motion that this reversal in course is due to Mr. Liu's departure from the Ashcroft Law Firm. In this case, the Court does not find that the substitution will prejudice these Plaintiffs.

Therefore, the Court hereby **GRANTS** the motion and discharges Mr. Liu from any further responsibility in this case. The Clerk of Court is instructed to terminate Cory R. Liu. However, only one attorney should be designated as attorney-in-charge; therefore, Austin R. Nimocks and Christopher L. Peele **SHALL** promptly **ADVISE** the Court as to which shall act as attorney-in-charge.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 26th day of June 2023.

_____
Micaela Alvarez
United States District Judge

---

[6] Dkt. No. 76.