UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE TEXAS GENERAL LAND OFFICE; and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § | Case No. 7:21-CV-00272 |
| STATE OF MISSOURI and STATE OF TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 7:21-CV-00420<br><br>(Formerly Case No. 6:21-CV-00052) |

## DESIGNATION OF ATTOREY-IN-CHARGE

The Texas General Land Office and Dawn Buckingham, M.D., in her official capacity as Commissioner of the Texas General Land Office, in accordance with the Court's order of June 26, 2023 (ECF No. 86) and LR11.1, hereby designate Austin R. Nimocks as attorney-in-charge on the above styled and numbered cause.

RESPECTFULLY SUBMITTED this the 26th day of June, 2023,

> */s/ Austin R. Nimocks*
> Austin R. Nimocks
> *Attorney-in-Charge*
> Texas Bar No. 24002695
> S.D. Tex. Bar No. 2972032
> Email: austin@peelenimocks.com
>
> Christopher L. Peele
> *Of Counsel*
> Texas Bar No. 24013308
> S.D. Tex. Bar No. 31519
> Email: chris@peelenimocks.com
>
> PEELE | NIMOCKS LAW FIRM
> 6836 Bee Caves Rd.
> Bldg. 3, Ste. 201
> Austin, TX 78746
> Phone: (512) 522-4893
>
> *Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.*

## **CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. 5(b) and Local Rule 5.3, I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Austin R. Nimocks*
Austin R. Nimocks