United States District Court
Southern District of Texas
McAllen Division

| | |
|---|---|
| THE STATE OF MISSOURI AND THE STATE OF TEXAS., <br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL., <br><br> *Defendants*. | Case No. 7:21-cv-00420 <br> (Formerly 6:21-cv-00052) <br> (Consolidated with 7:21-cv-00272) |

## UNOPPOSED MOTION OF PLAINTIFF STATE OF TEXAS FOR WITHDRAWAL OF COUNSEL

Plaintiff the State of Texas file this Unopposed Motion to Withdraw Aaron F. Reitz as their attorney in this matter.

Aaron Reitz has accepted a position outside the Office of the Attorney General of Texas, and the State of Texas respectfully requests that he be withdrawn as its counsel. The State of Texas will continue to be represented by co-counsel listed below, with Ryan D. Walters as Lead Counsel. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated: June 26, 2023.                                  Respectfully submitted.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

LEIF OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
SDTX Bar No. 33695

*/S/ RYAN D. WALTERS*
RYAN D. WALTERS
ATTORNEY IN CHARGE
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24032801
Southern Dist. Of Texas Bar No. 3653771
Ryan.walters@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

*Counsel for the State of Texas*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 26, 2023, I conferred with all counsel by email, and none were opposed to this motion.

/s/ *Ryan D. Walters*
Ryan D. Walters

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 26, 2023, and that all counsel of record were served by CM/ECF.

/s/ *Ryan D. Walters*
Ryan D. Walters