United States District Court
Southern District of Texas
McAllen Division

| | |
|---|---|
| THE STATE OF MISSOURI AND THE STATE OF TEXAS., *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL., <br><br> *Defendants*. | Case No. 7:21-cv-00420 <br> (Formerly 6:21-cv-00052) <br> (Consolidated with 7:21-cv-00272) |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

On this date, the Court considered Plaintiff's Unopposed Motion to Withdraw Aaron Reitz as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Aaron Reitz is hereby withdrawn as counsel of record and Ryan D. Walters is listed as lead counsel for the Plaintiffs.

SO ORDERED and SIGNED this _____ day of _____, 2023.

_____
United States District Judge