United States District Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI and THE STATE OF TEXAS, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIVIL ACTION NO. 7:21-cv-00420 (Consolidated with 7:21-cv-00272) |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America, *et al.*, | § § § § § | |
| Defendants. | § § | |

## **ORDER**

The Court now considers Plaintiff State of Texas' Unopposed Motion for Withdrawal of Counsel.[1] Therein, Texas requests the withdrawal of attorney Aaron Reitz and designates Ryan D. Walters as attorney-in-charge. The Court finds no evidence that discharging Mr. Reitz would cause a gap in representation and hereby **GRANTS** the motion to withdraw and discharges Mr. Reitz from any further responsibility in this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of June 2023.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 88.