### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI, and | § § § | |
| THE STATE OF TEXAS, | § § | |
| Plaintiffs, | § § § | Case Nos. 7:21-cv-00420<br>7:21-cv-00272 |
| v. | § § | The Hon. Micaela Alavarez |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, | § § § § | |
| Defendants. | § § | |
| AND | § § | |
| THE GENERAL LAND OFFICE OF TEXAS, *et al.*, | § § § | |
| PLAINTIFFS | § § § | |
| v. | § § § | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, | § § § § | |
| Defendants. | § | |

### UNOPPOSED JOINT MOTION FOR CASE MANAGEMENT AND SCHEDULING ORDER

1.       Consistent with this Court's March 31, 2023, Order (1) staying the

summary judgment proceedings for Plaintiff Texas General Land Office ("GLO") and

the federal Defendants and (2) directing the parties to "submit a proposed schedule for further proceedings within 30 days of the issuance of the Fifth Circuit's decision," the Parties submit this joint motion for a scheduling order.

2.      The U.S. Court of Appeals for the Fifth Circuit decided the appeal involving the standing for the States of Missouri and Texas on June 16, 2023.  It found at the pleading stage that both Missouri and Texas have standing, reversing this Court's August 3, 2022, Order, which had dismissed both States.  R. Doc. 57.  The court of appeals also instructed this Court to "expeditiously consider the States' motion for a preliminary injunction."  R. Doc. 85.

3.      All parties conferred on the Fifth Circuit's instructions and this Court's March 31 Order.

4.      The parties agree that the Motion for a Preliminary Injunction should be decided expeditiously and may be resolved without oral argument.  To further that goal, the parties propose permitting the federal Defendants to address any relevant updates since the preliminary injunction motion was briefed by filing a supplemental brief on or before August 11, 2023, shortly after the mandate from the Fifth Circuit is expected to issue.  The parties also propose permitting GLO[1] and the States to file a supplemental response brief due on September 1, 2023.

5.      The parties propose staying other proceedings in the case until the motion for a preliminary injunction has been adjudicated by this Court.  The Court

---

[1] Separately, GLO will file a motion to join the Motion for Preliminary Injunction, to which defendants do not object.

should require a report on any further proceedings within 30 days of the issuance of

an appellate court ruling on the preliminary injunction question.

    6.  A proposed order is attached to this motion.

Date: July 7, 2023

Respectfully submitted,

ANDREW BAILEY
Attorney General of Missouri

JOHN SCOTT
Provisional Attorney General of Texas

JOSHUA M. DIVINE, #69875MO*
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ *Jeff P. Johnson*
JEFF P. JOHNSON, #102921DC*
*Attorney-in-Charge*
Deputy Solicitor General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

LEIF A. OLSON
Chief, Special Litigation Division

SAMUEL FREEDLUND, #73707MO*
Assistant Attorney General
for Special Litigation

/s/ *Ryan D. Walters*
RYAN D. WALTERS
*Attorney-in-Charge*
Deputy Chief, Special Litigation Division
Texas Bar No. 24105085
Southern Dist. of Texas Bar No. 3369185

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov
jeff.johnson@ago.mo.gov
samuel.freedlund@ago.mo.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
ryan.walters@oag.texas.gov

*Counsel for Plaintiff*
*State of Missouri*

*Counsel for Plaintiff State of Texas*

*Admission *pro hac vice pending*

/s/ Austin R. Nimocks
AUSTIN R. NIMOCKS
*Attorney-in-Charge*
Texas Bar No. 24002695
S.D. Tex. Bar No. 2972032
Email: austin@peelenimocks.com

CHRISTOPHER L. PEELE
Of Counsel
Texas Bar No. 24013308
S.D. Tex. Bar No. 31519
Email: chris@peelenimocks.com

PEELE | NIMOCKS LAW FIRM
6836 Bee Caves Rd.
Bldg. 3, Ste. 201
Austin, TX 78746
Phone: (512) 522-4893

*Counsel for Plaintiffs Texas
General Land Office
and Commissioner Dawn
Buckingham, M.D.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN (IN Bar #23840-49)
Senior Trial Counsel
Michael J. Gerardi
(D.C. Bar #1017949)
Senior Trial Counsel / *Attorney-in-Charge*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, No. 7506
Washington, D.C. 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

5

## CERTIFICATE OF CONFERENCE

On June 30, 2023, counsel for Plaintiffs conferred with counsel for Defendants regarding the instant motion, and counsel for Defendants indicate that they do not oppose the relief sought by Plaintiffs.

/s/ *Jeff P. Johnson*
Jeff P. Johnson
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on July 7, 2023, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ *Jeff P. Johnson*
Jeff P. Johnson
Counsel for Plaintiffs