# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, and<br><br>THE STATE OF TEXAS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>　　　　Defendants.<br><br>AND<br><br>THE GENERAL LAND OFFICE OF TEXAS, *et al.*,<br><br>　　　　PLAINTIFFS<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>　　　　Defendants. | Case Nos. 7:21-cv-00420<br>　　　　　　7:21-cv-00272<br><br>The Hon. Micaela Alavarez |

## [Proposed] ORDER

Upon consideration of the Parties Unopposed Motion for a Case Management and Scheduling Order, it is hereby ORDERED that the motion is GRANTED.

The Court ORDERS that the federal Defendants will file a supplemental brief on the pending motion for a preliminary injunction on or before August 11, 2023, and Plaintiffs will file a supplemental brief on or before September 1, 2023. The Court further ORDERS that the case is otherwise stayed pending resolution of the preliminary injunction. The Parties shall report to this Court the adjudication of any appeal within thirty days of the issuance of a reviewing court's order.

IT IS SO ORDERED.

DONE at McAllen, Texas, this _____ day of July, 2023.

_____
The Honorable Micaela Alvarez
United States District Judge