# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE TEXAS GENERAL LAND OFFICE and DAWN BUCKINGHAM, in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 7:21-cv-00272<br>Hon. Micaela Alvarez |

## ORDER GRANTING UNOPPOSED MOTION TO JOIN
## MOTION FOR PRELIMINARY INJUNCTION

1. Upon consideration of the motion of the Plaintiffs, the Texas General Land Office and Dawn Buckingham, M.D., in her official capacity as Commissioner of the Texas General Land Office, to formally join the Motion for Preliminary Injunction filed by Missouri and Texas, ECF No. 19 (7:21-cv-00420), the Court finds that good cause exists for the request. Accordingly, it is hereby ORDERED that the motion is GRANTED and GLO is joined to the Motion for Preliminary Injunction filed by Missouri and Texas.

**IT IS SO ORDERED.**

**DONE** at McAllen, Texas, this \_\_\_\_ day of _____ 2023.

_____
Micaela Alvarez
United States District Judge