Case 7:21-cv-00272 Document 92 Filed on 08/10/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE TEXAS GENERAL LAND OFFICE; and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br><br> VS. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, <br><br> Defendants. | CIVIL ACTION NO. 7:21-cv-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, <br><br> Plaintiffs, <br><br> VS. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of United States Customs and Border Protection; and UNITED | CIVIL ACTION NO. 7:21-cv-00420 |

| | |
|---|---|
| STATES CUSTOMS AND BORDER PROTECTION, | § § § |
| Defendants. | § § |

## **ORDER**

The Court now considers this case. To facilitate judicial economy and by the consent of United States District Judges Drew B. Tipton and Micaela Alvarez, this case is hereby **TRANSFERRED** to the docket of Judge Drew B. Tipton for all further proceedings including entry of final judgment. All preset settings and deadlines before this Court are hereby **CANCELLED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of August 2023.

_____
Micaela Alvarez
Senior United States District Judge