# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

The General Land Office of the State of Texas, et al.

v.          Case Number: 7:21−cv−00272

Joseph R. Biden, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

Zoom link will be provided to the parties.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video

Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 8/16/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   August 11, 2023                              Nathan Ochsner, Clerk