# EXHIBIT 1

# Department of Defense Plan for the Redirection of Border Wall Funds (June 10, 2021)



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JUN 1 0 2021

MEMORANDUM FOR DIRECTOR, OFFICE OF MANAGEMENT AND BUDGET

SUBJECT:  Department of Defense Plan for the Redirection of Border Wall Funds

On January 20, 2021, President Biden issued Proclamation 10142, "Termination of Emergency with Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction" (the Proclamation).  Section 2 of the Proclamation directed the Department of Defense (DoD) and the Department of Homeland Security to develop a plan for redirecting funds and repurposing contracts as appropriate and consistent with applicable law.

The DoD plan is composed of two parts:  (1) cancellation of projects and (2) redirection of funds.  Part 1 of the plan is documented by the attached April 30, 2021, memorandum, "Department of Defense Actions Implementing Presidential Proclamation 10142," in which the Deputy Secretary of Defense directed the cancellation of all projects authorized pursuant to title 10, U.S. Code, sections 284 and 2808 (TAB A).  Part 2 of the plan is documented by the attached funding plan, which describes how the Department will use the $2.2 billion of available unobligated military construction appropriations to restore funding for 66 projects in 11 States, 3 territories, and 16 countries in FY 2021 (TAB B).  These two documents taken together constitute the full and complete DoD plan directed in section 2 of the Proclamation.

As required by section 2 of Proclamation 10142, this plan was fully coordinated with the Attorney General, the Director of the Office of Management and Budget, and the heads of other appropriate executive departments and agencies, and in consultation with the Assistant to the President for National Security Affairs.

This Plan is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable by law or in equity by any party against the United States, its departments, agencies, or entities, its officers, or agents, or any person.

*[signature]*

**Defendants' Exhibit 1 - Page 1**



**DEPUTY SECRETARY OF DEFENSE**
**1010 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1010**

APR 3 0 2021

MEMORANDUM FOR SECRETARY OF THE ARMY
　　　　　　　　　　UNDER SECRETARY OF DEFENSE (COMPTROLLER)/CHIEF
　　　　　　　　　　FINANCIAL OFFICER

SUBJECT:  Department of Defense Actions Implementing Presidential Proclamation 10142

　　　　In Proclamation 10142, the President "declare[d] that the national emergency declared by Proclamation 9844 … is terminated and that the authorities invoked in that proclamation will no longer be used to construct a wall at the southern border." The Proclamation also directed the Secretary of Defense and the Secretary of Homeland Security to develop a plan for redirecting funding and repurposing contracts for all border barrier projects.  This memorandum directs actions for the Department of Defense in furtherance of Proclamation 10142 regarding those projects authorized pursuant to title 10, U.S. Code, sections 284 and 2808.

Section 2808 of Title 10, U.S. Code, Border Barrier Construction

　　　　As specified in section 2808(c) the termination of the national emergency with respect to the southern border in Proclamation 10142 made the authority provided in section 2808 no longer available.  I have also determined, based on the termination of the national emergency, that projects authorized pursuant to section 2808 are no longer necessary to support the use of the armed forces.

　　　　The Secretary of the Army will take immediate action to:  (1) cancel all section 2808 border barrier construction projects, including providing any requisite congressional notification; (2) relinquish any lands withdrawn by the Department of the Interior for such construction; and (3) transfer administrative jurisdiction of any lands purchased for such construction or transferred from other Federal departments or agencies pursuant to the Federal Property Act, to the Department of Homeland Security.  The Department of the Army may expend military construction funds made available for section 2808 border barrier construction only to pay contract termination costs, including suspension costs.  Such costs may include expenses of activities necessary for contractor demobilization, but may not include costs associated with any further construction or construction-related activities of any kind.

　　　　As funds become available, the Under Secretary of Defense (Comptroller)/Chief Financial Officer will take immediate action to release the unobligated military construction funds to the relevant Military Departments and Defense Agencies and ensure they are used in an appropriately prioritized manner to carry out military construction projects that were deferred to finance section 2808 border barrier construction.

