IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>                Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>                Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>                Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**<u>ORDER</u>**

Upon consideration of the Parties' Joint Motion for Scheduling Order, it is hereby

ORDERED that the motion is GRANTED.

The Court ORDERS that the federal Defendants will file a supplemental brief on the pending motion for a preliminary injunction on or before <u>August 18, 2023</u>, and Plaintiffs will file a supplemental brief on or before <u>September 15, 2023.</u>  The federal Defendants will file a report concerning the timeline as to the appropriations process at issue in these cases on or before <u>August 25, 2023.</u>.

The Court further ORDERS that the case is otherwise stayed pending resolution of the preliminary injunction. The Parties shall report to this Court the adjudication of any appeal within thirty days of the issuance of a reviewing court's order.

IT IS SO ORDERED

Signed on this <u>29th</u>  day of August, 2023.

*Drew B. Tipton*
Hon. Drew B. Tipton
United States District Judge