UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS AND GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br>      *Plaintiffs*,<br><br>   v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, et al.,<br>      *Defendants*. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI AND THE STATE OF TEXAS,<br>      *Plaintiffs*,<br><br>   v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, et al.,<br>      *Defendants*. | No. 7:21-cv-00420<br>(Formerly 6:21-cv-00052) |

### STATE OF TEXAS'S NOTICE OF APPEARANCE

Plaintiff, the State of Texas, files this Notice of Appearance to alert the Court that Munera Al-Fuhaid will appear as counsel in the above-captioned case along with counsel listed below. Ms. Al-Fuhaid is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. Her contact information is in the signature block below.

| | |
|---|---|
| Date: August 30, 2023 | Respectfully submitted, |
| ANGELA COLMENERO<br>Provisional Attorney General | RYAN D. WALTERS<br>Deputy Chief, Special Litigation Division<br>Texas State Bar No. 24105085<br>Texas Southern Dist. Bar No. 3653771<br>ryan.walters@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | /s/ *Munera Al-Fuhaid*<br>MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501<br>munera.al-fuhaid@oag.texas.gov |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | |
| OFFICE OF THE ATTORNEY GENERAL<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 463-2100 | ETHAN SZUMANSKI<br>Assistant Attorney General<br>Texas State Bar No. 24123966<br>Texas Southern Dist. Bar No. 3836010<br>ethan.szumanski@oag.texas.gov |
| | **Counsel for Plaintiff State of Texas** |

## CERTIFICATE OF SERVICE

On August 30, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ *Munera Al-Fuhaid*
MUNERA AL-FUHAID