AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| The General Land Office of the State of Texas, et al.<br>*Plaintiff*<br>v.<br>President Joseph R. Biden, et al.<br>*Defendant* | Case No. 7:21-cv-00272 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Missouri

Date: 09/07/2023

*Josh Divine*
*Attorney's signature*

Joshua M. Divine #MO69875
*Printed name and bar number*

207 W. High Street
Jefferson City, Missouri 65101
*Address*

Josh.Divine@ago.mo.gov
*E-mail address*

(573) 751-8870
*Telephone number*

(573) 571-0774
*FAX number*