**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.* <br><br> Defendants. | No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

**PLAINTIFFS' SUPPLEMENTAL APPENDIX**
**VOLUME II**

## TABLE OF CONTENTS

**Vol. I**

Declaration of Alan McWilliams ................................................. Supp. App. 0001

Declaration of Brian Carter ...................................................... Supp. App. 0006

Photos from GLO Farm 2021 to present .................................. Supp. App. 0015

**Vol. II**

Photos from GLO Farm 2021 to present .................................. Supp. App. 0072



**Supp. App. 0072**

GLO000236



GLO000239





**Supp. App. 0075**

GLO000246

MOULTRIE  ◑  42 °F                              CAMERA 2   Supp. App. 0076   15 DEC 2022 03:25AM

GLO000343











MOULTRIE ○ 32 °F CAMERA 2 Supp. App. 0081 24 DEC 2022 05:59AM

GLO000364

MOULTRIE  ○  64 °F        CAMERA 2  Supp. App. 0082  21 MAR 2023 02:21AM

CLO000429

 77 °F CAMERA 1 Supp. App. 0083 02 MAY 2023 09:30PM

GLO000476

MOULTRIE · 77 °F · CAMERA 1 · Supp. App. 0085 · 02 MAY 2023 09:31PM · GLO000478

MOULTRIE ● 78 °F CAMERA 1 Supp. App. 0087 06 MAY 2023 03:47AM
GLO000483




MOULTRIE ○114 °F CAMERA 2 Supp. App. 0090 18 JUL 2023 04:51PM GLO000510



MOULTRIE ○114 °F     CAMERA 2    Supp. App. 0091    18 JUL 2023 04:57PM   GLO000512



GLO000546



MOULTRIE

109 °F    CAMERA 1    Supp. App. 0094    14 JUL 2023 11:55AM

GLO000575





MOULTRIE    78 °F    CAMERA 2   Supp. App. 0100   02 AUG 2023 06:52AM   GLO000592

MOULTRIE   78 °F   CAMERA 2   Supp. App. 0101   02 AUG 2023 06:53AM   GLO000594

MOULTRIE    ◯    78 °F    CAMERA 2   Supp. App. 0102   02 AUG 2023 06:55AM   GLO000597





