UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

## MOTION TO WITHDRAW AS COUNSEL

Michael E. Talent, hereby moves to withdraw as counsel of record for State of Missouri. Good cause exists as the undersigned has taken a different

position outside of the office of the Missouri Attorney General. Said Defendant will not be prejudiced by this withdrawal and will continue to have representation.

Dated: September 18, 2023.  Respectfully Submitted,

*/s/ Michael E. Talent*
Michael E. Talent
 James Otis Law Group, LLC
13321 North Outer Forty Road
Suite 300
Chesterfield, MO 63017
(314) 313-5285
Michael.Talent@james-otis.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, a copy of the foregoing was filed electronically via the Court's electronic filing system and thereby served on all counsel of record.

*/s/ Michael E. Talent*