## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>　　　　　　Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>　　　　　　Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

## [PROPOSED] ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Motion to Withdraw as Counsel for State of Missouri filed by Michael E. Talent. Having considered the Motion, the Court hereby GRANTS said Motion to Withdraw as Counsel.

*It is so ordered.*

Dated: _____    Signed: _____