IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>    Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>    Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**<u>ORDER</u>**

Pending before the Court is Defendants' motion for leave to file a sur-reply. After reviewing the motion, the record, and the applicable law, the Court is of the opinion that the motion should be GRANTED.

The Clerk shall promptly file Defendants' Sur-Reply.

It is SO ORDERED.

Signed this \_\_\_ of _____, 2023.

                                                              _____
                                                              DREW B. TIPTON
                                                              UNITED STATES DISTRICT JUDGE