United States District Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>             Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>             Plaintiffs,<br><br>      v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>             Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**ORDER**

Pending before the Court is Defendants' motion for leave to file a sur-reply (Dkt. No. 105). After reviewing the motion, the record, and the applicable law, the Court is of the opinion that the motion should be GRANTED.

The Clerk shall promptly file Defendants' Sur-Reply attached as Exhibit 1 to the Motion.

It is SO ORDERED.

Signed this ___29th___ of ___September___, 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE