IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,

    Defendants.

Civil Action No. 7:21-cv-00272

THE STATE OF MISSOURI; THE STATE OF TEXAS,

    Plaintiffs,

    v.

JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,

    Defendants.

Civil Action No. 7:21-cv-00420
(formerly No. 6:21-cv-00052)

**ORDER**

Upon consideration of the Parties' Joint Motion for Leave to File Supplemental Declaration and Response Brief (Dkt. No. 108), it is hereby ORDERED that the motion is GRANTED.

The Clerk shall promptly file the Fifth Declaration of Paul Enriquez attached as Exhibit 1 to the Joint Motion.

Plaintiffs shall file a response to Defendants' sur-reply (ECF No. 107) and the Fifth Enriquez Declaration on or before October 31, 2023.

IT IS SO ORDERED

Signed on this 18th day of October, 2023.

Hon. Drew B. Tipton
United States District Judge