UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

The General Land Office of the State of
Texas, et al.

v.                                                              Case Number: 7:21−cv−00272

Joseph R. Biden, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose), +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 11/29/2023

**TIME:** 04:15 PM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   November 17, 2023                                                      Nathan Ochsner, Clerk