UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>     Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>     Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>     Defendants. | No. 7:21-cv-00420<br><br>(formerly No. 6:21-cv-00052) |

**MOTION TO WITHDRAW AS COUNSEL**

Jeff P. Johnson hereby moves to withdraw as counsel of record for Plaintiff State of Missouri. Good cause exists as the undersigned has taken a different position outside the Office of the Missouri Attorney General and Plaintiffs continue to have representation by attorneys in the Office of the Missouri Attorney General. Plaintiffs will not be prejudiced by this withdrawal.

Respectfully submitted,

 /s/ Jeff P. Johnson
Jeff P. Johnson, #73249
   *Deputy Solicitor General*
Office of the Attorney General of Missouri
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
Tel. (314) 340-7366
Fax (573) 751-0774
jeff.johnson@ago.mo.gov

*Counsel for State of Missouri*

## CERTIFICATE OF CONFERENCE

I hereby certify that before filing this motion I conferenced via telephone with counsel for all parties who have noted that they do not oppose the relief requested in this motion.

/s/ Jeff P. Johnson
Jeff P. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2023, I electronically filed the foregoing using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ Jeff P. Johnson
Jeff P. Johnson