United States District Court
Southern District of Texas
**ENTERED**
December 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D.,** in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS,** in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 7:21-cv-00272 |
| **THE STATE OF MISSOURI; THE STATE OF TEXAS,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN,** in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

### ORDER

The Court conducted a status conference with the Parties on November 29, 2023. Subsequently, the Court entered an Order that consolidated the Plaintiffs' motion for preliminary injunction with the merits and alerted the Parties that the pleadings would be construed as cross-motions for summary judgment. (Dkt. No. 117). The Court gave

the Parties seven days to lodge any objections to this procedure. (*Id.*). The Plaintiffs objected. (Dkt. No. 118). Accordingly, the Court will consider the motion for preliminary injunction and the merits separately.

The Parties were instructed to confer regarding a supplemental briefing schedule. After reviewing the proposal, it is **ORDERED** that the Parties shall submit supplemental briefs of no more than 5,000 words in accordance with the following schedule:

- December 8, 2023: Plaintiffs' supplemental brief
- December 15, 2023: Defendants' supplemental brief
- December 19, 2023: Plaintiffs' reply

It is SO ORDERED.

Signed on December 6, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**