UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land office of the State of Texas, et al. |
|---|
| *versus* |
| President Joseph Biden, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samuel C. Freedlund<br>Office of Missouri Attorney General<br>815 Olive St, Suite 200<br>St. Louis, MO 63101<br>(314) 340-4869<br>Samuel.Freedlud@ago.mo.gov<br>MO63606 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/11/23        Signed: _____

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
United States District Judge