UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>            Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>            Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**MOTION OF PLAINTIFF STATE OF MISSOURI
FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Missouri respectfully requests this Court withdraw D. John Sauer and Maddie McMillian Green as counsel for Missouri. Good cause

exists as D. John Sauer and Maddie McMillian Green have taken positions outside of the Office of the Missouri Attorney General. The State of Missouri will continue to have representation and not prejudiced by these withdrawals.

Dated: December 20, 2023

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Joshua M. Divine*
Joshua M. Divine #69875
  *Solicitor General*
Office of the Missouri Attorney General
207 West High Street
Jefferson City, Missouri 65101
Tel: (573) 751-8870
Email: Josh.Divine@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, a copy of the foregoing was filed electronically via the Court's electronic filing system and thereby served on all counsel of record.

*/s/ Joshua M. Divine*