# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>    Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>    Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

### [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff State of Missouri's Motion for Withdrawal of Counsel. The Court having considered the Motion does not find the withdrawal of counsel will prejudice Plaintiff State of Missouri.

Therefore, the Court hereby GRANTS Plaintiff State of Missouri's Motion for Withdrawal of Counsel.

IT IS SO ORDERED.

Dated this \_\_\_\_ day of _____, 20\_\_.

_____
United States District Judge