United States District Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>    Defendants. | No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>    Plaintiffs,<br><br> v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>    Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

ORDER GRANTING MOTION FOR
WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff State of Missouri's Motion for Withdrawal of Counsel. The Court having considered the Motion does not find the withdrawal of counsel will prejudice Plaintiff State of Missouri.

Therefore, the Court hereby GRANTS Plaintiff State of Missouri's Motion for Withdrawal of Counsel.

IT IS SO ORDERED.

Dated this  20th  day of    December   , 2023.

*Drew B Tipton*
United States District Judge