**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | Civil Action No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Assistant United States Attorney Daniel D. Hu is hereby entering his appearance as co-counsel in this action.

Dated: March 14, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI

United States Attorney

By: */s/ Daniel D. Hu*
Daniel D. Hu
Assistant United States Attorney
Southern District No. **7959**
Texas Bar No. **10131415**
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: Daniel.Hu@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed a copy of the foregoing motion.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Daniel D. Hu*
Daniel D. Hu