# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br>　　*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br>　　*Defendant(s)*. | § § § § § § § § § § § § § § § § | CIVIL ACTION: 7:21-cv-00272 |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br>　　*Plaintiffs*,<br><br><br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al,<br>　　*Defendant(s)*. | § § § § § § § § § § § § § § § § | CIVIL ACTION: 1:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

## NOTICE OF APPEARANCE OF COUNSEL

　　Assistant United States Attorney Alyssa Iglesias is hereby entering her appearance as co-counsel in this action.

Respectfully submitted,

**ALAMDAR S. HAMDANI**
UNITED STATES ATTORNEY

By:   *s/ Alyssa Iglesias*
**ALYSSA IGLESIAS**
Assistant United States Attorney
Southern District of Texas No.: 3610302
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Alyssa.Iglesias@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed a copy of the foregoing motion. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*s/ Alyssa Iglesias*
**ALYSSA IGLESIAS**