United States District Court
Southern District of Texas
**ENTERED**
March 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>            Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>            Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

## **ORDER**

Pending before the Court is Defendants' unopposed motion for a one-week extension of the stay of the preliminary injunction entered by the Court on March 8, 2014. After reviewing the motion, the record and the applicable law, the Court is of the opinion that the motion should be GRANTED.

The preliminary injunction is STAYED for one additional week, up to and including March 22, 2024.

It is SO ORDERED.

Signed this  15th  of      March      , 2024.

*Drew B Tipton*
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE