# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>        Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>        Defendants. | Civil Action No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

## **ORDER**

Pending before the Court is Defendants' motion for an extension of the stay of the of the preliminary injunction entered by the Court on March 8, 2024. After reviewing the motion, the record and the applicable law, the Court is of the opinion that the motion should be GRANTED.

The preliminary injunction is stayed pending this Court's resolution of Defendants' motion for clarification, including with respect to the five categories of actions upon which Defendants seek clarification.

It is SO ORDERED.

Signed this ___ of _____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE