United States District Court
Southern District of Texas

**ENTERED**

March 22, 2024

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official Capacity as Commissioner of the Texas General Land Office, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, | § § § § § § § § § | Civil Action No. 7:21-CV-00272 |
| Defendants. | § § | |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | |
| JOSEPH R. BIDEN, JR. in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the | § § § § § § § § § § § § | Civil Action No. 7:21-CV-00420 |

| | |
|---|---|
| **Acting Commissioner of the United** | § |
| **States Customs and Border** | § |
| **Protection; and UNITED STATES** | § |
| **CUSTOMS AND BORDER** | § |
| **PROTECTION,** | § |
| | § |
| **Defendants.** | § |
| | § |

## <u>ORDER</u>

On March 8, 2024, the Court signed a Memorandum Opinion and Order regarding the motion for preliminary injunction in this case. (Dkt. No. 128). The Court granted the preliminary injunction in part and stayed it for seven days. (*Id.* at 56). On March 14, 2024, Defendants moved for an unopposed extension of the stay for an additional week. (Dkt. No. 131). The Court granted the request and extended the stay up to and including March 22, 2024. (Dkt. No. 132).

Now pending before the Court is Defendants' Motion for Clarification of Preliminary Injunction and for Extension of Stay Pending Decision, filed on March 21, 2024. (Dkt. No. 133). Plaintiffs a Response to Defendants' Motion for Extension of Stay on March 22, 2024. (Dkt. No. 134). Plaintiffs anticipate filing a response in opposition to the request for clarification by close of business on March 27, 2024. (*Id.* at 2).

While the Defendants failed to address any of the stay factors articulated in the caselaw, the Court finds that the need for clarification of the preliminary injunction is such that the **STAY IS EXTENDED** through March 28, 2024. The Court will hold a hearing on that date to address the issues raised in Defendants' motion.

It is SO ORDERED.

Signed on March 22, 2024.

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE