## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

The General Land Office of the State of
Texas, et al.

v.                                                      Case Number: 7:21−cv−00272

Joseph R. Biden, et al.

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) +1 646
828 7666 US (New York)
Meeting ID: 160 994 8471
Meeting Password: 754354


Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501


**DATE:** 3/28/2024

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Clarification − #133
Motion for Extension of Time − #133


Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical
means of recordation or transmission of court proceedings is permitted.

---

Date:   March 22, 2024                                      Nathan Ochsner, Clerk