AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions:*

| 1. NAME Alyssa Iglesias | 2. PHONE NUMBER (956) 992-9351 | 3. DATE 3/28/2024 |

| 4. DELIVERY ADDRESS OR EMAIL alyssa.iglesias@usdoj.gov | 5. CITY McAllen | 6. STATE TX | 7. ZIP CODE 78501 |

| 8. CASE NUMBER 7:21-cv-00272 | 9. JUDGE Drew | DATES OF PROCEEDINGS |
| | | 10. FROM 3/28/2024 | 11. TO 3/28/2024 |

| 12. CASE NAME The General Land Office et al v. US Dept of Homeland Sec | LOCATION OF PROCEEDINGS |
| | 13. CITY McAllen | 14. STATE TX |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing | 3/28/24 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☒ | ☐ | NO. OF COPIES 1 | | |
| DAILY | | | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | | | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |

| 18. SIGNATURE ALYSSA IGLESIAS  Digitally signed by ALYSSA IGLESIAS Date: 2024.03.28 14:05:42 -05'00' | PROCESSED BY |

| 19. DATE | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY |
| ORDER RECEIVED | | |

| DEPOSIT PAID | DEPOSIT PAID | |

| TRANSCRIPT ORDERED | TOTAL CHARGES | 0.00 |

| TRANSCRIPT RECEIVED | LESS DEPOSIT | 0.00 |

| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |

| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY