**3-DAY**

Case 7:21-cv-00272 Document 141 Filed on 03/28/24 in TXSD Page 1 of 1

AO 435 (Rev. 04/18)
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Alyssa Iglesias | 2. PHONE NUMBER<br>(956) 992-9351 | 3. DATE<br>3/28/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>alyssa.iglesias@usdoj.gov | 5. CITY<br>McAllen | 6. STATE  7. ZIP CODE<br>TX       78501 |
| 8. CASE NUMBER<br>7:21-cv-00272 | 9. JUDGE<br>Drew | DATES OF PROCEEDINGS<br>10. FROM 3/28/2024  11. TO 3/28/2024 |
| 12. CASE NAME<br>The General Land Office et al v. US Dept of Homeland Sec | LOCATION OF PROCEEDINGS<br>13. CITY McAllen  14. STATE TX | |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Motion Hearing | 3/28/24 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES 1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

18. SIGNATURE  ALYSSA IGLESIAS
*Digitally signed by ALYSSA IGLESIAS*
*Date: 2024.03.28 14:05:42 -05'00'*

PROCESSED BY  **RICK RODRIGUEZ**

19. DATE

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
**TRINITY TRANSCRIPTION**

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

U.S. District Court
SOUTHERN DISTRICT OF TEXAS (McAllen)
CIVIL DOCKET FOR CASE #: 7:21-cv-00272
Internal Use Only

The General Land Office of the State of Texas et al v. Biden et al
Assigned to: Judge Drew B Tipton
Member case:
   7:21-cv-00420
Cause: 05:551 Administrative Procedure Act

Date Filed: 07/13/2021
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

### Plaintiff

**The General Land Office of the State of Texas**   represented by   **David Austin R. Nimocks**
Peele Nimocks Toth
The Overlook at Rob Roy
6836 Bee Caves Rd.
Bldg. 3, Ste. 201
Austin, TX 78746
512-522-4893
Email: austin@pntlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
Peele Nimocks Toth
6826 Bee Caves Road
Building III, Suite 201
Austin, TX 78746
512-417-0334
Email: chris@pntlawfirm.com
*ATTORNEY TO BE NOTICED*

**Cory Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.liu@butlersnow.com
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
Law Offices of Donato D. Ramos, PLLC
6721 McPherson Road
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*



*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
Law Offices of Donato D Ramos PLLC
6721 McPherson
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Comissioner Dawn Buckingham, M.D.**     represented by   **David Austin R. Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cory Liu**
(See above for address)
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102-0899
573-751-3826
Email: maddie.green@ago.mo.gov
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeff Philip Johnson**
Office of The Missouri Attorney General
815 Olive Street
Suite 200
St. Louis, MO 63101
314-340-7366
Email: jpjohnson@shb.com
*TERMINATED: 11/30/2023*
*ATTORNEY TO BE NOTICED*

**Jesus A Osete**
Bryan Cave Leighton Paisner LLP
221 Bolivar Street
Suite 101
Jefferson City, MO 65101-1574
573-556-6620
Fax: 573-556-6630
Email: jesus.osete@bclplaw.com
*TERMINATED: 05/16/2022*
*PRO HAC VICE*

**Joshua M. Divine**
Office of the Missouri Attorney General
PO Box 899
207 W. High Street
Jefferson City, MO 65101
573-751-8870
Email: josh.divine@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Michael E Talent**
James Otis Law Group, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017
**314-313-5285**
Email: Michael.Talent@james-otis.com
*TERMINATED: 09/20/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C Freedlund**
Office of The Missouri Attorney General
815 Olive Street

|  |  |
|---|---|
|  | Ste 200<br>St. Louis, MO 63188<br>314-340-4869<br>Email: Samuel.Freedlund@ago.mo.gov<br>*ATTORNEY TO BE NOTICED* |
| **Consol Plaintiff**<br>**State Of Texas** | represented by **David Austin R. Nimocks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ryan Daniel Walters**<br>Office of the Texas Attorney General<br>Special Counsel Unit<br>209 W. 14th Street<br>7th Floor<br>Austin, TX 78701<br>512-936-2714<br>Email: ryan.walters@oag.texas.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Aaron Francis Reitz**<br>Office of the Attorney General of Texas<br>209 W. 14th Street<br>Ste 8th Floor<br>Austin, TX 78701<br>512-936-1989<br>Email: aaron.reitz@oag.texas.gov<br>*TERMINATED: 06/27/2023*<br>*ATTORNEY TO BE NOTICED*<br><br>**Munera Al-Fuhaid**<br>Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548<br>Mc 009<br>Austin, TX 78711-2548<br>512-936-2172<br>Email: munera.al-fuhaid@oag.texas.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **President Joseph R. Biden** | represented by **Alyssa Marie Iglesias**<br>US Attorney's Office<br>1701 W. Business Hwy. 83<br>Ste. 600<br>McAllen, TX 78501<br>956-618-8010<br>Email: alyssa.iglesias@usdoj.gov |

|   |   |   |
|---|---|---|
|   |   | *ATTORNEY TO BE NOTICED*<br><br>**Andrew Irwin Warden**<br>United States Dept of Justice<br>Civil Division, Federal Programs Breach<br>1100 L Street NW<br>Washington, DC 20005<br>202-616-5084<br>Email: andrew.warden@usdoj.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel David Hu**<br>Office of the US Attorneys Office<br>1000 Louisiana<br>Ste 2300<br>Houston, TX 77002<br>713-567-9518<br>Fax: 713-718-3303<br>Email: daniel.hu@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Joseph Gerardi**<br>Dept of Justice<br>Civil Div, Fed Programs Branch<br>1100 L St. NW<br>Rm. 12212<br>Washington, DC 20530<br>202-616-0680<br>Email: michael.j.gerardi@usdoj.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |   |
| **United States Department of Homeland Security** | represented by | **Alyssa Marie Iglesias**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Irwin Warden**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel David Hu**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Joseph Gerardi**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |   |

| | | |
|---|---|---|
| **Secretary Alejandro Mayorkas** | represented by | **Alyssa Marie Iglesias** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Andrew Irwin Warden** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Daniel David Hu** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael Joseph Gerardi** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **State of Missouri** <br> *TERMINATED: 08/03/2022* | represented by | **Dean John Sauer** <br> (See above for address) <br> *TERMINATED: 12/20/2023* <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Maddie McMillian Green** <br> (See above for address) <br> *TERMINATED: 12/20/2023* <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Jesus A Osete** <br> (See above for address) <br> *TERMINATED: 05/16/2022* <br> *PRO HAC VICE* |
| | | **Joshua M. Divine** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael E Talent** <br> (See above for address) <br> *TERMINATED: 09/20/2023* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Samuel C Freedlund** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**State of Texas**
*TERMINATED: 08/03/2022*

represented by **Munera Al-Fuhaid**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**United States Of America**

represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Troy A. Miller**
*in his official capacity as Acting Commission of U.S. Customs and Border Protection*

represented by **Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**United States Customs and Border Protection**

represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Immigration Reform Law Institute** | represented by | **Matt A Crapo** |

Immigration Reform Law Institute
25 Massachusetts Ave NW
Suite 335
Washington, DC 20001
571-435-3582
Email: mcrapo@irli.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*