**COPY ORDER**

AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME<br>Austin R. Nimocks | 2. PHONE NUMBER<br>(512) 522-4893 |
| | 3. DATE<br>3/28/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>austin@pntlawfirm.com | 5. CITY<br>Austin |
| | 6. STATE<br>TX |
| | 7. ZIP CODE<br>78746 |
| 8. CASE NUMBER<br>7:21-CV-272 | 9. JUDGE<br>Tipton |
| | DATES OF PROCEEDINGS |
| | 10. FROM 3/28/2024 |
| | 11. TO 3/28/2024 |
| 12. CASE NAME<br>The General Land Office of the State of Texas et al v. Biden | LOCATION OF PROCEEDINGS |
| | 13. CITY Houston |
| | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | 3-28-24 MOTION HRG |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

COPY ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Austin R. Nimocks | PROCESSED BY<br>RICK RODRIGUEZ |
| 19. DATE<br>3/28/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY<br>TRINITY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY