| | | | | |
|---|---|---|---|---|
| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W9126G18R00960007 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 04-Mar-2019 | PAGE OF PAGES 1 OF 63 |

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. W9126G19D0020 | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY   CODE  W9126G | 8. ADDRESS OFFER TO  *(If Other Than Item 7)*   CODE  W9126G |
|---|---|
| US ARMY ENGINEER DISTRICT, FORT WORTH<br>ATTN: CESWF-CT<br>819 TAYLOR ST, ROOM 2A17<br>FORT WORTH TX 76102-0300<br><br>TEL: 817-886-1043    FAX: 817-886-6403 | US ARMY CORPS OF ENGINEERS FORT WORTH<br>819 TAYLOR ST, RM 2A17<br>FORT WORTH TX 76102-0300<br><br><br>TEL: (817) 886-1077    FAX: (817) 886-6403 |

| 9. FOR INFORMATION CALL: | A. NAME  FRANCISCO J CORDERO | B. TELEPHONE NO. *(Include area code)  (NO COLLECT CALLS)*  817-886-1459 |
|---|---|---|

**SOLICITATION**

**NOTE:** In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS    *(Title, identifying no., date):*

Multiple Award Task Order Contract(MATOC)for design-build(DB),design-bid-build(DBB)horizontal construction task orders in support of the Department of Homeland Security(DHS)San Diego,El Centro,Yuma and Tucson Border Patrol Sectors and the US Army Corps of Engineers(USACE)Southwestern Division (SWD) and South Pacific Division (SPD)NAICS:237310Set-aside:Unrestricted with a Small Business reserveContract Type:MATOC for Design-Build and Design-Bid-Build task ordersBasis of Award:Tradeoff Solicitation Phases:TwoTask Order types: Firm Fixed Price (FFP), Fixed Price with Economic Price Adjustment (FPEPA), Fixed Price Incentive(Firm Target) FPIF),to Project Title: MATOCfor design-build (DB),design-bid-build (DBB) horizontal construction task orders in support of the Department of Homeland Security(DHS)San Diego, El Centro, Yuma and Tucson Border Patrol Sectors and the USACE Southwestern Division(SWD)and South Pacific Divisio(SPD)NAICS:237310Set-aside: Unrestricted with a Small Business reserveContract Type: MATOC for Design-Build and Design-Bid-Build task orders.Task Order types:Firm Fixed Price(FFP),Fixed Price with Economic Price Adjustment(FPEPA),Fixed Price Incentive (Firm Target) FPIF), fixed price with award fees, and fixed price incentive successive target task orders.

11. The Contractor shall begin performance within _____ calendar days and complete it within _____ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable.   *(See _Per Task Order_ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES  ☐ NO | 12B. CALENDAR DAYS  10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A.  Sealed offers in original and _____ copies to perform the work required are due at the place specified in Item 8 by __11:00 AM__ *(hour)* local time __10 Sep 2018__ *(date)*.   If this is a sealed bid solicitation, offers must be publicly opened at that time.   Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B.  An offer guarantee ☒ is,  ☐ is not required.

C.  All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D.  Offers providing less than __120__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 | 1442-101 | **STANDARD FORM 1442**  (REV. 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53.236-1(e) |
|---|---|---|

# SOLICITATION, OFFER, AND AWARD (Continued)
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

**14. NAME AND ADDRESS OF OFFEROR** *(Include ZIP Code)*
POSILLICO CIVIL INC COASTAL ENVIRONMENTA
PAUL CASAZZA
1750 NEW HWY
FARMINGDALE NY 11735-1562

CODE 85H14     FACILITY CODE

**15. TELEPHONE NO.** *(Include area code)*
(631)390-5791

**16. REMITTANCE ADDRESS** *(Include only if different than Item 14)*
See Item 14

**17.** The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

**AMOUNTS**   SEE SCHEDULE OF PRICES

**18.** The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

AMENDMENT NO.
DATE

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** *(Type or print)*
**20B. SIGNATURE**
**20C. OFFER DATE**

**AWARD** *(To be completed by Government)*

**21. ITEMS ACCEPTED:**
# SEE SCHEDULE

**22. AMOUNT**
$5,000,000,000.00

**23. ACCOUNTING AND APPROPRIATION DATA**

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN**   ITEM
*(4 copies unless otherwise specified)*

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**
☐ 10 U.S.C. 2304(c)     ☐ 41 U.S.C. 253(c)

**26. ADMINISTERED BY**   CODE
See Item 7

**27. PAYMENT WILL BE MADE BY:**   CODE 964145
USACE FINANCE CENTER MILLINGTON
ATTN: CEFC-AO-P
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ **28. NEGOTIATED AGREEMENT** *(Contractor is required to sign this document and return _____ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ **29. AWARD** *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

REF:

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** *(Type or print)*

**31A. NAME OF CONTRACTING OFFICER** *(Type or print)*
VERNON D VANN / Added by UPASS

TEL: (517) 886-1351     EMAIL: Vernon.D.Vann@usace.army.mil

**30B. SIGNATURE**    **30C. DATE**

**31B. UNITED STATES OF AMERICA**
BY [signature]

**31C. AWARD DATE**
08-May-2019

NSN 7540-01-155-3212     **STANDARD FORM 1442 BACK**     (REV. 4-85)