# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF   14

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W9126G19D0020 | 2. DELIVERY ORDER/CALL NO. W9126G19F6147 | 3. DATE OF ORDER/CALL (YYYYMMDD) 2019 Sep 28 | 4. REQ./PURCH. REQUEST NO. W45XMA92677072 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY                                  CODE   W9126G | 7. ADMINISTERED BY (If other than 6)         CODE | 8. DELIVERY FOB |
|---|---|---|
| US ARMY CORPS OF ENGINEERS FORT WORTH<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300 | **SEE ITEM 6** | [X] DESTINATION<br>[ ] OTHER<br><br>(See Schedule if other) |

| 9. CONTRACTOR           CODE  85H14            FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS [ ] SMALL |
|---|---|---|
| **NAME AND ADDRESS**  POSILLICO CIVIL INC COASTAL ENVIRONMENTA<br>PAUL CASAZZA<br>1750 NEW HWY<br>FARMINGDALE NY 11735-1562 | 12. DISCOUNT TERMS<br>Net 30 Days | [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED |
| | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Item 15 | |

| 14. SHIP TO          CODE  967405 | 15. PAYMENT WILL BE MADE BY          CODE   964145 | |
|---|---|---|
| PROJECT MANAGEMENT BRANCH<br>ENRIQUE VILLAGOMEZ, JR.<br>2000 FORT POINT ROAD<br>GALVESTON TX 77550 | USACE FINANCE CENTER MILLINGTON<br>ATTN: CEFC-AO-P<br>5722 INTEGRITY DRIVE<br>MILLINGTON TN 38054-5005 | **MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.** |

| 16. TYPE OF ORDER | DELIVERY/ CALL  [X] | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|
| | PURCHASE | Reference your quote dated.<br>Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| Posillico Civil, Inc.<br>Coastal Environmental Group, Inc. A Joint Venture d/b/a<br>Southern Border Constructors | | Joseph K. Posillico, Managing Member | 10/1/2019 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>TEL: 817-886-1054<br>EMAIL: patricia.a.jackson@usace.army.mil<br>BY: PATRICIA A JACKSON | *Patricia Jackson*<br>CONTRACTING / ORDERING OFFICER | 25. TOTAL   $120,412,400.00 |
|---|---|---|---|
| | | | 26. DIFFERENCES |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN |
|---|
| [ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED |

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER   g. E-MAIL ADDRESS | | | |
| **36. I certify this account is correct and proper for payment.** | 31. PAYMENT | | 34. CHECK NUMBER |
| a. DATE (YYYYMMDD)   b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] COMPLETE [ ] PARTIAL [ ] FINAL | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD Form 1155, DEC 2001                    PREVIOUS EDITION IS OBSOLETE.

Section 00 11 00 - Standard Form (SF) 1442 and CLIN Schedule

ACO/PCO AUTHORITY

Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO) or an Administrative Contracting Officer (ACO)), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer attempts to make changes to the terms and conditions to the terms and conditions of this contract, you shall not proceed with the change and shall immediately notify the Contracting Officer.

Southern Border Constructors proposal dated 20 Sep 2019 is hereby incorporated into this task order.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001 | | 1 | Job | $11,650,000.00 | $11,650,000.00 |
| | | | | Funded Amt: | $11,650,000.00 |
| | Base Design | | | | NAICS CD: 237210 |
| | Design required for RGV 08 Base Segment A, B, and C | | | | , FSC CD: Y1LB |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0002 | | 1 | Job | $8,700,000.00 | $8,700,000.00 |
| | | | | Funded Amt: | $8,700,000.00 |
| | Base Construction | | | | NAICS CD: 237210 |
| | All work required to complete construction of base segment A early availability | | | | , FSC CD: Y1LB |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0003 | | 1 | Job | $85,483,000.00 | $85,483,000.00 |
| | | | | Funded Amt: | $85,483,000.00 |
| | Late Base Construction | | | | NAICS CD: 237210 |
| | All work required to complete construction of base segment: A, B, C delayed availability | | | | , FSC CD: Y1LB |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 1 | Job | $819,000.00 | $819,000.00 |
| EXERCISED OPTION | | | | Funded Amt: | $819,000.00 |

Design of Anti-Climb Plate
Design and fabrication for the 11 gauge steel sheathing along the upper 5' of the fence alignment

