# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 9

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. W9126G19D0020 | 2. DELIVERY ORDER/ CALL NO. W9126G19F6154 | 3. DATE OF ORDER/CALL (YYYYMMDD) 2019 Sep 29 | 4. REQ./ PURCH. REQUEST NO. W45XMA92677075 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY CODE W9126G US ARMY CORPS OF ENGINEERS FORT WORTH 819 TAYLOR ST, CT OFC RM 2A17 FORT WORTH TX 76102-0300 | 7. ADMINISTERED BY (if other than 6) CODE SEE ITEM 6 | 8. DELIVERY FOB [X] DESTINATION [ ] OTHER (See Schedule if other) |
|---|---|---|

| 9. CONTRACTOR CODE 85H14   FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) SEE SCHEDULE | 11. MARK IF BUSINESS IS [ ] SMALL |
|---|---|---|
| NAME AND ADDRESS POSILLICO CIVIL INC COASTAL ENVIRONMENTA PAUL CASAZZA 1750 NEW HWY FARMINGDALE NY 11735-1562 | 12. DISCOUNT TERMS Net 30 Days | [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED |
|  | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK See Item 15 |  |

| 14. SHIP TO CODE 967405 PROJECT MANAGEMENT BRANCH ENRIQUE VILLAGOMEZ, JR. 2000 FORT POINT ROAD GALVESTON TX 77550 | 15. PAYMENT WILL BE MADE BY CODE 964145 USACE FINANCE CENTER MILLINGTON ATTN: CEFC-AO-P 5722 INTEGRITY DRIVE MILLINGTON TN 38054-5005 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|

| 16. TYPE OF ORDER | DELIVERY/ CALL [X] | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|
|  | PURCHASE | Reference your quote dated Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| Posillico Civil, Inc./ Coastal Environmental Group, Inc. A Joint Venture d/b/a **Southern Border Constructors** | /s/ signature | Joseph K. Posillico, Managing Member | 10/1/2019 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
|  | SEE SCHEDULE |  |  |  |  |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA TEL: 817-886-1054 EMAIL: patricia.a.jackson@usace.army.mil BY: PATRICIA A JACKSON | /s/ Patricia Jackson CONTRACTING / ORDERING OFFICER | 25. TOTAL $110,022,700.00 26. DIFFERENCES |
|---|---|---|---|

| 27a. QUANTITY IN COLUMN 20 HAS BEEN [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED |  |  |  |
|---|---|---|---|
| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |  |
| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP NO. [ ] PARTIAL [ ] FINAL | 29. DO VOUCHER NO. 32. PAID BY | 30. INITIALS 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER   g. E-MAIL ADDRESS | 31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL | | 34. CHECK NUMBER 35. BILL OF LADING NO. |

36. I certify this account is correct and proper for payment.
a. DATE (YYYYMMDD)   b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

COMPILED AWARD

**DD Form 1155, DEC 2001**   PREVIOUS EDITION IS OBSOLETE.

W9126G19D0020
W9126G19F6154
Page 2 of 9

Section 00 11 00 - Standard Form (SF) 1442 and CLIN Schedule

<u>KO STATEMENT</u>
Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO) or an Administrative Contracting Officer (ACO)), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer attempts to make changes to the terms and conditions to the terms and conditions of this contract, you shall not proceed with the change and shall immediately notify the Contracting Officer.

Southern Border Constructors proposal dated 10 Sep 2019 is hereby incorporated into this task order.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Job | $11,500,000.00 | $11,500,000.00 |
| | | | | Funded Amt: | $11,500,000.00 |
| | Design required for RGV 09 Base to include Segment B. | | | | NAICS CD: 237210, FSC CD: Y1LB |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Job | $21,500,000.00 | $21,500,000.00 |
| | | | | Funded Amt: | $21,500,000.00 |
| | All work required to complete Construction of Segment B Early Availability (Stations shown in 01 00 00.00 44). | | | | NAICS CD: 237210, FSC CD: Y1LB |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1 | Job | $62,169,000.00 | $62,169,000.00 |
| | | | | Funded Amt: | $62,169,000.00 |
| | All work required to complete Construction of Segment B Delayed Availability (Stations shown in 01 00 00.00 44). | | | | NAICS CD: 237210, FSC CD: Y1LB |

