

**DEPARTMENT OF THE ARMY**
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS 76102-0300

REPLY TO
ATTENTION OF

22 January 2021

CESWF-CT

Subject: Suspension of Work Order, Contract W9126G19D0020 Task Order W9126G19F6147 RGV 08 (Design-Build) of 30' new Bollard Wall, patrol roads, enforcement zone and fiber optic cable

To:   Posillico Civil Inc Coastal Environmental
      1750 New Hwy
      Farmingdale Ny 11735-1562

Attn: Mr. Trotta,

In accordance with FAR 52.242-14, titled "Suspension of Work," you are hereby directed to suspend all work associated with the above referenced contract. This suspension is in response to the Presidential Proclamation, signed on 20 January 2021 and direction from the Acting Secretary of Defense, on 22 January 2021. This suspension of work notification includes procurement, mobilization / demobilization, design, administrative actions, construction, or any other work in furtherance of contract.

By this Notice, you shall hereby suspend all work and tasking immediately, however you must still ensure safety and site security in accordance with the Terms and Conditions of your contract. You are also hereby restricted from incurring any additional cost against this contract, except those necessary for safety and site security.

The Suspension of Work is effective 22 January 2021. As the Contracting Officer, I will contact you further regarding this suspension and the status of this contract as soon as possible.

If you have any questions regarding this notification, please contact the undersigned at (817)886 1045 or e-mail amelia.k.bryant@usace.army.mil.

BRYANT.AMELIA.KAI.1128085650
Digitally signed by BRYANT.AMELIA.KAI.1128085650
Date: 2021.01.22 16:18:07 -06'00'

AMELIA K. BRYANT
Contracting Officer

**Exhibit 4**

1

CONTRACTOR ACKNOWLEDGEMENT:

DATE:_____

I hereby acknowledge receipt and understand the conditions of this Suspension of Work.

CONTRACTOR NAME:_____

PRINT NAME: _____    TITLE:_____



REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS 76102-0300

22 January 2021

CESWF-CT

Subject:  Suspension of Work Order, Contract W9126G19D0020 Task Order W9126G19F6154 RGV 09 - (Design-Build) Construct ~ 21.67 miles of 30' new Bollard Wall, patrol roads, enforcement zone and fiber optic cable

To:     Posillico Civil Inc Coastal Environmental
        1750 New Hwy
        Farmingdale Ny 11735-1562

Attn: Mr. Trotta,

In accordance with FAR 52.242-14, titled "Suspension of Work," you are hereby directed to suspend all work associated with the above referenced contract.  This suspension is in response to the Presidential Proclamation, signed on 20 January 2021 and direction from the Acting Secretary of Defense, on 22 January 2021. This suspension of work notification includes procurement, mobilization / demobilization, design, administrative actions, construction, or any other work in furtherance of contract.

By this Notice, you shall hereby suspend all work and tasking immediately, however you must still ensure safety and site security in accordance with the Terms and Conditions of your contract.  You are also hereby restricted from incurring any additional cost against this contract, except those necessary for safety and site security.

The Suspension of Work is effective 22 January 2021.  As the Contracting Officer, I will contact you further regarding this suspension and the status of this contract as soon as possible.

If you have any questions regarding this notification, please contact the undersigned at (817)886 1045 or e-mail amelia.k.bryant@usace.army.mil.

BRYANT.AMELIA.KAI.1128085650
Digitally signed by BRYANT.AMELIA.KAI.1128085650
Date: 2021.01.22 16:06:09 -06'00'

AMELIA K. BRYANT
Contracting Officer

1

2

CONTRACTOR ACKNOWLEDGEMENT:

DATE:_____

I hereby acknowledge receipt and understand the conditions of this Suspension of Work.

CONTRACTOR NAME:_____

PRINT NAME: _____   TITLE:_____