

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, FORT WORTH DISTRICT
P.O. BOX 17300
FORT WORTH TX  76102-0300

16 AUG 2021

CESWF-CI

SUBJECT: Partial Lifting of Suspension, Contract No. W9126G19D0020 Task Order W9126G19F6147 RGV 08 Border Infrastructure Design Build, McAllen Texas

**VIA EMAIL:** jkposillico@posillicoinc.com

Posillico Civil Inc. Coastal Environmental Group Inc.
1750 New Hwy
Farmingdale, NY 11735-1562

Mr. Posillico,

Reference is made to the contract clause FAR 52.242-14, Suspension of Work.

The Secretary of the Department of Homeland Security (DHS) has approved completion of certain make safe activities and punch list at seven incomplete levee and border barrier projects located within the Rio Grande Valley (RGV) Sector. Accordingly, your Suspension of Work issued on 23 January 2021 is hereby partially lifted for the purpose of performing work within the scope of your contract, as identified below, in accordance with direction from the Secretary of DHS.

By this notice, you are authorized to immediately begin the following activities at locations in Segment 8A that were previously released for construction, as described and in compliance with the subject contract:

- Completion of access, patrol, and maintenance roads, in accordance with the approved design, in disturbed areas only.
- Completion of overall site grading to complete drainage and erosion control measures, in accordance with the approved design, as needed to protect the integrity of constructed infrastructure and maintain safety for personnel in the area to include agents and the community.  Work shall be limited to disturbed areas.
- Address and repair exposed rebar and sharp points to mitigate safety risks.
- Complete the construction and/or relocation of utility lines, in accordance with the approved design, as necessary to complete the other work authorized in this letter. Release is limited to work in disturbed areas only.
- In accordance with section 01 00 50 – 1.13.10, conduct inspections and document existing project/site conditions prior to resuming work.



Exhibit 5

This release includes the following limitations:

- Undisturbed areas will remain suspended.
- Additional barrier will not be constructed as part of this release.
- RVSS towers and communications equipment are not authorized as part of this release. Work associated with those features remains under suspension.

Work shall commence within 10 days of receipt of this letter. An informal pre-construction restart meeting will be scheduled within 10 days of receipt of this letter.

Clarifications shall be submitted through an RFI or serial letter via RMS to the undersigned Contracting Officer and Administrative Contracting Officer, Nate Cooper at 817-751-9234 or email nathan.l.cooper2@usace.army.mil. Should anything be required outside of the original contract and/or approved design, a modification will be considered.

The Suspension of Work is partially lifted effective as of the date of this letter.

If you have any questions regarding this notification, please contact the undersigned at 817-886-1045 or e-mail amelia.k.bryant@usace.army.mil. Please acknowledge receipt of this letter.

Sincerely,

BRYANT.AMELIA.KAI.1128085650
Digitally signed by BRYANT.AMELIA.KAI.1128085650
Date: 2021.08.16 12:06:01 -05'00'

AMELIA K. BRYANT
Contracting Officer

CONTRACTOR ACKNOWLEDGEMENT:

DATE: _____

I hereby acknowledge receipt and understand the conditions of this Partial Lifting of Suspension of Work dated 16 Aug 2021.

Signature:_____

CONTRACTOR NAME:_____

PRINT NAME:_____  TITLE:_____



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, FORT WORTH DISTRICT
P.O. BOX 17300
FORT WORTH TX 76102-0300

16 AUG 2021

CESWF-CI

SUBJECT: Partial Lifting of Suspension, Contract No. W9126G19D0020; Task Order W9126G19F6154 RGV 09 Border Infrastructure Design Build, McAllen Texas

**VIA EMAIL: jkposillico@posillicoinc.com**

Posillico Civil Inc. Coastal Environmental Group Inc.
1750 New Hwy
Farmingdale, NY 11735-1562

Mr. Posillico,

Reference is made to the contract clause FAR 52.242-14, Suspension of Work.

The Secretary of the Department of Homeland Security (DHS) has approved completion of certain make safe activities and punch list at seven incomplete levee and border barrier projects located within the Rio Grande Valley (RGV) Sector. Accordingly, your Suspension of Work issued on 23 January 2021 is hereby partially lifted for the purpose of performing work within the scope of your contract, as identified below, in accordance with direction from the Secretary of DHS.

By this notice, you are authorized to immediately begin the following activities at locations in Segment 9A and Segment 9B that were previously released for construction, as described and in compliance with the subject contract:

- Completion of access, patrol, and maintenance roads, in accordance with the approved design, in disturbed areas only.
- Completion of overall site grading to complete drainage and erosion control measures, inaccordance with the approved design, as needed to protect the integrity of constructed infrastructure and maintain safety for personnel in the area to include agents and the community. Work shall be limited to disturbed areas.
- Address and repair exposed rebar and sharp points to mitigate safety risks.
- Complete the construction and/or relocation of utility lines, in accordance with the approved design, as necessary to complete the other work authorized in this letter. Release is limited to work in disturbed areas only.
- In accordance with section 01 00 50 – 1.13.10, conduct inspections and document existing project/site conditions prior to resuming work.

This release includes the following limitations:

- Undisturbed areas will remain suspended.
- Additional barrier will not be constructed as part of this release.
- RVSS towers and communications equipment <u>are not</u> authorized as part of this release. Work associated with those features remains under suspension.

Work shall commence within 10 days of receipt of this letter. An informal pre-construction restart meeting will be scheduled within 10 days of receipt of this letter.

Clarifications shall be submitted through an RFI or serial letter via RMS to the undersigned Contracting Officer and Administrative Contracting Officer, Nate Cooper at 817-751-9234 or email nathan.l.cooper2@usace.army.mil. Should anything be required outside of the original contract and/or approved design, a modification will be considered.

The Suspension of Work is partially lifted effective as of the date of this letter.

If you have any questions regarding this notification, please contact the undersigned at 817-886-1045 or e-mail amelia.k.bryant@usace.army.mil. Please acknowledge receipt of this letter.

Sincerely,

BRYANT.AMELIA.KAI.1128085650
Digitally signed by BRYANT.AMELIA.KAI.1128085650
Date: 2021.08.16 18:08:51 -05'00'

AMELIA K. BRYANT
Contracting Officer

CONTRACTOR ACKNOWLEDGEMENT:

DATE: _____

I hereby acknowledge receipt and understand the conditions of this Partial Lifting of Suspension of Work dated 16 Aug 2021.

Signature:_____

CONTRACTOR NAME:_____

PRINT NAME:_____  TITLE:_____