# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| The General Land Office of the State of Texas, and George P. Bush, *in his official capacity as Commissioner of the Texas General Land Office*,<br>    Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, *in his official capacity as President of the United States of America*; United States Dept. of Homeland Security; and Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*,<br>    Defendants.<br><br>------------------ | Civil Action No.: 7:21-CV-00272 |
| The State of Missouri; and the State of Texas,<br>    Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, *in his official capacity as President of the United States of America*; The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*; United States Dept. of Homeland Security; Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection,<br>    Defendants. | Civil Action No. 7:21-CV-00420 |

| | |
|---|---|
| Posillico Civil Inc. Coastal Environmental Group Inc., *a joint venture doing business as* Southern Border Constructors, <br>     Plaintiff-Intervenor, <br><br>v. <br><br>Joseph R. Biden, *in his official capacity as President of the United States of America*; The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*; United States Dept. of Homeland Security; Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Pending before the Court is Posillico Civil Inc. Coastal Environmental Group Inc. *doing business as* Southern Border Constructors' Motion to Intervene. (Dkt. No. 148). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be granted

It is SO ORDERED.

Signed this \_\_\_ of _____, 2024.

_____
     **DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**