

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, FORT WORTH DISTRICT
RIO GRANDE AREA OFFICE
801 W. NOLANA AVENUE, SUITE 240
MCALLEN, TX 78501

September 1, 2020

Construction Division                                    Serial Letter No. C-0004
Rio Grande Area Office

Subject: Contract No. W9126G19D0040/Task Order W912QR20FA0002 RGV-07 Border
Infrastructure Design-Build Construction Project (RGV-07) Rio Grande Valley Sector, TX –
<u>Partial Suspension of Work</u>

Randy Kinder Excavating, Inc.
PO Box 758 / 12965 Carrier Lane
Dexter, MO 63841

Ladies and Gentlemen,

Reference is made to contract clause FAR 52.242-14 Suspension of Work and the
subject contract awarded 13 March 2020.

This letter serves as notice for a PARTIAL suspension of work for all activities relating to
CLIN 0002 (Construction of Base to include Segments A, B, and D), CLIN 0005 (Construction of
Option Segment B), CLIN 0008 (Construction of Option Segment C), CLIN 0011 (Construction
of Option Segment C).

All other currently awarded CLINS (design CLINS 0001, 0004, 0007, 0010) may proceed
as scheduled.  The designs will need to be 100% accepted and cleared for construction per
Section 01 00 00.00 44 para 1.12 SEQUENCE OF DESIGN / CONSTRUCTION (FAST
TRACK).

This suspension begins 1 September 2020 and expected to remain in effect for 60
calendar days or until otherwise extended or superseded by formal correspondence from this
office. Your firm shall mitigate all related costs during this suspension period.  This includes, but
is not limited to mobilization and demobilization, and notification to subcontractors, if applicable.
Your attention is called to your rights and responsibilities under MATOC clause FAR 52.242-14,
Suspension of Work.

Please contact the undersigned at Nathan.L.Cooper@usace.army.mil.

Sincerely,

Nathan L. Cooper, P.E.
Administrative Contracting Officer

**Exhibit**

**3**