

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
Fort Worth District Contracting Office
819 Taylor Street 2A17
Fort Worth, TX 76102

October 30, 2020

CECT-SWF-CT  Serial Letter No. C-0005

Subject: Contract No. W9126G19D0040/Task Order W912QR20FA0002 RGV-07 Border Infrastructure Design-Build Construction Project (RGV-07) Rio Grande Valley Sector, TX – Partial Suspension of Work

Randy Kinder Excavating, Inc.
PO Box 758 / 12965 Carrier Lane
Dexter, MO 63841

Ladies and Gentlemen,

Reference is made to contract clause FAR 52.242-14 Suspension of Work and the subject contract awarded 13 March 2020.

Pursuant to the authority of FAR Clause 52.242-14 "Suspension of Work" this letter serves as notice for a PARTIAL suspension of work for all activities (with the exception of PANEL FABRICATION) relating to CLIN 0002 (Construction of Base to include Segments A, B, and D), CLIN 0005 (Construction of Option Segment B), CLIN 0008 (Construction of Option Segment C), CLIN 0011 (Construction of Option Segment C), CLIN 0003 (Option 01 RVSS Towers for Segments A, B, & D), and CLIN0009 (Option 05 RVSS Towers Segment C).

All other current awarded CLINS (design CLINS 0001, 0004, 0007, 0010) and PANEL FABRICATION ONLY (CLIN 0002, CLIN 0005, CLIN 0008, CLIN 0011) may proceed as scheduled. The designs and panel fabrication activities will need to be 100% accepted and cleared for construction per Section 01 00 00.00 44 para 1.12 SEQUENCE OF DESIGN / CONSTRUCTION (FAST TRACK).

The effective date of this suspension of work is **30 October 2020** and expected to remain in effect for 93 calendar days or until otherwise extended or superseded by formal correspondence from this office.

Your firm shall mitigate all related costs during this suspension period. This includes, but is not limited to mobilization and demobilization, and notification to subcontractors, if applicable. The Contractor shall, effective immediately cease to issue any further orders and/or subcontracts for materials or services in support of this contract. The Contractor shall immediately comply with this order and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by this order during the period of work stoppage. Your attention is called to your rights and responsibilities under MATOC clause FAR 52.242-14, Suspension of Work.

Please contact the undersigned by email at Nathan.L.Cooper2@usace.army.mil or Michael.J.Steagall2@usace.army.mil.

Exhibit 4

Sincerely,

Amelia (Amy) K. Bryant
Contracting Officer