

REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS  76102-0300

23 January 2021

CESWF-CT

Subject:  Suspension of Work Order, Contract W9126G19D0040 Task Order W912QR20FA002 RGV 07 (Design-Build) of 30' new Bollard Wall, patrol roads, enforcement zone and fiber optic cable

To:     Randy Kinder Excavating, Inc. (RKE)
        12965 CARRIER LN
        DEXTER MO 63841-9158

Attn: Mr. Kinder,

        In accordance with FAR 52.242-14, titled "Suspension of Work," you are hereby directed to suspend all work associated with the above referenced contract.  This suspension is in response to the Presidential Proclamation, signed on 20 January 2021 and direction from the Deputy Secretary of Defense, on 22 January 2021. This suspension of work notification includes procurement, mobilization / demobilization, design, administrative actions, construction, or any other work in furtherance of contract.

        By this Notice, you shall hereby suspend all work and tasking immediately, however you must still ensure safety and site security in accordance with the Terms and Conditions of your contract.  You are also hereby restricted from incurring any additional cost against this contract, except those necessary for safety and site security.

        The Suspension of Work is effective 23 January 2021.  As the Contracting Officer, I will contact you further regarding this suspension and the status of this contract as soon as possible.

         If you have any questions regarding this notification, please contact the undersigned at (817)886 1045 or e-mail amelia.k.bryant@usace.army.mil.

                                        AMELIA K. BRYANT
                                        Contracting Officer



Exhibit

5

CONTRACTOR ACKNOWLEDGEMENT:

DATE:_____

I hereby acknowledge receipt and understand the conditions of this Suspension of Work.

CONTRACTOR NAME:_____

PRINT NAME: _____   TITLE:_____