

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, FORT WORTH DISTRICT
P. O. BOX 17300
FORT WORTH, TEXAS 76102-0300

October 8, 2021

IIS Contracting Division

Mr. Ryan McLaughlin
Vice President of Operations
Randy Kinder Excavating, Inc
12965 Carrier Lane
Dexter, MO 63841-9158

Dear Mr. McLaughlin:

You are hereby notified that contract number W9126G19D0040, task order number W912QR20FA002 RGV-07 Border Infrastructure Design Build Construction Project in Starr County, Texas, is terminated for the convenience of the Government under Federal Acquisition Regulation (FAR) clause 52.249-2, "Termination for Convenience of the Government (Alt I)", present in the contract. This termination is made in accordance with the Presidential Proclamation 10142 dated January 20, 2021 and direction from the US Department of Homeland Security (DHS) dated September 17, 2021 to cancel this contract. The termination is effective immediately upon delivery of this Notice.

I will contact you to schedule a preliminary terminations settlement conference in accordance with FAR 49.105(c).

In furtherance of your duties under FAR 49.104 and 52.249-2, you shall take the following actions:

(1) With the exception of the tasks and work necessary to effect this termination, you are hereby directed to stop all work, make no further shipments, place no further orders relating to the contract, and terminate all subcontracts related to the terminated portion of the prime contract. You are to immediately advise the undersigned Contracting Officer in writing of any special circumstances precluding the stoppage of work.

(2) Keep adequate records of your compliance with this directive, showing the following:

   a) Date you received this Notice of Termination
   b) Effective date of this termination, and
   c) Extent of completion of performance on the effective date

Exhibit 6

-2-

(3) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination.  In such notice —

  a)  Specify your Government contract number W9126G19D0040, task order number W912QR20FA002
  b)  State that the contract has been terminated completely
  c)  Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract
  d)  Provide instructions to submit any terminations settlement proposal promptly, and
  e)  Request that similar notices and instructions be given to its immediate subcontractors

(4) If required or otherwise practicable, urge subcontractors to take similar actions to those described in paragraphs (1-13) of this Notice.

(5) *Termination Settlement Proposal (TSP)*.  Submit a TSP on Standard Form (SF) 1436 (total cost basis) (encl 1) in accordance with the terms of 49.206-2 and 52.249-2, Termination for Convenience of the Government, to include all costs incurred under the contract (pre and post termination) to: CESWF-IIS@usace.army.mil promptly but not later than one (1) year from the effective date of termination. Please refer to the adequacy tool checklist (encl 2) in the preparation of your TSP to ensure sufficient detail to allow evaluation by the Government. Attach an SF1439 (encl 3), Schedule of Accounting Information, if applicable. To facilitate settlement of the TSP, please establish a separate job order or code to which settlement expenses can be charged on a direct basis (FAR 31.205-42(g)).

(6) *Settlements with subcontractors.*  You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. For purposes of reimbursement by the Government, settlements will be governed by the provisions of FAR Part 49.  Subcontractor TSPs must be included with your TSP.

(7) *Requests for Equitable Adjustment (REA).*  The TSP shall include resolution of all outstanding REAs under the contract, in accordance with FAR Part 49 and FAR 52.249-2. This includes all costs associated with the suspension of the above referenced contract, if any.

-3-

(8) *Audit*.  TSPs (including those from subcontractors) with a total cost of $2,000,000 or higher must be accompanied by a Certificate of Current Cost or Pricing Data (see FAR 15.403-4) using the format prescribed at FAR 15.406-2 and will be subject to audit by the Defense Contract Audit Agency (DCAA) in accordance with FAR 49.107.

(9) *Contractor Workforce*. If this termination, together with other outstanding terminations, will necessitate a significant reduction in your workforce, you are urged to —

   a) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers
   b) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices
   c) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary
   d) Inform officials of local unions having agreements with you of the impending reduction-in-force; and
   e) Inform the local Chamber of Commerce and other appropriate organizations that are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(10) *Protection and Preservation of Property*.  Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of any property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest. Accordingly, you are directed as follows:

   **Task 1** – With regard to demobilization, undertake only those activities necessary to remove your equipment, personnel, and other contractor owned structures from the sites, including field office trailers for Government use. Sufficient personnel and equipment must be kept on site to complete required activities identified in Task 2, as approved by the undersigned Contracting Officer.

   **Task 2** – Provide in writing (via email) to the undersigned Contracting Officer **no later than 14 days from the date of this Notice** a list of any other activities that the Contractor believes are necessary under FAR 52.249-2(b)(8), including the specific description, location, and quantity of those

-4-

activities, and an explanation of why the specific activity is necessary to permanently make safe, protect or preserve property, categorized as follows:

a) Cat 1: Life Safety conditions
b) Cat 2: Property safety conditions
c) Cat 3: Environmental impact conditions
d) Cat 4: All other safety related site conditions or issues that the contractor feels must be identified to the Contracting Officer

<u>No</u> activities shall be undertaken under Task 2 <u>unless prior written concurrence</u> is received from the undersigned Contracting Officer. If you are unsure what category an activity falls into (i.e., Task 1 or 2), you should include such activities on the list pursuant to Task 2 to avoid potentially unallowable activities.

(11) *Property*.  As directed or authorized by the undersigned Contracting Officer, you are required to use best efforts to sell or return to vendors fabricated or unfabricated panels and parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated; *provided*, however, that the Contractor —

a) is not required to extend credit to any purchaser, and
b) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer.

The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the undersigned Contracting Officer.  Accordingly, you are directed to provide in writing to the undersigned Contracting Officer **no later than 21 days from the date of this Notice** a list of all property identified above, including a basic description, location, quantity, and estimated cost or credit to restock or dispose of the materials, <u>for Contracting Officer approval prior to any Contractor transfer or disposition</u>. Specifically identify those materials held off-site at Contractor owned/leased locations.

(12) *Inventory*.  Submit a complete termination Inventory Disposal Schedule on SF1428 (encl 4) for all contractor acquired property, **no later than 120 days from the date of this Notice**. Please group all items of the same property classification, submit separate schedules for scrap, and submit separate schedules for each property location identified in Block 11a of the SF1428.

-5-

(13) *Legal Proceedings*.  Notify the undersigned Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government on the SF1428 and SF1436.  Also, promptly notify the undersigned Contracting Officer of any such proceedings that are filed after receipt of this Notice.

No other Government personnel can approve or change the terms of this termination.  Any matter that you believe is not covered by this Notice of Termination should be brought to my attention immediately via email to: CESWF-IIS@usace.army.mil. Please acknowledge receipt of this Notice as provided below.

Sincerely,


Amelia K. Bryant
Contracting Officer

4 Enclosures
1. Standard Form 1436
2. Adequacy Tool Checklist
3. Standard Form 1439
4. Standard Form 1428

cc (w/o enclosures):
Continental Casualty Company
151 North Franklin Street
Chicago, IL 60606

Liberty Mutual Insurance Company
75 Berkeley Street
Boston, MA 02116

-6-

The undersigned acknowledges receipt of a signed copy of this Notice of Termination on _____ (date).  A signed copy of this Notice is returned to the Contracting Officer at:  CESWF-IIS@usace.army.mil.

_____
(Firm name)


_____
(Principals Typed Name)


_____
(Title)


_____
(Principals Signature)