**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>                Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>                Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>                Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND FOR BRIEFING SCHEDULE**

       Plaintiffs and Defendants in the above-captioned cases have conferred about further proceedings in these cases since the entry of the Court's Memorandum Opinion and Order granting Plaintiffs' motion for Preliminary Injunction in part (ECF No. 128) and the Court's subsequent clarifications about the scope of the preliminary injunction. *See* ECF No. 147

(Transcript of motion hearing on March 28, 2024). The parties agree that the Court may enter final judgment in these cases without additional dispositive motion practice or further contested litigation regarding the merits of Plaintiffs' claims. The parties further agree that, without prejudice to any argument that any party may raise in any appeal, the most efficient course of action for all parties and for the Court is for the Court to enter a final judgment that is consistent with the Court's Memorandum Opinion and Order and a permanent injunction consistent with the preliminary injunction as clarified by the Court. *See, e.g., FTC v. Assail, Inc.*, 98 F. App'x 316, 317 (5th Cir. 2004) (stating that "the district court had the power to convert the preliminary injunction into a permanent injunction"). No party waives the right to appeal the final judgment.

In the course of conferring about the terms of a final judgment, the parties have identified one discrete issue concerning the form of final judgment on which they have been unable to agree. While the parties agree that the Court's preliminary injunction, as clarified, should be converted into a permanent injunction, the parties disagree about whether the DHS Border Wall Plan Pursuant to Presidential Proclamation 10142, as amended, may or should be subject to a remedy of vacatur under 5 U.S.C. § 706(2) as part of the final judgment. The proposed final judgment attached to this filing reflects the parties' agreement as to the appropriate final disposition of these cases, subject only to the Court's resolution of whether to include the disputed vacatur remedy set forth in paragraph 5 of the proposed order. Plaintiffs request that the Court include paragraph 5 in the final judgment. Defendants object to the inclusion of paragraph 5. To resolve that narrow issue, the parties propose to present streamlined briefing to the Court according to the following schedule:

- April 24, 2024: Plaintiffs' brief, not to exceed 15 pages;

- May 8, 2024: Defendants' response brief, not to exceed 15 pages;

- May 15, 2024:  Plaintiffs' reply brief, not to exceed 10 pages.

The parties also are continuing to confer, consistent with the Court's instructions during motion hearing on March 28, about the type and frequency of information Defendants will agree to provide about funds subject to the permanent injunction.  In the event the parties are unable to reach an agreement on that issue, they will raise any disputes in their supplemental briefs for the Court's resolution.

A proposed final judgment and a separate order establishing a briefing schedule are attached.

Dated:  April 10, 2024

ANDREW BAILEY
Attorney General of Missouri

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, #69875MO
Solicitor General
*Attorney-in-Charge*
Southern Dist. of Texas Bar No. 3833606

SAMUEL FREEDLUND, #73707MO*
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102 Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov
samuel.freedlund@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar #23840-49)
Senior Trial Counsel
MICHAEL J. GERARDI
(D.C. Bar #1017949)
Trial Attorney / Attorney-in-Charge
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, No. 7506
Washington, D.C. 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov

ALAMDAR S. HAMDANI
United States Attorney

/s/ *Daniel D. Hu*
DANIEL D. HU
Chief, Civil Division
Assistant United States Attorney
Southern District No. 7959

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

/s/ *Ryan D. Walters*
RYAN D. WALTERS
*Attorney-in-Charge*
Chief, Special Litigation Division
Texas Bar No. 24105085
Southern Dist. of Texas Bar No. 3369185
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
ryan.walters@oag.texas.gov

*Counsel for Plaintiff State of Texas*

/s/ *Austin R. Nimocks*
AUSTIN R. NIMOCKS
*Attorney-in-Charge*
Texas Bar No. 24002695
S.D. Tex. Bar No. 2972032
Email: austin@peelenimocks.com

CHRISTOPHER L. PEELE
Of Counsel
Texas Bar No. 24013308
S.D. Tex. Bar No. 31519
Email: chris@peelenimocks.com

PEELE | NIMOCKS LAW FIRM
6836 Bee Caves Rd.
Bldg. 3, Ste. 201
Austin, TX 78746
Phone: (512) 522-4893

*Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.*

Texas Bar No. 10131415
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: Daniel.Hu@usdoj.gov

ALYSSA IGLESIAS
Assistant United States Attorney
Southern District of Texas No.: 3610302
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Alyssa.Iglesias@usdoj.gov

4

## CERTIFICATE OF WORD COUNT

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 476, as counted by Microsoft Word.

*/s/ Andrew I. Warden*
ANDREW I. WARDEN

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed a copy of the foregoing motion. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Andrew I. Warden*
ANDREW I. WARDEN