# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>    Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>    Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

## [Proposed] ORDER ESTABLISHING BRIEFING SCHEDULE

Pending before the Court is the parties' joint motion for entry of a briefing schedule to resolve disputed issues associated with the proposed final judgment in the above-captioned cases. After reviewing the motion, the record and the applicable law, the Court is of the opinion that the motion should be **GRANTED**.

2

It is hereby **ORDERED** that the parties shall submit their briefs according to the following schedule:

- April 24, 2024:  Plaintiffs' brief, not to exceed 15 pages
- May 8, 2024:  Defendants' response brief, not to exceed 15 pages
- May 15, 2024:  Plaintiffs' reply brief, not to exceed 10 pages.

Signed this ___ of _____, 2024.

                                                                _____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE