| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land Office of Texas; George P. Bush |
|---|
| *versus* |
| Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Aron C. Beezley<br>Bradley Arant Boult Cummings LLP<br>1615 L Street NW, Suite 1350<br>Washington, DC  20036<br>Telephone: (202) 719-8254; Email: abeezley@bradley.com<br>D.C. Bar- 1004904<br>Colorado Bar- 40675 |
|---|---|

| Name of party applicant seeks to appear for: | Posillico Civil Inc. Coastal Environmental Group Inc. dba Southern Border Constructors<br>AND Randy Kinder Excavating Inc. dba RKE Contactors |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___    ___   No ___ ✔ ___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/10/2024 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                              United States District Judge