# EXHIBIT 1

**TO DIAMOND A RANCH, WESTERN DIVISION L.L.C. AND
GUADALUPE RANCH CORPORATION MOTION FOR LEAVE TO INTERVENE
AND BRIEF IN SUPPORT**

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 57 19

TEMPORARY ENVIRONMENTAL CONTROLS

**11/15**

PART 1   GENERAL

1.1     REFERENCES
1.2     DEFINITIONS
  1.2.1    Contractor Generated Hazardous Waste
  1.2.2    Environmental Pollution and Damage
  1.2.3    Environmental Protection
  1.2.4    Hazardous Debris
  1.2.5    Hazardous Materials
  1.2.6    Hazardous Waste
  1.2.7    National Pollutant Discharge Elimination System (NPDES)
  1.2.8    Oily Waste
  1.2.9    Regulated Waste
  1.2.10   Sediment
  1.2.11   Solid Waste
    1.2.11.1   Debris
    1.2.11.2   Green Waste
    1.2.11.3   Material not regulated as solid waste
    1.2.11.4   Non-Hazardous Waste
    1.2.11.5   Recyclables
    1.2.11.6   Surplus Soil
    1.2.11.7   Scrap Metal
    1.2.11.8   Wood
  1.2.12   Surface Discharge
  1.2.13   Wastewater
    1.2.13.1   Stormwater
  1.2.14   Waters of the United States
  1.2.15   Wetlands
  1.2.16   Universal Waste
1.3     SUBMITTALS
1.4     ENVIRONMENTAL PROTECTION REQUIREMENTS
  1.4.1    Conformance with Border Patrol's Best Management Practices (BP
     BMPs)
1.5     SPECIAL ENVIRONMENTAL REQUIREMENTS
1.6     ENVIRONMENTAL PROTECTION PLAN
  1.6.1    General Overview and Purpose
    1.6.1.1   Descriptions
    1.6.1.2   Duties
    1.6.1.3   Procedures
    1.6.1.4   Communications
    1.6.1.5   Contact Information
  1.6.2    General Site Information
    1.6.2.1   Drawings
    1.6.2.2   Work Area
    1.6.2.3   Documentation
  1.6.3    Management of Natural Resources

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

       1.6.4    Protection of Historical and Archaeological Resources
       1.6.5    Stormwater Management and Control
       1.6.6    Protection of the Environment from Waste Derived from
                Contractor Operations
       1.6.7    Prevention of Releases to the Environment
       1.6.8    Clean Air Act Compliance
         1.6.8.1  Haul Route
         1.6.8.2  Pollution Generating Equipment
         1.6.8.3  Stationary Internal Combustion Engines
         1.6.8.4  Air Pollution-Generating Processes
         1.6.8.5  Compliant Materials
    1.7   ENVIRONMENTAL RECORDS BINDER
    1.8   SOLID WASTE MANAGEMENT PERMIT
       1.8.1    Solid Waste Disposal Report


PART 2   PRODUCTS


PART 3   EXECUTION


    3.1   PROTECTION OF NATURAL RESOURCES
       3.1.1    Flow Ways
       3.1.2    Vegetation
       3.1.3    Streams
    3.2   STORMWATER
       3.2.1    Construction General Permit
         3.2.1.1  Arizona
           3.2.1.1.1   Regulatory Requirements for the Notice of Intent (NOI)
         3.2.1.2  Stormwater Pollution Prevention Plan
         3.2.1.3  Stormwater Notice of Intent for Construction Activities
         3.2.1.4  Inspection Reports
         3.2.1.5  Stormwater Pollution Prevention Plan Compliance Notebook
         3.2.1.6  Stormwater Notice of Termination for Construction
                  Activities
       3.2.2    Erosion and Sediment Control Measures
       3.2.3    Work Area Limits
       3.2.4    Contractor Facilities and Work Areas
    3.3   SURFACE AND GROUNDWATER
       3.3.1    Cofferdams, Diversions, and Dewatering
       3.3.2    Waters of the United States
    3.4   PROTECTION OF CULTURAL RESOURCES
       3.4.1    Archaeological Resources
    3.5   AIR RESOURCES
       3.5.1    Preconstruction Air Permits
       3.5.2    Burning
       3.5.3    Dust Control
         3.5.3.1  Particulates
    3.6   WASTE MINIMIZATION
       3.6.1    Salvage, Reuse and Recycle
    3.7   BORROW SOURCE SOILS
       3.7.1    Requirements for Offsite Soils from Non-Commercial Borrow
                Sources
       3.7.2    Requirements for Off-Site Soils from Commercial Borrow Sources
       3.7.3    Soils from a Non-Commercial Borrow Source
    3.8   WASTE MANAGEMENT AND DISPOSAL
       3.8.1    Waste Determination Documentation
       3.8.2    Control and Management of Hazardous Waste
         3.8.2.1  Hazardous Waste/Debris Management
         3.8.2.2  Hazardous Waste Disposal

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

        3.8.2.2.1   Responsibilities for Contractor's Disposal
        3.8.2.2.1.1   Services
        3.8.2.2.1.2   Samples
        3.8.2.2.1.3   Analysis
        3.8.2.2.1.4   Labeling
    3.8.3   Releases/Spills of Oil and Hazardous Substances
      3.8.3.1   Response and Notifications
      3.8.3.2   Clean Up
  3.9   HAZARDOUS MATERIAL MANAGEMENT
  3.10   PREVIOUSLY USED EQUIPMENT
  3.11   PETROLEUM, OIL, LUBRICANT (POL) STORAGE AND FUELING
    3.11.1   Used Oil Management
    3.11.2   Oil Storage Including Fuel Tanks
  3.12   INADVERTENT DISCOVERY OF PETROLEUM-CONTAMINATED SOIL OR HAZARDOUS
        WASTES
  3.13   SOUND INTRUSION
  3.14   POST CONSTRUCTION CLEANUP

 -- End of Section Table of Contents --

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)


SECTION 01 57 19

TEMPORARY ENVIRONMENTAL CONTROLS
**11/15**

PART 1   GENERAL

1.1   REFERENCES

  The publications listed below form a part of this specification to the
  extent referenced.  The publications are referred to within the text by
  the basic designation only.

