IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official Capacity as Commissioner of the Texas General Land Office, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, | § § § § § § § § § § § | Civil Action No. 7:21-CV-00272 |
| Defendants | § | |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| JOSEPH R. BIDEN, JR. in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of the United States | § § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00420 (formerly No. 6:21-cv-00052) |

| | |
|---|---|
| Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION, United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of the United States Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br>       Defendants | § § § § § § § § § § § § § § § |

## [PROPOSED] ORDER GRANTING DIAMOND A RANCH, WESTERN DIVISION L.L.C. AND GUADALUPE RANCH CORPORATION MOTION FOR LEAVE TO INTERVENE

Pending before the Court is *Diamond A Ranch, Western Division L.L.C. and Guadalupe Ranch Corporation's Motion for Leave to Intervene* (the "Motion"). The Court, having found that good and adequate notice of the Motion was given, and it appearing that no other or further notice need be provided; it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT

    1.    The Motion is granted in all respects.

IT IS SO ORDERED

    Signed this _____ of _____, 2024.

                                                   DREW B. TIPTON
                                                   UNITED STATES DISTRICT JUDGE