United States District Court
Southern District of Texas

**ENTERED**
April 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land Office of Texas; George P. Bush |
|---|
| *versus* |
| Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Aron C. Beezley<br>Bradley Arant Boult Cummings LLP<br>1615 L Street NW, Suite 1350<br>Washington, DC 20036<br>Telephone: (202) 719-8254; Email: abeezley@bradley.com<br>D.C. Bar- 1004904<br>Colorado Bar- 40675 |
|---|---|

| Name of party applicant seeks to appear for: | Posillico Civil Inc. Coastal Environmental Group Inc. dba Southern Border Constructors<br>AND Randy Kinder Excavating Inc. dba RKE Contactors |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/10/2024 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 4/11/2024 | Clerk's signature   *Jennifer Nogueira* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 12, 2024

[signature] Drew B. Tipton
United States District Judge