United States District Court
Southern District of Texas

**ENTERED**
April 12, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen ▼ | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land Office of Texas; George P. Bush |
|---|
| *versus* |
| Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah S. Osborne<br>Bradley Arant Boult Cummings LLP<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL  35801<br>Telephone: (256) 517-5127; Email: sosborne@bradley.com<br>Alabama; ASB-2064-V86Y<br>U.S.D.C. Alabama, Northern District; ASB-2064-V86Y |
|---|---|

| Name of party applicant seeks to appear for: | Posillico Civil Inc. Coastal Environmental Group Inc. dba Southern Border Constructors<br>AND Randy Kinder Excavating Inc. dba RKE Contactors |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____    No ✓<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/10/2024 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:  Eligible to Practice |
|---|
| Dated: 4/11/2024 | Clerk's signature  *Jennifer Nogueira* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|
| Dated: _____ April 12, 2024 _____ | *Drew B Tipton*<br>United States District Judge |