United States District Court
Southern District of Texas
**ENTERED**
April 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

The General Land Office of Texas; George P. Bush

*versus*

Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | R. Sumner Fortenberry<br>Bradley Arant Boult Cummings LLP<br>One Jackson Place, 188 E. Capitol Street, Suite 1000<br>Jackson, MS 39201<br>Telephone: (601) 592-9922; Email: sfortenberry@bradley.com<br>Mississippi; #106292 |
|---|---|

| Name of party applicant seeks to appear for: | Posillico Civil Inc. Coastal Environmental Group Inc. dba Southern Border Constructors<br>AND Randy Kinder Excavating Inc. dba RKE Contactors |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/10/2024 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 4/11/2024 | Clerk's signature: *Jennifer Nogueira* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 12, 2024      _____Drew B Tipton_____
United States District Judge