## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

The General Land Office of the State of Texas, et al.

v.  Case Number: 7:21−cv−00272

Joseph R. Biden, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York)
Meeting ID: 160 994 8471
Meeting Password: 754354

Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 4/17/2024

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Judgment – #150
Motion for Miscellaneous Relief – #150

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted.

---

Date:   April 12, 2024                                                                 Nathan Ochsner, Clerk