United States District Court
Southern District of Texas

**ENTERED**
April 15, 2024
~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| THE STATE OF MISSOURI; THE STATE OF TEXAS |
|---|
| *versus* |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stewart A. Baker<br>Steptoe LLP<br>1330 Connecticut Ave<br>Washington DC 20036<br>202-709-6402; sbaker@steptoe.com<br>District of Columbia Bar 262071<br>District Court for the District of Columbia 262071<br>I have read the rules for the Southern District of Texas and for the Court of Hon. Drew B. Tipton |

| Name of party applicant seeks to appear for: | DIAMOND A RANCH, WESTERN DIVISION L.L.C. AND GUADALUPE RANCH CORPORATION |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ___    ___ No ___ ✔ ___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/15/2024 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:    Eligible to Practice |
|---|
| Dated: 4/15/2024    Clerk's signature    *Jennifer Nogueira* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: April 15, 2024      *Drew B Tipton*
United States District Judge