# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 6, 2024
Lyle W. Cayce
Clerk

No. 22-40526

_____

The General Land Office of the State of Texas, *Et al.*,

*Plaintiffs*,

*versus*

President Joseph R. Biden, Et al.,

*Defendants*,

_____

State of Missouri; State of Texas,

*Plaintiffs—Appellants*,

*versus*

Joseph R. Biden, Jr., *in his official capacity as President of the United States of America*; United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Department of Homeland Security*; United States Department of Homeland Security; Troy A. Miller, *in his official capacity as Acting Commissioner of the United States Customs and Border Protection*; United States Customs and Border Protection,

*Defendants—Appellees.*

No. 22-40526

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:21-CV-272
USDC No. 7:21-CV-420

---

UNPUBLISHED ORDER

Before JONES, SMITH, and GRAVES, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's unopposed motion to lift abeyance and issue the mandate forthwith is GRANTED.



**A True Copy**
**Certified order issued Apr 06, 2024**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2