# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 06, 2024

Mr. Nathan Ochsner
Southern District of Texas, McAllen
United States District Court
1701 W. Business Highway 83
Suite 1011
McAllen, TX 78501-0000

    No. 22-40526   State of Missouri v. Biden
                       USDC No. 7:21-CV-272
                       USDC No. 7:21-CV-420

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      *Christina Rachal*
                      By: _____
                      Christina C. Rachal, Deputy Clerk
                      504-310-7651