IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | Civil Action No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

**DEFENDANTS' RESPONSE TO PROPOSED INTERVENORS' MOTION FOR BRIEFING SCHEDULE**

Proposed intervenors Diamond A Diamond A Ranch, Western Division L.L.C. and Guadalupe Ranch Corporation ("the Ranch") have moved for a briefing schedule on their motion to intervene. *See* ECF No. 161. Defendants defer to the Court on whether to enter a briefing schedule for this motion. Defendants note that the schedule proposed by the Ranch is similar to

default schedule already established the Court's local rules. In accordance with Local Rule 7.3, Plaintiffs' and Defendants' responses to the motion are currently due May 2, one day later than the date proposed by the Ranch. Local Rule 7.4 also provides that the Ranch may file a reply within 7 days of the parties' response. The Ranch proposes to file a reply 14 days after the filing of the parties' response, but also says it would have no objection to filing within the 7 days provided by the local rules. *See* ECF No. 161 at 4.

In the event the Court determines that a briefing schedule should be entered for the Ranch's motion, Defendants suggest that the same schedule apply to all of the pending motions to intervene. In addition to the Ranch's motion, three other motions to intervene are pending. *See* ECF Nos. 148, 149, 162. Because the motions to intervene were filed on different days within one week of each other, Plaintiffs' and Defendants' responses to those motions are currently due across a scattershot of dates between April 29 and May 6, with replies due on four separate dates approximately one week later. Should the Court determine that a briefing schedule is appropriate for the Ranch, Defendants recommend that the same response and reply dates apply to all pending motions to intervene.

Dated: April 18, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar #23840-49)
Senior Trial Counsel
MICHAEL J. GERARDI
(D.C. Bar #1017949)
Trial Attorney / Attorney-in-Charge

2

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, No. 7506
Washington, D.C. 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov

ALAMDAR S. HAMDANI
United States Attorney

/s/ *Daniel D. Hu*
DANIEL D. HU
Chief, Civil Division
Assistant United States Attorney
Southern District No. 7959
Texas Bar No. 10131415
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: Daniel.Hu@usdoj.gov

ALYSSA IGLESIAS
Assistant United States Attorney
Southern District of Texas No.: 3610302
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Alyssa.Iglesias@usdoj.gov

**CERTIFICATE OF WORD COUNT**

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 282, as counted by Microsoft Word.

*/s/ Andrew I. Warden*
ANDREW I. WARDEN

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically filed a copy of the foregoing response. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Andrew I. Warden*
ANDREW I. WARDEN