**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., <br><br> **Plaintiffs,** <br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., <br><br> **Defendants.** | § § § § § § § § § § § § § | **Civil Action No. 7:21-CV-00272** |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, <br><br> **Plaintiffs,** <br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., <br><br> **Defendants.** | § § § § § § § § § § § § § § | **Civil Action No. 7:21-CV-00420** <br> **(formerly No. 6:21-cv-00052)** |

**[PROPOSED] ORDER**

Pending before the Court is the Motion to Intervene filed by Sierra Club and Southern Border Communities Coalition. (Dkt. No. ___). After reviewing the Motion, the Response, the record and the applicable law, the Court hereby GRANTS THE MOTION TO INTERVENE.

It is SO ORDERED.

Signed this ___ day of _____, 2024.

_____
**HONORABLE DREW B. TIPTON
UNITED STATES DISTRICT JUDGE**