UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land Office of Texas; George P. Bush |
|---|
| *versus* |
| Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Cecillia Wang<br>American Civil Liberties Union Foundation<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0775; cwang@aclu.org<br>California #187782<br>U.S.D.C. for the District of Columbia #CA00042 |
|---|---|

| Name of party applicant seeks to appear for: | Sierra Club and Southern Border Communities Coalition |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   No __ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/19/2024 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                Clerk's signature |

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                   United States District Judge