UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

The General Land Office of the State of Texas; George P. Bush

*versus*

Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | My Khanh Ngo<br>American Civil Liberties Union Foundation<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>(415) 343-0775; mngo@aclu.org<br>California #317817 |

| Name of party applicant seeks to appear for: | Sierra Club and Southern Border Communities Coalition |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/22/2024 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

## Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge