| | |
|---|---|
| **From:** | CALLAHAN, JOHN P |
| **Sent:** | 3/28/2024 5:56:08 PM |
| **To:** | Chris Cedar |
| **Cc:** | PERALEZ, JOANNE; PENA, CARLOS (CTR); CURTIS, IRMA; MARTIN, JENALEE; GRIME, KELLY E (CTR); BURNS, JACOB J.; COHEN, KIMBERLY L (OCC) |
| **Subject:** | 70B01C22F00000953 -- Suspension |

[EXTERNAL]

In accordance with FAR 52.242-14, titled "Suspension of Work," you are hereby directed to suspend all work associated with the Subject referenced contract. This suspension is a result of the March 8, 2024, preliminary injunction issued by the United States District Court for the Southern District of Texas in *The General Land Office of the State of Texas, et al., v. Joseph R. Biden, et al.,* 7:21-CV-00272.

In accordance with the preliminary injunction, and effective as of this notice, you must suspend all work to include all subcontractors work immediately and are hereby restricted from incurring any additional costs.  This suspension of work notification includes, but is not limited to procurement, invoicing, design, administrative actions, construction, or any other work in furtherance of the contract.

"Invoices cannot be processed for payment for suspended work at this time as a result of the March 8, 2024, preliminary injunction.

The Suspension of Work is effective immediately. As the Contracting Officer, I will contact you further regarding this suspension and the status of this contract as soon as information is available.

If you have any questions regarding this notification, please contact the undersigned at email  john.p.callahan@cbp.dhs.gov.


Thank you,
John Callahan
Contract Specialist

//signed//
Jacob J. Burns
Contracting Officer
Director, AFCD
Procurement Directorate
Office of Acquisition
US Customs & Border Protection


[EXTERNAL EMAIL NOTICE]: This message was sent from outside of the company. Please do not click links or open attachments unless you recognize the source of this email and know

EXHIBIT 1

the content is safe. Please forward all suspicious emails to phish-alert@strlco.com or use the Phish Alert button in Outlook. **Original Sender:** JOHN.P.CALLAHAN@CBP.DHS.GOV

EXHIBIT 1