| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NUMBER 70B01C22Q000001119 | 2. TYPE OF SOLICITATION ☐ SEALED BID *(IFB)* ☒ NEGOTIATED *(RFP)* | 3. DATE ISSUED 06/29/2022 | PAGE OF PAGES 1 of 2 |
|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NUMBER 70B01C22F00000953/HSBP1017D00020 | 5. REQUISITION/PURCHASE REQUEST NUMBER 20132815 | 6. PROJECT NUMBER |
|---|---|---|

| 7. ISSUED BY | CODE | 8. ADDRESS OFFER TO |
|---|---|---|
| Customs and Border Protection (CBP) John Callahan 6650 Telecom Drive, Ste. 100 Indianapolis, IN 46072 | | Customs and Border Protection (CBP) John Callahan 6650 Telecom Drive, Ste. 100 Indianapolis, IN 46072 |

| 9. FOR INFORMATION EMAIL: | a. NAME John Callahan | b. EMAIL ADDRESS: john.p.callahan@cbp.dhs.gov |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying number, date)*

**SEE 70B01C22Q00000119 RFQ SOLICITATION DOCUMENTS FOR THE EL PASO INFRASTRUCTURE COMPLETION DESIGN-BUILD CONSTRUCTION PROJECT ISSUED UNDER THE IDIQ CONTRACTS AWARDED UNDER HSBP1017R0022.**

1. Proposals shall be sent by email to: john.p.callahan@cbp.dhs.gov.

2. The Bid Bond will be submitted with contractor quote, by email and not mailed in.

11. The contractor shall begin performance within ___1___ calendar days and complete it within ___*___ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory ☐ negotiable. *(See _ * See "Continuation of Standard Form 1442"*

| 12a. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES", indicate within how many calendar days after award in Item 12b.)* ☒ YES ☐ NO | 12b. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

a. Sealed offers in original and _____ copies to perform the work required are due at the place specified in Item 8 by _____ *(hour)* local time _____ *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

b. An offer guarantee ☒ is, ☐ is not required.

c. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

d. Offers providing less than ___120___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

STANDARD FORM 1442 (REV. 8/2014)
Prescribed by GSA -FAR (48 CFR) 53.236-1(d)

EXHIBIT 3

OFFER (Must be fully completed by offeror)

**14. NAME AND ADDRESS OF OFFEROR** (Include ZIP Code)

Texas Sterling Construction Co.
20810 Fernbush
Houston, Texas 77073

DUNS & Tax ID: 084958933 / 760694776

CODE _____   FACILITY CODE _____

**15. TELEPHONE NUMBER** (Include area code)
281-821-9091

**16. REMITTANCE ADDRESS** (Include only if different than Item 14)

**17.** The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13d. Failure to insert any number means the offeror accepts the minimum in Item 13d.)

AMOUNTS ► SEE ATTACHMENT #1 - PRICING SCHEDULE

**18.** The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)

| AMENDMENT NUMBER | A01 | A02 | A03 | | | | |
|---|---|---|---|---|---|---|---|
| DATE | 7/15/22 | 7/25/22 | 7/29/22 | | | | |

**20a. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** (Type or print)
Tim Creson / President

**20b. SIGNATURE**
/s/ Tim Creson

**20c. OFFER DATE**
8/01/2022

---

**AWARD (To be completed by Government)**

**21. ITEMS ACCEPTED:**
All Line Items on Attachment #1 Pricing Schedule 001-0003 and 1001-1003.

**22. AMOUNT**
$20,131,000.00

**23. ACCOUNTING AND APPROPRIATION DATA**
See Attachment A

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN** (4 copies unless otherwise specified) ► ITEM

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**
☐ 10 U.S.C. 2304(c) (   )   ☐ 41 U.S.C. 3304(a) (   )

**26. ADMINISTERED BY**
See Block 7

**27. PAYMENT WILL BE MADE BY**
See Payment and IPP clauses

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

☐ **28. NEGOTIATED AGREEMENT** (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ **29. AWARD** (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

**30a. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** (Type or print)

**31a. NAME OF CONTRACTING OFFICER** (Type or print)
John P. Callahan

**30b. SIGNATURE**   **30c. DATE**

**31b. UNITED STATES OF AMERICA**
BY JOHN P CALLAHAN
Digitally signed by JOHN P CALLAHAN
Date: 2022.09.01 21:44:25 -04'00'

**31c. DATE**

STANDARD FORM 1442 (REV. 8/2014) BACK

EXHIBIT 3

**ATTACHMENT #1 – PRICING SCHEDULE**
**DHS-CBP El Paso Sector**
**EPT 16-3 & 5 Infrastructure Completion Design Build Construction Project**
**Contract Line Item Pricing Schedule**

| CLIN # | Description | Qty. | Unit/Issue | Total Price |
|---|---|---|---|---|
|  | El Paso (EPT) Zones 1 & 2:  The Contractor shall furnish/provide all labor, equipment, etc. necessary to meet the requirement of Gaps and Gates Completion, Environmental Requirements, Design, and Construction as detailed in this Solicitation, the Statement of Work (SOW) and all Attachments. |  |  |  |
| 0001 | Base Line Item: Design | 1 | Job | $ 463,000.00 |
| 0002 | Base Line Item: Construction | 1 | Job | $ 12,668,000.00 |
| 0003 | Base Line Item:  Material Costs in excess of Government Furnished Material (GFM) | 1 | Job | $ 930,000.00 |
|  | Optional EPT Zones 1 & 2:  The Contractor shall furnish/provide all labor, equipment, etc. necessary to meet the requirement of Legacy Fence Removal and Bollard Panel Completion as detailed in this Solicitation, SOW, and all Attachments |  |  |  |
| 1001 | Option Line Item: Complete Legacy Fence Removal Work | 1 | Job | $ 1,540,000.00 |
| 1002 | *Option Line Item:  Bollard Panel Completion | 10 | Miles | NTE: $ 2,980,000.00 |
| 1003 | *Option Line Item: Material Costs in excess of GFM to Bollard Panel Completion | 10 | Miles | NTE: $ 1,550,000.00 |
| Total Price for All Base Line Items (CLIN 0001 - 0003) | | $ 14,061,000.00 | | |
| Total Price for All Option Line Items (CLIN 1001-1003) | | $ 6,070,000.00 | | |
| **Total Price for Base and All Option Line Items** | | | | $ 20,131,000.00 |

* The contractor is to price out (firm fixed price) 10 miles of bollard grout filling, connector plate and cap placement installation and materials. After contract award, actual measurements will be taken and the rate (cost) per mile will be applied. The total miles will not exceed 10 per Line Item.

EXHIBIT 3