| | |
|---|---|
| **From:** | CALLAHAN, JOHN P |
| **Sent:** | 2/9/2024 8:14:09 AM |
| **To:** | Chris Cedar; PERALEZ, JOANNE; OLSON, TROY A |
| **Cc:** | CURTIS, IRMA; GRIME, KELLY E (CTR); MARTIN, JENALEE; PENA, CARLOS (CTR); CALLAHAN, JOHN P |
| **Subject:** | 70B01C22F00000953 -- Descoping of Contract Requirements |

[EXTERNAL]

Good Morning,

You are thereby instructed to cease all activities on the El Paso 16-3 and 5 project, Contact Number 70B01C22F00000953, on all remaining work in the contract that has not been completed with the exception of the placement concrete pedestal pads and bollards bases at the Grijalya C, No-Name, CC-Bills, TJ, Tornillo POE , Rock Pile Up, Rock Pile Down,  Henderson and Sherman Gates.

The concrete pedestal pads and bollards bases pads are to be completed by COB Feb 9, 2024.

All completed junction boxes, bollard posts, gate openers, and related electrical equipment and any remaining unused GFM should be transported to the CBP laydown yard located at the Faben's  CBP laydown yard located at **31.522875, -106.125397** , Fabens Road in El Paso County by February 16 , 2024. Coordination for this transfer shall be done with COR (Ms. Joanne Peralez).

The Contractor shall coordinate with the COR a date to inspect all completed work since the most recent invoice. The inspection shall be completed by February 16, 2024.

The Contractor shall demobilize all project equipment and temporary facilities by February 16, 2024 or upon final inspection approval.

All  Closeout  Submittals  including:  As-Built  Drawings;  Record  Drawings;  As-Built  Record  of Equipment and Materials; Final Approved Shop Drawings; Construction Contract Specifications shall be submitted by March 8, 2023.

The contractor is to provide a credit proposal for the above actions as soon as possible.

If you have any questions, please email ALL person on this email group.

The contractor is to reply to this email thus, acknowledging it's direction.

Thank you,
John Callahan
CO

EXHIBIT 4

**[EXTERNAL EMAIL NOTICE]:** This message was sent from outside of the company. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe. Please forward all suspicious emails to phish-alert@strlco.com or use the Phish Alert button in Outlook. **Original Sender:** JOHN.P.CALLAHAN@CBP.DHS.GOV

EXHIBIT 4