**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| The General Land Office of the State of Texas, and George P. Bush, *in his official capacity as Commissioner of the Texas General Land Office,*<br>Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No.: 7:21-CV-00272 |
| Joseph R. Biden, *in his official capacity as President of the United States of America;* United States Dept. of Homeland Security; and Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security,*<br>Defendants. | ) ) ) ) ) ) ) ) ) | |
| The State of Missouri; and the State of Texas,<br>Plaintiffs, | ) ) ) ) | |
| v. | ) ) | Civil Action No.: 7:21-CV-00420 |
| Joseph R. Biden, *in his official capacity as President of the United States of America;* The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security;* Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Texas Sterling Construction Co.<br>Plaintiff-Intervenor, | ) ) ) ) | |
| v. | ) ) ) | Civil Action No.: _____ |

Joseph R. Biden, *in his official capacity as* )
*President of the United States of America;* )
The United States of America; Alejandro )
Mayorkas, *in his official capacity as* )
*Secretary of the United States Dept. of* )
*Homeland Security;* Troy Miller, *in his* )
*official capacity as Acting Commissioner* )
*of the United States Border Protection*; and )
United States Customs and Border )
Protection, )

## **ORDER**

Pending before this Court is Texas Sterling Construction Co.'s First Amended Motion to Intervene (Dkt. No. 172). After reviewing the Motion, the Response, the record, and applicable law, the Court is of the opinion that it should be granted.

It is SO ORDERED.

Signed this _____ day of _____, 2024.

_____
**Drew B. Tipton**
**UNITED STATES DISTRICT JUDGE**