United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 7:21-cv-00272 |

### [Proposed] ORDER

Pending before the Court is the parties' joint motion for an extension of time. After reviewing the motion, the record, and the applicable law, the Court is of the opinion that the motion should be **GRANTED**.

1

The deadline for Plaintiffs to file a consolidated response to all pending motions to intervene is **May 10, 2024**. The deadline for Defendants to file a consolidated response to all pending motions to intervene is **May 10, 2024**.

Signed this 29th of April, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE