
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 7:21-cv-00272 |

**PLAINTIFFS AND DEFENDANTS' JOINT NOTICE OF DISCOVERY AGREEMENT**

    Plaintiffs and Defendants jointly notify the Court that they reached agreement on the discovery that will be provided by Defendants to Plaintiffs regarding

Defendants' ongoing activities under and pursuant to the Court's preliminary injunction (and forthcoming permanent injunction).

During the March 28, 2024 hearing, the Court acknowledged that, "what is subject to the injunction I think, obviously, needs to have at least a review at least at some high level." Tr. at 31. The Court also encouraged counsel to work out a reasonable discovery expectation.

The parties have consulted in good faith and done that. Defendants will provide bimonthly (every two months) updates to counsel for Plaintiffs beginning July 1, 2024, and continuing through October 1, 2025 (*i.e.*, the end of the obligation period for the FY21 funds). The updates shall include:

- The date of the contract award;
- The amount of the contract award;
- A description of how the work is consistent with the court's injunction;
- Award ID (PIID, FAN, or URI);
- Identification of the recipient (Name, UEI, or Legacy DUNS); and
- Location (Sector).

*–Remainder of page left intentionally blank–*

| | |
|---|---|
| Date: April 30, 2024 | Respectfully submitted, |
| ANDREW BAILEY<br>Attorney General of Missouri | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| /s/ *Joshua M. Divine*<br>JOSHUA M. DIVINE, #69875MO<br>Solicitor General<br>*Attorney-in-Charge*<br>Southern Dist. of Texas Bar No. 3833606 | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>/s/ *Andrew I. Warden*<br>ANDREW I. WARDEN (IN Bar #23840-49)<br>Senior Trial Counsel |
| SAMUEL FREEDLUND, #73707MO*<br>Deputy Solicitor General | MICHAEL J. GERARDI<br>(D.C. Bar #1017949)<br>Trial Attorney / Attorney-in-Charge |
| OFFICE OF THE ATTORNEY GENERAL<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, Missouri 65102<br>Tel. (573) 751-1800<br>Fax (573) 751-0774<br>josh.divine@ago.mo.gov<br>samuel.freedlund@ago.mo.gov | U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW, No. 7506<br>Washington, D.C. 20005<br>Tel: (202) 616-5084<br>Fax: (202) 616-8470<br>E-mail: Andrew.Warden@usdoj.gov<br><br>ALAMDAR S. HAMDANI<br>United States Attorney |
| *Counsel for Plaintiff*<br>*State of Missouri* | /s/ *Daniel D. Hu*<br>DANIEL D. HU<br>Chief, Civil Division<br>Assistant United States Attorney<br>Southern District No. 7959 |
| *Admitted *pro hac vice* | |

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

/s/ *Ryan D. Walters*
RYAN D. WALTERS
*Attorney-in-Charge*
Chief, Special Litigation Division
Texas Bar No. 24105085
Southern Dist. of Texas Bar No. 3369185

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
ryan.walters@oag.texas.gov

*Counsel for Plaintiff State of Texas*

/s/ *Austin R. Nimocks*
AUSTIN R. NIMOCKS
*Attorney-in-Charge*

Texas Bar No. 24002695
S.D. Tex. Bar No. 2972032
austin@pntlawfirm.com

Christopher L. Peele
Of Counsel
Texas Bar No. 24013308
S.D. Tex. Bar No. 31519
chris@pntlawfirm.com

Peele | Nimocks | Toth
6836 Bee Caves Rd. Bldg. 3, Ste. 201
Austin, TX 78746
Phone: (512) 522-4893

*Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.*

## CERTIFICATE OF SERVICE

I certify that on April 30, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, all consistent with Federal Rule of Civil Procedure 5(b).

<div style="text-align:right">

/s/ *Austin R. Nimocks*
Austin R. Nimocks

</div>