Section 284 of Title 10, U.S. Code, Border Barrier Construction

　　　　Cancelling section 284 border barrier projects is consistent with the President's determination that "building a massive wall that spans the entire southern border is not a serious policy solution" to the security challenges at the southern border.  Although not legally required



OSD003734-21/CMD005244-21

**Defendants' Exhibit 1 - Page 2**

by the termination of the national emergency at the southern border, cancelling section 284 projects is consistent with the policy intent, described in Proclamation 10142, to end construction of a border wall. The Secretary of the Army therefore will take immediate action to cancel all section 284 construction projects. The Department of the Army may use funds transferred for section 284 border barrier construction projects to pay contract termination costs, including suspension costs. Such contract termination and suspension costs may include costs associated with activities necessary for contractor demobilization. The Department of the Army also may use such funds for activities necessary to make permanent any measures that were taken to avert immediate physical dangers during the pause directed by section 1(b) of Proclamation 10142.

I have informed the Secretary of Homeland Security that DoD will no longer undertake the construction of fences and roads and installation of lighting at the southern border pursuant to title 10, U.S. Code, section 284, and that consistent with previous approvals of section 284 construction, DHS will accept custody of border barrier infrastructure constructed pursuant to section 284, account for such infrastructure in its real property records, and operate and maintain the infrastructure (including undertaking any necessary further construction, consistent with applicable law).

cc:
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Acquisition and Sustainment
Under Secretary of Defense for Policy
General Counsel of the Department of Defense
Commander, U.S. Army Corps of Engineers