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 1 | Job | $1,019,000.00 | $1,019,000.00 |
| EXERCISED OPTION | | | | Funded Amt: | $1,019,000.00 |

Fabrication/Install of Anti-Climb Plate
Installation of the 11 gauge steel sheathing along the upper 5' of the fence alignment

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 1 | Job | $185,000.00 | $185,000.00 |
| EXERCISED OPTION | | | | Funded Amt: | $185,000.00 |

Design to Transition From 18' to 30'
Design required for increasing height from 18' to 30' fence

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 1 | Job | $12,556,400.00 | $12,556,400.00 |
| EXERCISED OPTION | | | | Funded Amt: | $12,556,400.00 |

Construction From 18' to 30'
Additional construction cost for increasing height from 18' to 30' fence

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO 0008 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Job | UNIT PRICE $1,050,000.00 Funded Amt: | AMOUNT $1,050,000.00 |
|---|---|---|---|---|---|

RVSS Towers
All work required to complete three (3) RVSS Monopole Towers.The Contractor shall furnish and provideall design, materials, labor, and equipment necessary for fabrication and installation of the RVSS Towers, according to the criteria set forth in the herein drawings and specifications, complete and ready for use.

NAICS CD: 237210 , FSC CD: Y1LB

| ITEM NO 0009 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Job | UNIT PRICE $8,420,000.00 Funded Amt: | AMOUNT $8,420,000.00 |
|---|---|---|---|---|---|

Design Segment D&E
Design required for RGV 08 Option Segment D and E.

NAICS CD: 237210 , FSC CD: Y1LB

| ITEM NO 0010 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Job | UNIT PRICE $72,631,500.00 Funded Amt: | AMOUNT $72,631,500.00 |
|---|---|---|---|---|---|

Construction Segment D&E
All work required to complete construction of Segments D & E

NAICS CD: 237210 , FSC CD: Y1LB

| ITEM NO 0011 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Job | UNIT PRICE $789,000.00 Funded Amt: | AMOUNT $789,000.00 |
|---|---|---|---|---|---|

Design Anti-Climb Plate
Design and fabrication for the 11 gauge steel sheathing along the upper 5' of the fence alignment

NAICS CD: 237210 , FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0012 OPTION | | 1 | Job | $784,000.00 | $784,000.00 |
| | | | | Funded Amt: | |

Fabrication/Install of Anti-Climb Plate
Installation of the 11 gauge steel sheathing along the upper 5' of the fence alignment

NAICS CD: 237210, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0013 OPTION | | 1 | Job | $155,000.00 | $155,000.00 |
| | | | | Funded Amt: | |

Design to Transition From 18' to 30'
Design required for increasing height from 18' to 30' fence

NAICS CD: 237210, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0014 OPTION | | 1 | Job | $9,600,000.00 | $9,600,000.00 |
| | | | | Funded Amt: | |

Construction 18' to 30'
Additional construction cost for increasing height from 18' to 30' fence

NAICS CD: 237210, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0015 OPTION | | 1 | Job | $1,185,900.00 | $1,185,900.00 |
| | | | | Funded Amt: | |

RVSS Towers
All work required to complete two (2) RVSS Monopole Towers associated with the Option Segment E. The Contractor shall furnish and provide all design, materials, labor, and equipment necessary for fabrication and installation of the RVSS Towers for Segment D and E, according to the criteria set forth in the herein drawings and specifications,complete and ready for use.

NAICS CD: 237210, FSC CD: Y1LB

| ITEM NO<br>0016<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Job | UNIT PRICE<br>$14,436,000.00<br>Funded Amt: | AMOUNT<br>$14,436,000.00 |
|---|---|---|---|---|---|

Paint Segment A, B, & C to 18'
All work required to paint Segment A, B & C, to 18', without 11 gauge steel
sheathing, according to the criteria set forth in the herein drawings and
specifications, complete and ready for use.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO<br>0017<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Job | UNIT PRICE<br>$6,669,000.00<br>Funded Amt: | AMOUNT<br>$6,669,000.00 |
|---|---|---|---|---|---|