COMPILED AWARD

W9126G19D0020
W9126G19F6154
Page 3 of 9

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 EXERCISED OPTION | | 1 | Job | $856,000.00 Funded Amt: | $856,000.00 $856,000.00 |
| | OPTION 01 Design of the 11 gage steel sheathing along the upper 5' of the fence alignment. | | | | NAICS CD: 237210 , FSC CD: Y1LB |
| 0005 EXERCISED OPTION | | 1 | Job | $854,000.00 Funded Amt: | $854,000.00 $854,000.00 |
| | OPTION 01 - Fabrication and installation of the 11 gage steel sheathing along the upper 5' of the fence alignment. | | | | NAICS CD: 237210 , FSC CD: Y1LB |
| 0006 EXERCISED OPTION | | 1 | Job | $195,000.00 Funded Amt: | $195,000.00 $195,000.00 |
| | OPTION 02 - Design required for increasing height from 18' to 30' fence. | | | | NAICS CD: 237210 , FSC CD: Y1LB |
| 0007 EXERCISED OPTION | | 1 | Job | $12,948,700.00 Funded Amt: | $12,948,700.00 $12,948,700.00 |
| | OPTION 02 - Additional construction cost for increasing height from 18' to 30' fence. | | | | NAICS CD: 237210 , FSC CD: Y1LB |

COMPILED AWARD

W9126G19D0020
W9126G19F6154
Page 4 of 9

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 OPTION | | 1 | Job | $1,459,000.00 Funded Amt: | $1,459,000.00 |

OPTION 03 - All work required to complete four (4) RVSS Monopole Towers. The Contractor shall furnish and provide all design, all materials, all labor, and all equipment necessary for abrication and installation of the RVSS Tower for Segment B according to the criteria set forth in the herein drawings and specifications, complete and ready for use.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 OPTION | | 1 | Job | $10,892,000.00 Funded Amt: | $10,892,000.00 |

OPTION 04 - Design required for RGV 09 Segment A.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 OPTION | | 1 | Job | $19,003,000.00 Funded Amt: | $19,003,000.00 |

OPTION 04 - All work required to complete Construction of Segment A Early Availability (Stations shown in 01 00 00.00 44).

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0011 OPTION | | 1 | Job | $54,968,000.00 Funded Amt: | $54,968,000.00 |

OPTION 04 - All work required to complete Construction of Segment A Delayed Availaibility (Stations shown in 01 00 00.00 44).

NAICS CD: 237210
, FSC CD: Y1LB

COMPILED AWARD

W9126G19D0020  
W9126G19F6154  
Page 5 of 9

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0012 OPTION | | 1 | Job | $851,000.00 Funded Amt: | $851,000.00 |

OPTION 05 - Design of the 11 gage steel sheathing along the upper 5' of the fence alignment.

NAICS CD: 237210  
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0013 OPTION | | 1 | Job | $957,000.00 Funded Amt: | $957,000.00 |

OPTION 05 - Fabrication and installation of the 11 gage steel sheathing along the upper 5' of the fence alignment.

NAICS CD: 237210  
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0014 OPTION | | 1 | Job | $190,000.00 Funded Amt: | $190,000.00 |

OPTION 06 - Design required for increasing height from 18' to 30' fence.

NAICS CD: 237210  
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0015 OPTION | | 1 | Job | $12,349,700.00 Funded Amt: | $12,349,700.00 |

OPTION 06 - Additional construction cost for increasing height from 18' to 30' fence.

NAICS CD: 237210  
, FSC CD: Y1LB

COMPILED AWARD

W9126G19D0020
W9126G19F6154
Page 6 of 9

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0016 OPTION | | 1 | Job | $1,118,000.00 Funded Amt: | $1,118,000.00 |

OPTION 07 - All work required to complete three (3) RVSS Monopole Towers. The Contractor shall furnish and provide all design, all materials, all labor, and all equipment necessary for fabrication and installation of the RVSS Tower for Segment A according to the criteria set forth in the herein drawings and specifications, complete and ready for use.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0017 OPTION | | 1 | Job | $14,087,000.00 Funded Amt: | $14,087,000.00 |

OPTION 08 - All work required to paint the Segment B to 18' without 11 gage steel sheathing, according to the criteria set forth in the herein drawings and specifications, complete and ready for use.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0018 OPTION | | 1 | Job | $6,508,000.00 Funded Amt: | $6,508,000.00 |

OPTION 10: Additional work required to paint the Segment B from 18' to 30' without 11 gage steel sheathing, according to the criteria set forth in the herein drawings and specifications, complete and ready for use. Only applicable if Option 02 & 08 are executed.