        U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

  29 CFR 1910.120                  Hazardous Waste Operations and Emergency
                                   Response

  40 CFR 112                       Oil Pollution Prevention

  40 CFR 122.26                    Storm Water Discharges (Applicable to
                                   State NPDES Programs, see section 123.25)

  40 CFR 260                       Hazardous Waste Management System:  General

  40 CFR 261                       Identification and Listing of Hazardous
                                   Waste

  40 CFR 261.7                     Residues of Hazardous Waste in Empty
                                   Containers

  40 CFR 262                       Standards Applicable to Generators of
                                   Hazardous Waste

  40 CFR 262.31                    Standards Applicable to Generators of
                                   Hazardous Waste-Labeling

  40 CFR 263                       Standards Applicable to Transporters of
                                   Hazardous Waste

  40 CFR 264                       Standards for Owners and Operators of
                                   Hazardous Waste Treatment, Storage, and
                                   Disposal Facilities

  40 CFR 265                       Interim Status Standards for Owners and
                                   Operators of Hazardous Waste Treatment,
                                   Storage, and Disposal Facilities

  40 CFR 266                       Standards for the Management of Specific
                                   Hazardous Wastes and Specific Types of
                                   Hazardous Waste Management Facilities

  40 CFR 268                       Land Disposal Restrictions

  40 CFR 273                       Standards For Universal Waste Management

  40 CFR 279                       Standards for the Management of Used Oil


SECTION 01 57 19  Page 4

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                 W912PL19C0015
Barrier Replacement Project (63 Miles)

| | |
|---|---|
| 40 CFR 300 | National Oil and Hazardous Substances Pollution Contingency Plan |
| 40 CFR 300.125 | National Oil and Hazardous Substances Pollution Contingency Plan - Notification and Communications |
| 40 CFR 355 | Emergency Planning and Notification |
| 40 CFR 50 | National Primary and Secondary Ambient Air Quality Standards |
| 40 CFR 60 | Standards of Performance for New Stationary Sources |
| 40 CFR 63 | National Emission Standards for Hazardous Air Pollutants for Source Categories |
| 40 CFR 64 | Compliance Assurance Monitoring |
| 49 CFR 171 | General Information, Regulations, and Definitions |
| 49 CFR 172 | Hazardous Materials Table, Special Provisions, Hazardous Materials Communications, Emergency Response Information, and Training Requirements |
| 49 CFR 173 | Shippers - General Requirements for Shipments and Packagings |
| 49 CFR 178 | Specifications for Packagings |

1.2   DEFINITIONS

1.2.1   Contractor Generated Hazardous Waste

Contractor generated hazardous waste are materials that, if abandoned or disposed of, may meet the definition of a hazardous waste. These waste streams would typically consist of material brought on site by the Contractor to execute work, but are not fully consumed during the course of construction. Examples include, but are not limited to, excess paint thinners (i.e. methyl ethyl ketone, toluene), waste thinners, excess paints, excess solvents, waste solvents, excess pesticides, and contaminated pesticide equipment rinse water.

1.2.2   Environmental Pollution and Damage

Environmental pollution and damage is the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to human life; affect other species of importance to humankind; or degrade the environment aesthetically, culturally or historically.

1.2.3   Environmental Protection

Environmental protection is the prevention/control of pollution and habitat disruption that may occur to the environment during construction.

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

The control of environmental pollution and damage requires consideration
of land, water, and air; biological and cultural resources; and includes
management of visual aesthetics; noise; solid, chemical, gaseous, and
liquid waste; radiant energy and radioactive material as well as other
pollutants.

## 1.2.4   Hazardous Debris

As defined in paragraph SOLID WASTE, debris that contains listed hazardous
waste (either on the debris surface, or in its interstices, such as pore
structure) in accordance with 40 CFR 261.  Hazardous debris also includes
debris that exhibits a characteristic of hazardous waste in accordance
with 40 CFR 261.

## 1.2.5   Hazardous Materials

Hazardous materials as defined in 49 CFR 171 and listed in 49 CFR 172.

Hazardous material is any material that:  Is regulated as a hazardous
material in accordance with 49 CFR 173; or requires a Safety Data Sheet
(SDS) in accordance with 29 CFR 1910.120; or during end use, treatment,
handling, packaging, storage, transportation, or disposal meets or has
components that meet or have potential to meet the definition of a
hazardous waste as defined by 40 CFR 261 Subparts A, B, C, or D.
Designation of a material by this definition, when separately regulated or
controlled by other sections or directives, does not eliminate the need
for adherence to that hazard-specific guidance which takes precedence over
this section for "control" purposes.  Such material includes ammunition,
weapons, explosive actuated devices, propellants, pyrotechnics, chemical
and biological warfare materials, medical and pharmaceutical supplies,
medical waste and infectious materials, bulk fuels, radioactive materials,
and other materials such as asbestos, mercury, and polychlorinated
biphenyls (PCBs).

## 1.2.6   Hazardous Waste

Hazardous Waste is any material that meets the definition of a solid waste
and exhibit a hazardous characteristic (ignitability, corrosivity,
reactivity, or toxicity) as specified in 40 CFR 261, Subpart C, or
contains a listed hazardous waste as identified in 40 CFR 261, Subpart D.

## 1.2.7   National Pollutant Discharge Elimination System (NPDES)

The NPDES permit program controls water pollution by regulating point
sources that discharge pollutants into waters of the United States.

## 1.2.8   Oily Waste

Oily waste are those materials that are, or were, mixed with Petroleum,
Oils, and Lubricants (POLs) and have become separated from that POLs.
Oily wastes also means materials, including wastewaters, centrifuge
solids, filter residues or sludges, bottom sediments, tank bottoms, and
sorbents which have come into contact with and have been contaminated by,
POLs and may be appropriately tested and discarded in a manner which is in
compliance with other state and local requirements.

This definition includes materials such as oily rags, "kitty litter"
sorbent clay and organic sorbent material.  These materials may be land
filled provided that:  It is not prohibited in other state regulations or

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

local ordinances; the amount generated is "de minimus" (a small amount);
it is the result of minor leaks or spills resulting from normal process
operations; and free-flowing oil has been removed to the practicable
extent possible.  Large quantities of this material, generated as a result
of a major spill or in lieu of proper maintenance of the processing
equipment, are a solid waste.  As a solid waste, perform a hazardous waste
determination prior to disposal.  As this can be an expensive process, it
is recommended that this type of waste be minimized through good
housekeeping practices and employee education.

## 1.2.9   Regulated Waste

Regulated waste are solid wastes that have specific additional federal,
state, or local controls for handling, storage, or disposal.

## 1.2.10   Sediment

Sediment is soil and other debris that have eroded and have been
transported by runoff water or wind.

## 1.2.11   Solid Waste

Solid waste is a solid, liquid, semi-solid or contained gaseous waste.  A
solid waste can be a hazardous waste, non-hazardous waste, or non-Resource
Conservation and Recovery Act (RCRA) regulated waste.  Types of solid
waste typically generated at construction sites may include:

## 1.2.11.1   Debris

Debris is non-hazardous solid material generated during the construction,
demolition, or renovation of a structure that exceeds 2.5-inch particle
size that is: a manufactured object; plant or animal matter; or natural
geologic material (for example, cobbles and boulders), broken or removed
concrete, masonry, and rock asphalt paving; ceramics; roofing paper and
shingles.  Inert materials may be reinforced with or contain ferrous wire,
rods, accessories and weldments.  A mixture of debris and other material
such as soil or sludge is also subject to regulation as debris if the
mixture is comprised primarily of debris by volume, based on visual
inspection.