2

**Defendants' Exhibit 1 - Page 3**

**TAB A - Projects to be Funded from Released Funds (FY 2021)**
**Dollars in Thousands**

| Location | State/Country Title | Component | Line Item Title | FY 2021 Restoral |
|---|---|---|---|---|
| States | Alaska | MDA | Missile Field #1 Expansion | $10,000 |
| | Florida | Air Force | Fire/Crash Rescue Station | $25,800 |
| | Indiana | Air Guard | Construct Small Arms Range | $9,417 |
| | Maryland | Army | Cantonment Area Roads | $26,000 |
| | North Carolina | USMC | 2nd Radio BN Complex, Phase 2 (INC) | $25,650 |
| | South Carolina | USMC | Laurel Bay Fire Station Replacement | $10,750 |
| | Texas | Air Force | Camp Bullis Dining Facility | $22,000 |
| | Utah | Air Force | Composite Aircraft Antenna Calibration Fac | $24,000 |
| | Virginia | Navy | Ships Maintenance Facility | $26,120 |
| | Washington | Navy | Pier and Maintenance Facility[1/] | $88,960 |
| | Wisconsin | Air Guard | Construct Small Arms Range | $10,493 |
| | Unspecified | Army | Defense Access Roads[2/] | $20,000 |
| **States Total** | | | | **$299,190** |
| Territory | Guam | Air Force | APR - Munitions Storage Igloos, Ph 2 | $28,600 |
| | | | APR - SATCOM C4I Facility | $13,800 |
| | | | PRTC Roads | $2,500 |
| | | Navy | Navy-Commercial Tie-In Hardening | $37,180 |
| | | USMC | Earth Covered Magazines | $52,270 |
| | | | Machine Gun Range (INC) | $50,000 |
| | | | Water Well Field | $56,088 |
| | Puerto Rico | Army Guard | Aircraft Maintenance Hangar (AASF) | $64,000 |
| | | | Company Headquarters Bldg -Transient Training | $47,000 |
| | | | Dining Facility, Transient Training | $13,000 |
| | | | Maneuver Area Training Equipment Site | $78,337 |
| | | | National Guard Readiness Center | $50,000 |
| | | | Power Substation/Switching Station Building | $35,000 |
| | | | Readiness Center | $28,602 |
| | | | Vehicle Maintenance Shop | $26,707 |
| | Virgin Islands | Army Guard | National Guard Vehicle Maintenance Shop Add/A | $3,962 |
| | | | Vehicle Maintenance Shop | $21,436 |
| **Territory Total** | | | | **$608,482** |
| Overseas | Bahrain Island | Navy | Electrical System Upgrade | $53,360 |
| | | | Fleet Maintenance Facility & TOC | $26,340 |
| | Bulgaria | Army | EDI: Ammunition Holding Area | $5,200 |
| | Germany | Army | Hazardous Material Storage Building | $2,900 |
| | | | Mission Training Complex | $30,800 |
| | | Air Force | 37 AS Squadron Operations/AMU | $15,400 |
| | | | Upgrade Hardened Aircraft Shelters for F/A-22 | $1,800 |
| | | DLA | EDI: Logistics Distribution Center Annex | $46,000 |
| | | DoDEA | Robinson Barracks Elem. School Replacement | $46,609 |
| | | | Spangdahlem Elementary School Replacement | $79,141 |
| | Greece | Navy | EDI: Marathi Logistics Support Center | $6,200 |
| | Guantanamo Bay, Cuba | Army | OCO: Communications Facility | $22,000 |
| | | | OCO: Detention Legal Office and Comms Ctr | $11,800 |
| | | DHA | Working Dog Treatment Facility Replacement | $9,761 |
| | Hungary | Air Force | ERI: Increase POL Storage Capacity | $13,717 |
| | Italy | Navy | EDI: P-8A Taxiway and Apron Upgrades | $66,050 |
| | Japan | DoDEA | Bechtel Elementary School | $94,851 |
| | | | Kinnick High School Inc 1 | $40,000 |
| | | | Pacific East District Superintendent's Office | $20,106 |
| | Jordan | Air Force | Air Traffic Control Tower | $18,901 |
| | | | Munitions Storage Area | $34,262 |
| | Korea | Army | Command and Control Facility | $21,000 |
| | | | Unmanned Aerial Vehicle Hangar | $48,699 |
| | Kwajalein | Army | Air Traffic Control Terminal | $70,000 |
| | Luxembourg | Air Force | ERI: ECAOS Deployable Airbase System Storage | $97,071 |
| | Romania | Army | EDI: Explosives & Ammo Load/Unload Apron | $22,500 |
| | Slovakia | Air Force | EDI - Regional Munitions Storage Area | $59,916 |
| | | | ERI: Airfield Upgrades | $17,346 |
| | | | ERI: Airfield Upgrades | $3,061 |
| | | | ERI: Increase POL Storage Capacity | $19,085 |
| | Spain | Navy | EDI: In-Transit Munitions Facility | $9,960 |
| | | | EDI: Joint Mobility Center | $45,840 |
| | | | EDI: Port Operations Facilities | $21,590 |
| | | | EDI: Small Craft Berthing Facility | $12,770 |
| | United Kingdom | Air Force | EDI - Munitions Holding Area | $26,977 |
| | | | Main Gate Complex | $16,500 |
| | Worldwide Unspecified | Air Force | TACMOR - Utilities and Infrastructure Support | $120,917 |
| **Overseas Total** | | | | **$1,259,430** |
| Other 2808 Unobligated Balances[3/] | | Army | | $12,088 |
| | | Navy | | $13,018 |
| | | Air Force | | $1,208 |
| | | Army Guard | | $831 |
| | | Air Guard | | $4,090 |
| | | OSD | | $1,446 |
| **Other 2808 Unobligated Balances Total** | | | | **$32,681** |
| **Grand Total** | | | | **$2,199,783** |

[1/] Although this project remains identified as a funding source for Section 2808 construction, funding for this project was previously released to the Navy pursuant to a court order that is on appeal.

[2/] To date, Congress has not authorized a location for this Defense Access Roads project.

[3/] After restoral of funding for projects at updated cost estimates in accordance with established procedures, any remaining 2808 unobligated balances will be returned to the relevant MILCON accounts.

**Defendants' Exhibit 1 – Page 4**