Additional Work From 18' to 30'
Additional work required to paint Segment A, B & C from 18' to 30', without 11
gauge steel sheathing, according to the criteria set forth in the herein drawings and
specifications, complete and ready for use.Only applicable if Options 02 & 08 are
executed.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO<br>0018<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Job | UNIT PRICE<br>$3,066,000.00<br>Funded Amt: | AMOUNT<br>$3,066,000.00 |
|---|---|---|---|---|---|

Additional Paint 11 Gage Steel Sheathing
Additional work required to paint 11 gauge steel sheathing for Segment A, B & C,
according to the criteria set forth in the herein drawings and specifications,
complete and ready for use. Only applicable if Options 01, 02, & 08 are executed.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO<br>0019<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Job | UNIT PRICE<br>$11,115,000.00<br>Funded Amt: | AMOUNT<br>$11,115,000.00 |
|---|---|---|---|---|---|

Paint Segment A, B, & C to 18'
All work required to paint Segment D and E, to 18', without 11 gauge steel
sheathing, according to the criteria set forth in the herein drawings and
specifications, complete and ready for use. Only applicable if Option 04 is
executed.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0020 OPTION | | 1 | Job | $5,135,000.00 | $5,135,000.00 |
| | | | | Funded Amt: | |

Additional Paint From 18' to 30'
Additional work required to paint Segment D and E, from 18' to 30', without 11 gauge steel sheathing, according to the criteria set forth in the herein drawings and specifications, complete and ready for use. Only applicable if Options 04, 06, & 12 are executed

NAICS CD: 237210 , FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0021 OPTION | | 1 | Job | $2,360,000.00 | $2,360,000.00 |
| | | | | Funded Amt: | |

Additional Paint 11 Gage Steel Sheathing
Additional work required to paint 11 gauge steel sheathing, for Segment D and E according to the criteria set forth in the herein drawings and specifications, complete and ready for use. Only applicable if Options 04, 05, 06, & 12 are executed.

NAICS CD: 237210 , FSC CD: Y1LB

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |
| 0007 | Destination | Government | Destination | Government |
| 0008 | Destination | Government | Destination | Government |
| 0009 | Destination | Government | Destination | Government |
| 0010 | Destination | Government | Destination | Government |
| 0011 | Destination | Government | Destination | Government |
| 0012 | Destination | Government | Destination | Government |
| 0013 | Destination | Government | Destination | Government |
| 0014 | Destination | Government | Destination | Government |
| 0015 | Destination | Government | Destination | Government |
| 0016 | Destination | Government | Destination | Government |
| 0017 | Destination | Government | Destination | Government |
| 0018 | Destination | Government | Destination | Government |

| 0019 | Destination | Government | Destination | Government |
| 0020 | Destination | Government | Destination | Government |
| 0021 | Destination | Government | Destination | Government |

## ACCOUNTING AND APPROPRIATION DATA

AA: 096 NA X 2019 3122 000 0000 CCS: 999 M2 2019 08 2455 0WDDHS 96412 3230 2492GL
AMOUNT: $120,412,400.00

| ACRN | CLIN/SLIN | CIN | AMOUNT |
|------|-----------|-----|--------|
| AA | 0001 | W45XMA926770720001 | $11,650,000.00 |
|    | 0002 | W45XMA926770720002 | $8,700,000.00 |
|    | 0003 | W45XMA926770720003 | $85,483,000.00 |
|    | 0004 | W45XMA926770720004 | $819,000.00 |
|    | 0005 | W45XMA926770720005 | $1,019,000.00 |
|    | 0006 | W45XMA926770720006 | $185,000.00 |
|    | 0007 | W45XMA926770720007 | $12,556,400.00 |

Section 00 72 00 - Contract Clauses

CLAUSES INCORPORATED BY FULL TEXT

52.211-10    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to

(a) commence work under this contract within 10 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than what is specified in section **01 00 00.00 44.**

(End of clause)

52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

a. If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of **$8,479.00** each calendar day of delay until the work is completed or accepted.

b. If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

W9126G19D0020
W9126G19F6147
Page 10 of 14

Section 00 73 46 - Wage Determination Schedule

<u>WAGE DETERMINATION</u>
General Decision Number: TX20190085 01/04/2019

Superseded General Decision Number: TX20180117

State: Texas

Construction Type: Heavy

Counties: Brooks, Dimmit, Duval, Frio, Jim Hogg, Kenedy,
Kinney, La Salle, Maverick, McMullen, Starr, Uvalde, Willacy,
Zapata and Zavala Counties in Texas.