NAICS CD: 237210
, FSC CD: Y1LB

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0019 OPTION | | 1 | Job | $2,983,000.00 Funded Amt: | $2,983,000.00 |

OPTION 11 - Additional work required to paint 11 gauge steel sheathing for the Segment B, according to the criteria set forth in the herein drawings and specifications, complete and ready for use. Only applicable if Options 01, 02, & 08 are executed.

NAICS CD: 237210
, FSC CD: Y1LB

COMPILED AWARD

W9126G19D0020
W9126G19F6154
Page 7 of 9

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020 OPTION | | 1 | Job | $13,556,000.00 Funded Amt: | $13,556,000.00 |
| | OPTION 12 - All work required to paint the Segment A to 18' without 11 gage steel sheathing, according to the criteria set forth in the herein drawings and specifications, complete and ready for use. Only applicable if Option 04 is executed. | | | | NAICS CD: 237210 , FSC CD: Y1LB |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0021 OPTION | | 1 | Job | $6,262,000.00 Funded Amt: | $6,262,000.00 |
| | OPTION 14 - Additional work required to paint the Segment A to the increased 18' to 30' without 11 gage steel sheathing, according to the criteria set forth in the herein drawings and specifications, complete and ready for use. Only applicable if Options 04, 06 & 12 is executed. | | | | NAICS CD: 237210 , FSC CD: Y1LB |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0022 OPTION | | 1 | Job | $2,879,000.00 Funded Amt: | $2,879,000.00 |
| | OPTION 15 - Additional work required to paint 11 gauge steel sheathing for the Segment A with according to the criteria set forth in the herein drawings and specifications, complete and ready for use. Only applicable if Options 04, 05, 06, & 12 are executed. | | | | NAICS CD: 237210 , FSC CD: Y1LB |

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |

COMPILED AWARD

| | | | | | |
|---|---|---|---|---|---|
| 0005 | Destination | Government | Destination | | Government |
| 0006 | Destination | Government | Destination | | Government |
| 0007 | Destination | Government | Destination | | Government |
| 0008 | Destination | Government | Destination | | Government |
| 0009 | Destination | Government | Destination | | Government |
| 0010 | Destination | Government | Destination | | Government |
| 0011 | Destination | Government | N/A | | Government |
| 0012 | Destination | Government | N/A | | Government |
| 0013 | Destination | Government | N/A | | Government |
| 0014 | Destination | Government | N/A | | Government |
| 0015 | Destination | Government | N/A | | Government |
| 0016 | Destination | Government | N/A | | Government |
| 0017 | Destination | Government | N/A | | Government |
| 0018 | Destination | Government | N/A | | Government |
| 0019 | Destination | Government | N/A | | Government |
| 0020 | Destination | Government | N/A | | Government |
| 0021 | Destination | Government | N/A | | Government |
| 0022 | Destination | Government | N/A | | Government |

ACCOUNTING AND APPROPRIATION DATA

AA: 096 NA X 2019 3122 000 0000 CCS: 999 M2 2019 08 2455 0WDDHS 96412 3230 2478H4 NA 2478H4  
AMOUNT: $110,022,700.00

| ACRN | CLIN/SLIN | CIN | AMOUNT |
|---|---|---|---|
| AA | 0001 | W45XMA92677075 | $11,500,000.00 |
| | 0002 | W45XMA92677075 | $21,500,000.00 |
| | 0003 | W45XMA92677075 | $62,169,000.00 |
| | 0004 | W45XMA92677075 | $856,000.00 |
| | 0005 | W45XMA92677075 | $854,000.00 |
| | 0006 | W45XMA92677075 | $195,000.00 |
| | 0007 | W45XMA92677075 | $12,948,700.00 |