## 1.2.11.2   Green Waste

Green waste is the vegetative matter from landscaping, land clearing and
grubbing, including, but not limited to, grass, bushes, scrubs, small
trees and saplings, tree stumps and plant roots.  Marketable trees,
grasses and plants that are indicated to remain, be re-located, or be
re-used are not included.

## 1.2.11.3   Material not regulated as solid waste

Material not regulated as solid waste is nuclear source or byproduct
materials regulated under the Federal Atomic Energy Act of 1954 as
amended; suspended or dissolved materials in domestic sewage effluent or
irrigation return flows, or other regulated point source discharges;
regulated air emissions; and fluids or wastes associated with natural gas
or crude oil exploration or production.

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

1.2.11.4    Non-Hazardous Waste

  Non-hazardous waste is waste that is excluded from, or does not meet,
  hazardous waste criteria in accordance with 40 CFR 263.

1.2.11.5    Recyclables

  Recyclables are materials, equipment and assemblies such as doors,
  windows, door and window frames, plumbing fixtures, glazing and mirrors
  that are recovered and sold as recyclable, and structural components.  It
  also includes commercial-grade refrigeration equipment with Freon removed,
  household appliances where the basic material content is metal, clean
  polyethylene terephthalate bottles, cooking oil, used fuel oil, textiles,
  high-grade paper products and corrugated cardboard, stackable pallets in
  good condition, clean crating material, and clean rubber/vehicle tires.
  Metal meeting the definition of lead contaminated or lead based paint
  contaminated may not be included as recyclable if sold to a scrap metal
  company.  Paint cans that meet the definition of empty containers in
  accordance with 40 CFR 261.7 may be included as recyclable if sold to a
  scrap metal company.

1.2.11.6    Surplus Soil

  Surplus soil is existing soil that is in excess of what is required for
  this work, including aggregates intended, but not used, for on-site mixing
  of concrete, mortars, and paving.  Contaminated soil meeting the
  definition of hazardous material or hazardous waste is not included and
  must be managed in accordance with paragraph HAZARDOUS MATERIAL MANAGEMENT.

1.2.11.7    Scrap Metal

  This includes scrap and excess ferrous and non-ferrous metals such as
  reinforcing steel, structural shapes, pipe, and wire that are recovered or
  collected and disposed of as scrap.  Scrap metal meeting the definition of
  hazardous material or hazardous waste is not included.

1.2.11.8    Wood

  Wood is dimension and non-dimension lumber, plywood, chipboard,
  hardboard.  Treated or painted wood that meets the definition of lead
  contaminated or lead based contaminated paint is not included.  Treated
  wood includes, but is not limited to, lumber, utility poles, crossties,
  and other wood products with chemical treatment.

1.2.12    Surface Discharge

  Surface discharge means discharge of water into drainage ditches, storm
  sewers, creeks or "waters of the United States".  Surface discharges are
  discrete, identifiable sources and require a permit from the governing
  agency.  Comply with federal, state, and local laws and regulations.

1.2.13    Wastewater

  Wastewater is the used water and solids from a community that flow to a
  treatment plant.

1.2.13.1    Stormwater

  Stormwater is any precipitation in an urban or suburban area that does not

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                W912PL19C0015
Barrier Replacement Project (63 Miles)

evaporate or soak into the ground, but instead collects and flows into
storm drains, rivers, and streams.

1.2.14   Waters of the United States

Waters of the United States means Federally jurisdictional waters,
including wetlands, that are subject to regulation under Section 404 of
the Clean Water Act or navigable waters, as defined under the Rivers and
Harbors Act.

1.2.15   Wetlands

Wetlands are those areas that are inundated or saturated by surface or
groundwater at a frequency and duration sufficient to support, and that
under normal circumstances do support, a prevalence of vegetation
typically adapted for life in saturated soil conditions.

1.2.16   Universal Waste

The universal waste regulations streamline collection requirements for
certain hazardous wastes in the following categories: batteries,
pesticides, mercury-containing equipment (for example, thermostats), and
lamps (for example, fluorescent bulbs).  The rule is designed to reduce
hazardous waste in the municipal solid waste (MSW) stream by making it
easier for universal waste handlers to collect these items and send them
for recycling or proper disposal.  These regulations can be found at
40 CFR 273.

1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only. Submit
the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

     SD-01 Preconstruction Submittals

          Environmental Protection Plan; G

          Stormwater Notice of Intent (for NPDES coverage under the general
          permit for construction activities); G

          Solid Waste Management Permit ; G

          Solid Waste Disposal Report; G

          Inspection Reports; G

     SD-11 Closeout Submittals

          Stormwater Pollution Prevention Plan Compliance Notebook; G

          Stormwater Notice of Termination (for NPDES coverage under the
          general permit for construction activities); G

          Waste Determination Documentation; G

1.4   ENVIRONMENTAL PROTECTION REQUIREMENTS

The Government will provide the Contractor with an Environmental Waiver

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                W912PL19C0015
Barrier Replacement Project (63 Miles)

and the Border Patrol (BP) best management practices (BMPs) that will
minimize or avoid environmental impacts prior to the issuance of Notice to
Proceed. The Environmental Waiver will provide clarification regarding
which laws, regulations, and requirements that are waived by the
Government for construction of this project. Refer to Appendix C -
Environmental Waiver for additional clarification.  The Contractor will be
responsible for:

(1) obtaining any necessary permits not covered under the Environmental
    Waiver and are specifically required herein;
(2) the development of any plans, such as a Storm Water Pollution
    Prevention Plan (SWPPP), that are necessary to minimize or avoid
    environmental impacts; and
(3) the implementation of BP BMPs and BMPs in general.

During the construction process, adhere to and implement any environmental
protection requirements that arise out of such permits or plans and the
BMPs that are required by the Government. Compliance with environmental
protection requirements and BMPs could impact the overall schedule and
completion of the project.

Provide and maintain, during the life of the contract, environmental
protection as defined.  Plan for and provide environmental protective
measures to control pollution that develops during construction practice.
Plan for and provide environmental protective measures required to correct
conditions that develop during the construction of permanent or temporary
environmental features associated with the project.  Protect the
environmental resources within the project boundaries and those affected
outside the limits of permanent work during the entire duration of this
Contract.

Tests and procedures assessing whether construction operations comply with
applicable environmental laws may be required.  Analytical work must be
performed by qualified laboratories; and where required by law, the
laboratories must be certified.