HEAVY CONSTRUCTION PROJECTS


Note: Under Executive Order (EO) 13658, an hourly minimum wage
of $10.60 for calendar year 2019 applies to all contracts
subject to the Davis-Bacon Act for which the contract is awarded
(and any solicitation was issued) on or after January 1, 2015.
If this contract is covered by the EO, the contractor must pay
all workers in any classification listed on this wage
determination at least $10.60 per hour (or the applicable
wage rate listed on this wage determination, if it is higher)
for all hours spent performing on the contract in calendar
year 2019.  If this contract is covered by the EO and a
classification considered necessary for performance of work on
the contract does not appear on this wage determination, the
contractor must pay workers in that classification at least
the wage rate determined through the conformance process set
forth in 29 CFR 5.5(a)(1)(ii) (or the EO minimum wage rate,
if it is higher than the conformed wage rate).  The EO minimum
wage rate will be adjusted annually.  Please note that
this EO applies to the above-mentioned types of contracts
entered into by the federal government that are subject
to the Davis-Bacon Act itself, but it does not apply
to contracts subject only to the Davis-Bacon Related Acts,
including those set forth at 29 CFR 5.1(a)(2)-(60). Additional
information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


Modification Number      Publication Date
        0                01/04/2019

  SUTX2009-128 04/21/2009

                              Rates         Fringes

CEMENT MASON/CONCRETE FINISHER...$ 13.00          0.00

```
LABORER:  Common or General......$  9.00              0.00

LABORER:  Pipelayer..............$ 10.65              0.00

OPERATOR:  Backhoe/Trackhoe......$ 14.00              0.00

OPERATOR:  Bulldozer.............$ 14.25              0.00

OPERATOR:  Front End Loader......$ 11.52              0.00

TRUCK DRIVER....................$ 10.80              0.26
----------------------------------------------------------------
```

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

```
================================================================
```

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------


The body of each wage determination lists the classification
and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of ""identifiers"" that indicate whether the particular
rate is a union rate (current union negotiated rate for local),
a survey rate (weighted average rate) or a union average rate
(weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed
in dotted lines beginning with characters other than ""SU"" or
""UAVG"" denotes that the union classification and rate were
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of
the union which prevailed in the survey for this
classification, which in this example would be Plumbers. 0198
indicates the local union number or district council number
where applicable, i.e., Plumbers Local 0198. The next number,
005 in the example, is an internal number used in processing
the wage determination. 07/01/2014 is the effective date of the
most current negotiated rate, which in this example is July 1,
2014.

Union prevailing wage rates are updated to reflect all rate
changes in the collective bargaining agreement (CBA) governing
this classification and rate.

Survey Rate Identifiers

Classifications listed under the ""SU"" identifier indicate that
no one rate prevailed for this classification in the survey and
the published rate is derived by computing a weighted average
rate based on all the rates reported in the survey for that
classification.  As this weighted average rate includes all
rates reported in the survey, it may include both union and
non-union rates. Example: SULA2012-007 5/13/2014. SU indicates
the rates are survey rates based on a weighted average
calculation of rates and are not majority rates. LA indicates
the State of Louisiana. 2012 is the year of survey on which
these classifications and rates are based. The next number, 007
in the example, is an internal number used in producing the
wage determination. 5/13/2014 indicates the survey completion
date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a
new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate
that no single majority rate prevailed for those
classifications; however, 100% of the data reported for the
classifications was union data. EXAMPLE: UAVG-OH-0010
08/29/2014. UAVG indicates that the rate is a weighted union
average rate. OH indicates the state. The next number, 0010 in
the example, is an internal number used in producing the wage
determination. 08/29/2014 indicates the survey completion date
for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of
each year, to reflect a weighted average of the current
negotiated/CBA rate of the union locals from which the rate is
based.

W9126G19D0020
W9126G19F6147
Page 13 of 14

----------------------------------------------------------------
                WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter
*  a conformance (additional classification and rate) ruling


On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.


With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

                Branch of Construction Wage Determinations
                Wage and Hour Division
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

                Wage and Hour Administrator
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210


The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

                Administrative Review Board
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

===================================================================

      END OF GENERAL DECISION