1.4.1   Conformance with Border Patrol's Best Management Practices (BP BMPs)

Perform work under this contract consistent with the policy and objectives
identified by the BP BMPs provided in Section 01 11 00 SUMMARY OF WORK;
and the requirements herein. Perform work in a manner that conforms to
objectives and targets of the environmental programs and operational
controls identified by the BP BMPs. Support Government personnel when
environmental compliance and BP BMPs inspections are conducted at the
Project site, answering questions, and providing proof of records being
maintained. Provide monitoring and measurement information as necessary to
address environmental performance relative to environmental, energy, and
transportation management goals. In the event a BP BMPs nonconformance or
environmental noncompliance associated with the contracted services,
tasks, or actions occurs, take corrective and preventative actions. In
addition, employees must be aware of their roles and responsibilities
under the BP BMPs and of how these BP BMPs roles and responsibilities
affect work performed under the contract.

Coordinate with the BP environmental coordinator (when necessary) to
identify training needs associated with environmental aspects of the
project and the BP BMPs, and arrange training or take other action to meet
these needs. Provide training documentation to the Contracting Officer.

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

1.5    SPECIAL ENVIRONMENTAL REQUIREMENTS

Comply with the Border Patrol Best Management Practices listed in Section
01 11 00 SUMMARY OF WORK and requirements specified in this section.

1.6    ENVIRONMENTAL PROTECTION PLAN

The purpose of the EPP is to present an overview of known or potential
environmental issues that must be considered and addressed during
construction.  Incorporate construction related objectives and targets
from the BP BMPs into the EPP.  Include in the EPP measures for protecting
natural and cultural resources, required reports, and other measures to be
taken.  Meet with the Contracting Officer or Contracting Officer
Representative to discuss the EPP and develop a mutual understanding
relative to the details for environmental protection including measures
for protecting natural resources, required reports, and other measures to
be taken.  Submit the Environmental Protection Plan within no less than 10
days before the preconstruction meeting.  Revise the EPP throughout the
project to include any reporting requirements, changes in site conditions,
or contract modifications that change the project scope of work in a way
that could have an environmental impact.  No requirement in this section
will relieve the Contractor of any applicable federal, state, and local
environmental protection laws and regulations.  During Construction,
identify, implement, and submit for approval any additional requirements
to be included in the EPP.  Maintain the current version onsite.

The EPP includes, but is not limited to, the following elements:

1.6.1    General Overview and Purpose

1.6.1.1    Descriptions

A brief description of each specific plan required in this Contract such
as stormwater pollution prevention plan or the integration of the EPP, the
BP BMPs, and the conditions indentified in Appendix D.

1.6.1.2    Duties

The duties and level of authority assigned to the person(s) on the job
site overseeing environmental compliance, such as who is responsible for
adherence to the EPP, who is responsible for spill cleanup and training
personnel on spill response procedures, who is responsible for manifesting
hazardous waste to be removed from the site (if applicable), and who is
responsible for training the Contractor's environmental protection
personnel.

1.6.1.3    Procedures

A copy of any standard or project-specific operating procedures that will
be used to effectively manage and protect the environment on the project
site.

1.6.1.4    Communications

Communication and training procedures that will be used to convey
environmental management requirements to Contractor employees and
subcontractors.

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

1.6.1.5   Contact Information

  Emergency contact information contact information (office phone number,
  cell phone number, and e-mail address).

1.6.2   General Site Information

1.6.2.1   Drawings

  Include drawings showing locations of proposed temporary excavations or
  embankments for haul roads, stream and arroyo crossings, material storage
  areas, structures, sanitary facilities, and stockpiles of excess soil.

1.6.2.2   Work Area

  Include a work area plan showing the proposed activity in each portion of
  the area and identify the areas of limited use or nonuse.  Include
  measures for marking the limits of use areas, including methods for
  protection of features to be preserved within authorized work areas and
  methods to control runoff and to contain materials on site, and a traffic
  control plan.

1.6.2.3   Documentation

  Include a letter signed by an officer of the firm appointing the
  Environmental Manager and stating that person is responsible for managing
  and implementing the Environmental Program as described in this contract.
  Include in this letter the Environmental Manager's authority to direct the
  removal and replacement of non-conforming work.

1.6.3   Management of Natural Resources

  Include the following as applicable:

  a.  Land resources

  b.  Temporary construction

  c.  Stream crossings

  d.  Fish and wildlife resources

1.6.4   Protection of Historical and Archaeological Resources

  Include the following as applicable:

  a.  Objectives

  b.  Methods

1.6.5   Stormwater Management and Control

  Include the following as applicable:

  a.  Ground cover

  b.  Erodible soils

  c.  Temporary measures

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

    (1) Structural Practices

    (2) Temporary and permanent stabilization

d. Effective selection, implementation and maintenance of Best Management
   Practices (BMPs) and Border Patrol's BMPs.

1.6.6   Protection of the Environment from Waste Derived from Contractor
Operations

Describe control and disposal of solid and sanitary waste and hazardous
waste.

This item consist of the management procedures for hazardous waste to be
generated.  As a minimum, include the following:

a. List of the types of hazardous wastes expected to be generated

b. Procedures to ensure a written waste determination is made for
   appropriate wastes that are to be generated

c. Sampling/analysis plan, including laboratory method(s) that will be
   used for waste determinations and copies of relevant laboratory
   certifications

d. Methods and proposed locations for hazardous waste
   accumulation/storage (that is, in tanks or containers)

e. Management procedures for storage, labeling, transportation, and
   disposal of waste (treatment of waste is not allowed unless
   specifically noted)

f. Management procedures and regulatory documentation ensuring disposal
   of hazardous waste complies with Land Disposal Restrictions (40 CFR 268
   )

g. Management procedures for recyclable hazardous materials such as
   lead-acid batteries, used oil, and similar

h. Used oil management procedures in accordance with 40 CFR 279;
   Hazardous waste minimization procedures

i. Plans for the disposal of hazardous waste by permitted facilities; and
   Procedures to be employed to ensure required employee training records
   are maintained.

1.6.7   Prevention of Releases to the Environment

Include procedures to prevent releases to the environment and provide
notifications in the event of a release to the environment.

1.6.8   Clean Air Act Compliance

1.6.8.1   Haul Route

As a part of the Offsite Haul Routes Plan submitted in accordance with the
Section 01 50 00 TEMPORARY FACILITIES AND CONTROLS, include provisions for
controlling dirt, debris, and dust on public or private  roadways.  As a

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

minimum, identify in the plan the subcontractor and equipment for cleaning
along the haul route and measures to reduce dirt, dust, and debris from
roadways.

1.6.8.2   Pollution Generating Equipment

Identify air pollution generating equipment or processes that may require
federal, state, or local permits under the Clean Air Act.  Determine
requirements based on any current permits and the impacts of the project.
Provide a list of all fixed or mobile equipment, machinery or operations
that could generate air emissions during the project to the Contracting
Officer.

1.6.8.3   Stationary Internal Combustion Engines

Identify portable and stationary internal combustion engines that will be
supplied, used or serviced.  Comply with 40 CFR 60 Subpart IIII, 40 CFR 60
Subpart JJJJ, 40 CFR 63 Subpart ZZZZ, and local regulations as
applicable.  At minimum, include the make, model, serial number,
manufacture date, size (engine brake horsepower), and EPA emission
certification status of each engine.  Maintain applicable records and log
hours of operation and fuel use.  Logs must include reasons for operation
and delineate between emergency and non-emergency operation.

1.6.8.4   Air Pollution-Generating Processes

Identify planned air pollution-Generating processes and management control
measures (including, but not limited to, spray painting, abrasive
blasting, demolition, material handling, fugitive dust, and fugitive
emissions).  Log hours of operations and track quantities of materials
used.

1.6.8.5   Compliant Materials

Provide the Government a list of and SDSs for all hazardous materials
proposed for use on site.  Materials must be compliant with all Clean Air
Act regulations for emissions including solvent and volatile organic
compound contents, and applicable National Emission Standards for
Hazardous Air Pollutants requirements.  The Government may alter or limit
use of specific materials as needed to best accomodate requirements for
emissions.

1.7   ENVIRONMENTAL RECORDS BINDER

Maintain on-site a separate three-ring Environmental Records Binder and
submit at the completion of the project.  Make separate parts within the
binder that correspond to each submittal listed under paragraph CLOSEOUT
SUBMITTALS in this section.

1.8   SOLID WASTE MANAGEMENT PERMIT

Provide the Contracting Officer with written notification of the quantity
of anticipated solid waste or debris that is anticipated or estimated to
be generated by construction.  Include in the report the locations where
various types of waste will be disposed or recycled.  Include letters of
acceptance from the receiving location or as applicable; submit one copy
of the receiving location state and local Solid Waste Management Permit or
license showing the Border Patrols approval of the disposal plan before
transporting wastes off Government property.

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

1.8.1   Solid Waste Disposal Report

Monthly, submit a Solid Waste Disposal Report to the Contracting Officer.
For each waste, the report will state the classification (using the
definitions provided in this section), amount, location, and name of the
business receiving the solid waste.

PART 2   PRODUCTS

Not Used.

PART 3   EXECUTION

3.1   PROTECTION OF NATURAL RESOURCES

Minimize interference with, disturbance to, and damage to fish, wildlife,
and plants, including their habitats.  Prior to the commencement of
activities, consult with the Border Patrol (and potentially the state fish
and game department), regarding rare species or sensitive habitats that
need to be protected.  The protection of rare, threatened, and endangered
animal and plant species identified, including their habitats, is the
Contractor's responsibility.

Preserve the natural resources within the project boundaries and outside
the limits of permanent work.  Restore to an equivalent or improved
condition upon completion of work that is consistent with the requirements
of the Border Patrol or as otherwise specified herein.  Confine
construction activities to within the limits of the work indicated or
specified.

3.1.1   Flow Ways

Do not alter water flows or otherwise significantly disturb the native
habitat adjacent to the project and critical to the survival of wildlife,
except as specified and permitted.

3.1.2   Vegetation

Except in areas to be cleared, do not remove, cut, deface, injure, or
destroy trees or shrubs without the Contracting Officer's permission.  Do
not fasten or attach ropes, cables, or guys to existing nearby trees for
anchorages unless authorized by the Contracting Officer.  Where such use
of attached ropes, cables, or guys is authorized, the Contractor is
responsible for any resultant damage.

Protect existing trees that are to remain to ensure they are not injured,
bruised, defaced, or otherwise damaged by construction operations.  Remove
displaced rocks from uncleared areas.  Coordinate with the Contracting
Officer to determine appropriate action for trees and other landscape
features scarred or damaged by equipment operations.

3.1.3   Streams

Stream crossings must allow movement of materials or equipment without
intentionally violating water pollution control standards of the federal,
state, and local governments.

The Contracting Officer's approval is required before any equipment will

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

be permitted to ford live streams.  In areas where frequent crossings are
required, install temporary culverts or bridges.  Obtain Contracting
Officer's approval prior to installation of any of these measures.  Remove
temporary culverts or bridges upon completion of work, and repair the area
to its original condition unless otherwise required by the Contracting
Officer.

3.2   STORMWATER

Do not discharge stormwater from construction sites to sanitary sewers. If
the water is noted or suspected of being contaminated, it may only be
released as directed by the Contracting Officer.  Obtain authorization in
advance from the Contracting Officer for any release of contaminated water.

3.2.1   Construction General Permit

Provide a Construction General Permit as required by EPA General Permit.
Under the terms and conditions of the permit, install, inspect, maintain
BMPs, prepare stormwater erosion and sediment control inspection reports,
and submit SWPPP inspection reports.  Maintain construction operations and
management in compliance with the terms and conditions of the general
permit for stormwater discharges from construction activities.

3.2.1.1   Arizona

3.2.1.1.1   Regulatory Requirements for the Notice of Intent (NOI)

Submit a vicinity map and a NOI to the Arizona Department of Environmental
Quality (ADEQ). If discharges to a unique or impaired water body are
proposed, submit the SWPPP along with the NOI. See the General Permit for
instructions. Submit Notice of Termination (NOT) to ADEQ within 30 days
after permit conditions have been met.

Arizona Pollutant Discharge Elimination System General Permit for
Dischargers from Construction Activities to Water of the United States
2008, Permit No. AZG2013-001 expires June 2, 2018

http://www.azdeq.gov/environ/water/permits/download/2013_cgp.pdf

3.2.1.2   Stormwater Pollution Prevention Plan

Submit a project-specific Stormwater Pollution Prevention Plan (SWPPP) to
the Contracting Officer for approval, prior to the commencement of work.
The SWPPP must meet the requirements of 40 CFR 122.26 and the EPA General
Permit for stormwater discharges from construction sites.

Include the following:

a.  Comply with terms of the EPA general permit for stormwater discharges
    from construction activities.  Prepare SWPPP in accordance with EPA
    requirements. Use EPA guide Developing your Stormwater Pollution
    Prevention Plan located at

    http://water.epa.gov/polwaste/npdes/stormwater/Stormwater-Pollution-
    Prevention-Plans-for-Construction-Activities.cfm

    to prepare the SWPPP.

b.  Select applicable BMPs from EPA Fact Sheets located at

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

> http://water.epa.gov/polwaste/npdes/swbmp/Construction-Site-StormWater-Run-Off-Control.cfm
>
> or in accordance with applicable state or local requirements.

c.  Include a completed copy of the Notice of Intent, BMP Inspection
    Report Template, and Stormwater Notice of Termination, except for the
    effective date.

3.2.1.3   Stormwater Notice of Intent for Construction Activities

Prepare and submit the Stormwater Notice of Intent for NPDES coverage
under the general permit for construction activities to the Contracting
Officer for review.

Submit the NOI and appropriate permit fees onto the appropriate federal
agency. Maintain a copy of the SWPPP at the onsite construction office,
and continually update as required, reflecting current site conditions.

3.2.1.4   Inspection Reports

Submit Inspection Reports to the Contracting Officer in accordance with
EPA Construction General Permit.

3.2.1.5   Stormwater Pollution Prevention Plan Compliance Notebook

Create and maintain a three ring binder of documents that demonstrate
compliance with the Construction General Permit.  Include a copy of the
permit Notice of Intent, proof of permit fee payment, SWPPP and SWPPP
update amendments, inspection reports and related corrective action
records, copies of correspondence with the EPA, and a copy of the permit
Notice of Termination in the binder.  At project completion, the notebook
becomes property of the Government.  Provide the compliance notebook to
the Contracting Officer.

3.2.1.6   Stormwater Notice of Termination for Construction Activities

Submit a Stormwater Notice of Termination to the Contracting Officer once
construction is complete and final stabilization has been achieved on all
portions of the site for which the permittee is responsible.  Once
approved, submit the Notice of Termination to the appropriate federal
agency.

3.2.2   Erosion and Sediment Control Measures

Provide erosion and sediment control measures in accordance with state and
local laws and regulations and the BP BMPs.  Preserve vegetation to the
maximum extent practicable.

Erosion control inspection reports may be compiled as part of a stormwater
pollution prevention plan inspection reports.

3.2.3   Work Area Limits

Mark the areas that need not be disturbed under this Contract prior to
commencing construction activities.  Mark or fence isolated areas within
the general work area that are not to be disturbed.  Protect monuments and
markers before construction operations commence.  Where construction

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                W912PL19C0015
Barrier Replacement Project (63 Miles)

operations are to be conducted during darkness, any markers must be
visible in the dark.  Personnel must be knowledgeable of the purpose for
marking and protecting particular objects.

3.2.4   Contractor Facilities and Work Areas

Place field offices, staging areas, stockpile storage, and temporary
buildings in areas directed by the Contracting Officer.  Move or relocate
the Contractor facilities only when approved by the Government.  Provide
erosion and sediment controls for onsite borrow and spoil areas to prevent
sediment from entering nearby waters.  Control temporary excavation and
embankments for plant or work areas to protect adjacent areas.

3.3   SURFACE AND GROUNDWATER

3.3.1   Cofferdams, Diversions, and Dewatering

Construction operations for dewatering, removal of cofferdams, tailrace
excavation, and tunnel closure must be constantly controlled. Do not
discharge excavation ground water to the sanitary sewer, storm drains, or
to surface waters without prior specific authorization in writing.
Discharge of hazardous substances will not be permitted under any
circumstances.  Use sediment control BMPs to prevent construction site
runoff from directly entering any storm drain or surface waters.

If the construction dewatering is noted or suspected of being
contaminated, it may only be released to the storm drain system if the
discharge is specifically permitted.  Obtain authorization for any
contaminated groundwater release in advance from the Border Patrol.
Discharge of hazardous substances will not be permitted under any
circumstances.

3.3.2   Waters of the United States

Do not enter, disturb, destroy, or allow discharge of contaminants into
waters of the United States.

3.4   PROTECTION OF CULTURAL RESOURCES

3.4.1   Archaeological Resources

If, during excavation or other construction activities, any previously
unidentified or unanticipated historical, archaeological, and cultural
resources are discovered or found, activities that may damage or alter
such resources will be suspended.  Resources covered by this paragraph
include, but are not limited to: any human skeletal remains or burials;
artifacts; shell, midden, bone, charcoal, or other deposits; rock or coral
alignments, pavings, fence, or other constructed features; and any
indication of agricultural or other human activities.  Upon such discovery
or find, immediately notify the Contracting Officer and Border Patrol so
that the appropriate authorities may be notified and a determination made
as to their significance and what, if any, special disposition of the
finds should be made.  Cease all activities that may result in impact to
or the destruction of these resources.  Secure the area and prevent
employees or other persons from trespassing on, removing, or otherwise
disturbing such resources.  The Government retains ownership and control
over archaeological resources. Archeological investigations, including
on-site monitoring of construction, must be supervised by an archeologist
(PI, PA) who meets the U.S. Secretary of the Interior's Professional

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian         W912PL19C0015
Barrier Replacement Project (63 Miles)

Qualification Standards for Archeology (48 FR 22716 or 36 CFR Part 61).

3.5   AIR RESOURCES

Equipment operation, activities, or processes will be in accordance with
40 CFR 64.

3.5.1   Preconstruction Air Permits

Notify the Contracting Officer prior to bringing equipment, assembled or
unassembled, onto the jobsite.

3.5.2   Burning

Burning is prohibited on the Government premises.

3.5.3   Dust Control

Keep dust down at all times, including during nonworking periods. Dry
power brooming will not be permitted.  Instead, use vacuuming, wet
mopping, wet sweeping, or wet power brooming.  Air blowing will be
permitted only for cleaning nonparticulate debris such as steel
reinforcing bars.  Only wet cutting will be permitted for cutting concrete
blocks, concrete, and bituminous concrete.  Do not unnecessarily shake
bags of cement, concrete mortar, or plaster.

3.5.3.1   Particulates

Dust particles, aerosols and gaseous by-products from construction
activities, and processing and preparation of materials (such as from
asphaltic batch plants) must be controlled at all times, including
weekends, holidays, and hours when work is not in progress.  Maintain
excavations, stockpiles, haul roads, permanent and temporary access roads,
plant sites, spoil areas, borrow areas, and other work areas within or
outside the project boundaries free from particulates that would exceed
40 CFR 50, or that would cause a hazard or a nuisance.  Sprinkling,
chemical treatment of an approved type, baghouse, scrubbers, electrostatic
precipitators, or other methods will be permitted to control particulates
in the work area.  Sprinkling, to be efficient, must be repeated to keep
the disturbed area damp.  Provide sufficient, competent equipment
available to accomplish these tasks.  Perform particulate control as the
work proceeds and whenever a particulate nuisance or hazard occurs.
Comply with visibility requirements provided by the Contracting Officer.

3.6   WASTE MINIMIZATION

Minimize the use of hazardous materials and the generation of waste.
Include procedures for pollution prevention/ hazardous waste minimization
in the EPP.  Describe the anticipated types of the hazardous materials to
be used in the construction when requesting information.

3.6.1   Salvage, Reuse and Recycle

Identify anticipated materials and waste for salvage, reuse, and
recycling.  Describe actions to promote material reuse, resale or
recycling.  To the extent practicable, all scrap metal must be sent for
reuse or recycling and will not be disposed of in a landfill.

Include the name, physical address, and telephone number of the hauler, if

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

transported by a franchised solid waste hauler.  Include the destination
and, unless exempted, provide a copy of the state or local permit (cover)
or license for recycling.

3.7   BORROW SOURCE SOILS

All borrow soils must comply with the requirements herein and as follows:

3.7.1   Requirements for Offsite Soils from Non-Commercial Borrow Sources

Offsite soils from non-commercial borrow sites must be certified for use
in one of the following ways:

a.  Conduct a Phase 1 Environmental Site Assessment (ESA) in accordance
    with ASTM 1527-05 or 2247-08 (depending on the locality of the borrow
    area) on the borrow area to prove that the borrow area has had no
    impact from industrial, chemical or waste disposal activities.

b.  Test the borrow soils for Total Petroleum Hydrocarbons (TPH EPA Method
    418.1), Semi Volatile Organics (EPA Method 8270D), Volatile Organics
    (EPA Method 8260B), Pesticides (EPA Method 8081A), Herbicides (EPA
    Method 8151A), Polychlorinated Biphenyls (PCB EPA Method 8082) and the
    Priority Pollutant Metals (EPA Method 245.1).  Representative discrete
    samples must be of actual borrow material to be used for project, be
    collected at the borrow area while the potential fill material is
    still in place, and analyzed prior to removal from the borrow area.
    Conduct testing and sampling no more than 6 months prior to the use of
    the borrow soil. Composite sampling for fill material is not
    appropriate as losses of volatile and semi-volatile analytes can
    occur.  The number of samples required must be in accordance with the
    following Sampling Frequency Table.

| Area of Individual Borrow Area | Sampling Requirements |
|---|---|
| 2 Acres or Less | Minimum of 4 Discrete Samples |
| 2 to 4 Acres | Minimum of 1 Discrete Sample Every  Acre |
| 4 to 10 Acres | Minimum of 8 Discrete Samples |
| Greater than 10 Acres | Minimum of 8 Discrete Samples with 4 Subsamples per Location |
| Volume of Borrow Area Stockpile | Samples per Volume |
| Up to 1,000 Cubic Yards (~ 1,500 Tons) | 1 Sample/250 Cubic Yards (~375 Tons) |
| 1,000 to 5,000 Cubic Yards | 4 Samples for first 1000 Cubic Yards + 1 Sample per each additional 500 CY |
| Greater than 5,000 Cubic Yards | 12 Samples for First 5,000 CY + 1 Sample for Each Additional 1,000 CY |

Provide the results of the Borrow Area Phase 1 ESA and/or analytical soil
testing to the Contracting Officer and Environmental Engineering within 10
calendar days of conclusion of Phase 1 ESA/results or analytical testing.
Provide the analytical results as a standard laboratory data package,
including a summary of the Quality Assurance/Quality Control (QA/QC)
sample results.  The sample results must accompany all analytical reports.

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                W912PL19C0015
Barrier Replacement Project (63 Miles)

Do not transport offsite non-commercial borrow material onsite until the
use of this material has been approved by the Contracting Officer.

3.7.2   Requirements for Off-Site Soils from Commercial Borrow Sources

Provide certification from the commercial borrow source that the borrow
material is free of all contamination. Do not transport any off-site
commercial borrow material until the use of this material is approved by
the Contracting Officer.

3.7.3   Soils from a Non-Commercial Borrow Source

Obtain approval from the Contracting Officer before any onsite soils are
used for project construction purposes.  Any onsite soils used must meet
the geotechnical requirements as specified in the Contractor's
specification section for Earthwork and the provisions of paragraph
REQUIREMENTS FOR OFF-SITE SOILS FROM NON-COMMERCIAL BORROW SOURCES.

3.8   WASTE MANAGEMENT AND DISPOSAL

3.8.1   Waste Determination Documentation

Complete a Waste Determination form (provided at the preconstruction
conference) for Contractor-derived wastes to be generated.  All
potentially hazardous solid waste streams that are not subject to a
specific exclusion or exemption from the hazardous waste regulations (e.g.
scrap metal, domestic sewage) or subject to special rules, (lead-acid
batteries and precious metals) must be characterized in accordance with
the requirements of 40 CFR 261.  Base waste determination on user
knowledge of the processes and materials used, and analytical data when
necessary.  Attach support documentation to the Waste Determination form.
As a minimum, provide a Waste Determination form for the following waste
(this listing is not inclusive): oil- and latex -based painting and
caulking products, solvents, adhesives, aerosols, petroleum products, and
containers of the original materials.

3.8.2   Control and Management of Hazardous Waste

Do not dispose of hazardous waste on Government property.  Do not
discharge any waste to a sanitary sewer, storm drain, or to surface waters
or conduct waste treatment or disposal on Government property without
written approval of the Contracting Officer.

3.8.2.1   Hazardous Waste/Debris Management

Identify construction activities that will generate hazardous waste or
debris.  Provide a documented waste determination for resultant waste
streams.  Identify, label, handle, store, and dispose of hazardous waste
or debris in accordance with 40 CFR 261, 40 CFR 262, 40 CFR 263, 40 CFR 264,
40 CFR 265, 40 CFR 266, and 40 CFR 268.

Manage hazardous waste in accordance with the EPP.  Store hazardous wastes
in approved containers in accordance with 49 CFR 173 and 49 CFR 178.
Hazardous waste generated within the confines of Government facilities is
identified as being generated by the Government.  Prior to removal of any
hazardous waste from Government property, hazardous waste manifests must
be signed by the Contracting Officer.  Do not bring hazardous waste onto
Government property.  Provide the Contracting Officer with a copy of waste

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

determination documentation for any solid waste streams that have any
potential to be hazardous waste or contain any chemical constituents
listed in 40 CFR 372-SUBPART D.

3.8.2.2   Hazardous Waste Disposal

3.8.2.2.1   Responsibilities for Contractor's Disposal

 Provide hazardous waste manifest to the Contracting Officer for review,
approval, and signature prior to shipping waste off Government property.

3.8.2.2.1.1   Services

 Provide service necessary for the final treatment or disposal of the
hazardous material or waste in accordance with 40 CFR 260, local, and
state, laws and regulations, and the terms and conditions of the Contract
within 60 days after the materials have been generated.  These services
include necessary personnel, labor, transportation, packaging, detailed
analysis (if required for disposal or transportation, include manifesting
or complete waste profile sheets, equipment, and compile documentation).

3.8.2.2.1.2   Samples

 Obtain a representative sample of the material generated for each job done
to provide waste stream determination.

3.8.2.2.1.3   Analysis

 Analyze each sample taken and provide analytical results to the
Contracting Officer.  See paragraph WASTE DETERMINATION DOCUMENTATION.

3.8.2.2.1.4   Labeling

 Determine the Department of Transportation's (DOT's) proper shipping names
for waste (each container requiring disposal) and demonstrate to the
Contracting Officer how this determination is developed and supported by
the sampling and analysis requirements contained herein.  Label all
containers of hazardous waste with the words "Hazardous Waste" or other
words to describe the contents of the container in accordance with
40 CFR 262.31 and applicable state or local regulations.

3.8.3   Releases/Spills of Oil and Hazardous Substances

3.8.3.1   Response and Notifications

 Exercise due diligence to prevent, contain, and respond to spills of
hazardous material, hazardous substances, hazardous waste, sewage,
regulated gas, petroleum, lubrication oil, and other substances regulated
in accordance with 40 CFR 300.  Maintain spill cleanup equipment and
materials at the work site.  In the event of a spill, take prompt,
effective action to stop, contain, curtail, or otherwise limit the amount,
duration, and severity of the spill/release.  In the event of any releases
of oil and hazardous substances, chemicals, or gases; immediately (within
15 minutes) notify the Contracting Officer and facility owner
(International Boundary and Water Commission) in addition to the National
Response Center.

 Submit verbal and written notifications as required by the federal (
40 CFR 300.125 and 40 CFR 355), state, local regulations and

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                W912PL19C0015
Barrier Replacement Project (63 Miles)

instructions.  Provide copies of the written notification and
documentation that a verbal notification was made within 20 days.  Spill
response must be in accordance with 40 CFR 300 and applicable state and
local regulations.  Contain and clean up these spills without cost to the
Government.

3.8.3.2    Clean Up

Clean up hazardous and non-hazardous waste spills.  Reimburse the
Government for costs incurred including sample analysis materials,
clothing, equipment, and labor if the Government will initiate its own
spill cleanup procedures, for Contractor-responsible spills, when: Spill
cleanup procedures have not begun within one hour of spill
discovery/occurrence; or, in the Government's judgment, spill cleanup is
inadequate and the spill remains a threat to human health or the
environment.

3.9    HAZARDOUS MATERIAL MANAGEMENT

Include hazardous material control procedures in the Safety Plan, in
accordance with Section 01 35 26 GOVERNMENTAL SAFETY REQUIREMENTS.
Address procedures and proper handling of hazardous materials, including
the appropriate transportation requirements.  Do not bring hazardous
material onto Government property that does not directly relate to
requirements for the performance of this contract.  Submit an SDS and
estimated quantities to be used for each hazardous material to the
Contracting Officer prior to bringing the material on the jobsite.
Typical materials requiring SDS and quantity reporting include, but are
not limited to, oil and latex based painting and caulking products,
solvents, adhesives, aerosol, and petroleum products.  Use hazardous
materials in a manner that minimizes the amount of hazardous waste
generated.  Containers of hazardous materials must have National Fire
Protection Association labels or their equivalent.  Certify that hazardous
materials removed from the site are hazardous materials and do not meet
the definition of hazardous waste, in accordance with 40 CFR 261.

3.10    PREVIOUSLY USED EQUIPMENT

Clean previously used construction equipment prior to bringing it onto the
project site.  Equipment must be free from soil residuals, egg deposits
from plant pests, noxious weeds, and plant seeds.  Consult with the U.S.
Department of Agriculture jurisdictional office for additional cleaning
requirements.

3.11    PETROLEUM, OIL, LUBRICANT (POL) STORAGE AND FUELING

POL products include flammable or combustible liquids, such as gasoline,
diesel, lubricating oil, used engine oil, hydraulic oil, mineral oil, and
cooking oil.  Store POL products and fuel equipment and motor vehicles in
a manner that affords the maximum protection against spills into the
environment.  Manage and store POL products in accordance with EPA
40 CFR 112, and other federal laws and regulations.  Use secondary
containments, dikes, curbs, and other barriers, to prevent POL products
from spilling and entering the ground, storm or sewer drains, stormwater
ditches or canals, or navigable waters of the United States.  Describe in
the EPP (see paragraph ENVIRONMENTAL PROTECTION PLAN) how POL tanks and
containers must be stored, managed, and inspected and what protections
must be provided.

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian          W912PL19C0015
Barrier Replacement Project (63 Miles)

3.11.1   Used Oil Management

  Manage used oil generated on site in accordance with 40 CFR 279.
  Determine if any used oil generated while onsite exhibits a characteristic
  of hazardous waste.  Used oil containing 1,000 parts per million of
  solvents is considered a hazardous waste and disposed of at the
  Contractor's expense.  Used oil mixed with a hazardous waste is also
  considered a hazardous waste.  Dispose in accordance with paragraph
  HAZARDOUS WASTE DISPOSAL.

3.11.2   Oil Storage Including Fuel Tanks

  Provide secondary containment and overfill protection for oil storage
  tanks.  A berm used to provide secondary containment must be of sufficient
  size and strength to contain the contents of the tanks plus 5 inches
  freeboard for precipitation.  Construct the berm to be impervious to oil
  for 72 hours that no discharge will permeate, drain, infiltrate, or
  otherwise escape before cleanup occurs.  Use drip pans during oil transfer
  operations; adequate absorbent material must be onsite to clean up any
  spills and prevent releases to the environment.  Cover tanks and drip pans
  during inclement weather.  Provide procedures and equipment to prevent
  overfilling of tanks.  If tanks and containers with an aggregate
  aboveground capacity greater than 1320 gallons will be used onsite (only
  containers with a capacity of 55 gallons or greater are counted), provide
  and implement a SPCC plan meeting the requirements of 40 CFR 112.  Do not
  bring underground storage tanks to the project site for Contractor use
  during a project.  Submit the SPCC plan to the Contracting Officer for
  approval.

  Monitor and remove any rainwater that accumulates in open containment
  dikes or berms.  Inspect the accumulated rainwater prior to draining from
  a containment dike to the environment, to determine there is no oil sheen
  present.

3.12   INADVERTENT DISCOVERY OF PETROLEUM-CONTAMINATED SOIL OR HAZARDOUS
WASTES

  If petroleum-contaminated soil, or suspected hazardous waste is found
  during construction that was not identified in the Contract documents,
  immediately notify the Contracting Officer.  Do not disturb this material
  until authorized by the Contracting Officer.

3.13   SOUND INTRUSION

  Make the maximum use of low-noise emission products, as certified by the
  EPA.  Blasting or use of explosives are not permitted without written
  permission from the Contracting Officer, and then only during the
  designated times.  Confine pile-driving operations to the period between 8
  a.m. and 5 p.m., Monday through Friday, exclusive of holidays, unless
  otherwise specified.

  Keep construction activities under surveillance and control to minimize
  environment damage by noise.  Comply with the provisions of the State in
  which work is being conducted.

3.14   POST CONSTRUCTION CLEANUP

  Clean up areas used for construction in accordance with Contract Clause:

Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian                    W912PL19C0015
Barrier Replacement Project (63 Miles)

"Cleaning Up".  Unless otherwise instructed in writing by the Contracting
Officer, remove traces of temporary construction facilities such as haul
roads, work area, structures, foundations of temporary structures,
stockpiles of excess or waste materials, and other vestiges of
construction prior to final acceptance of the work.  Grade parking area
and similar temporarily used areas to conform with surrounding contours.

        -- End of Section --