UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>      Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>      Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>      Defendants. | No. 7:21-cv-00272 |

**UNOPPOSED JOINT MOTION TO EXCEED WORD LIMIT FOR CONSOLIDATED RESPONSES TO THE MOTIONS TO INTERVENE**

Plaintiffs and Defendants jointly request permission exceed the Court's word limit for their respective responses to the pending motions to intervene. The Court has established a deadline of Friday, May 10, 2024, for Plaintiffs and Defendants to respond to five pending motions to intervene. *See* ECF No. 178. Plaintiffs and Defendants intend to file separate

omnibus responses to the pending motions. To facilitate the efficient presentation of the facts and arguments in single briefs responsive to all five motions, Plaintiffs and Defendants respectfully request permission to file briefs of no more than 8,000 words. The proposed intervenors will not be prejudiced by this request. The requested extension is significantly less than the 25,000 total words that Plaintiffs and Defendants would be allotted under the Court's procedures if they filed separate briefs of 5,000 words in response to each motion to intervene. *See* Court Procedures Rule 16.c.

Diamond A Ranch, Sierra Club, and Texas Sterling do not object to the requested word-limit extension. Southern Border Constructions and RKE Contractors take no position on the motion.

For the foregoing reasons, the Court should grant Plaintiffs and Defendants' requested word-limit extension. A proposed order is attached.

| | |
|---|---|
| Date: May 8, 2024 | Respectfully submitted, |

ANDREW BAILEY
Attorney General of Missouri

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, #69875MO
Solicitor General
*Attorney-in-Charge*
Southern Dist. of Texas Bar No. 3833606

SAMUEL FREEDLUND, #73707MO*
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building 207
West High Street
P.O. Box 899
Jefferson City, Missouri 65102 Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov
samuel.freedlund@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

   *Admitted *pro hac vice*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar #23840-49)
Senior Trial Counsel
MICHAEL J. GERARDI
(D.C. Bar #1017949)
Trial Attorney / Attorney-in-Charge
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, No. 7506
Washington, D.C. 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov

ALAMDAR S. HAMDANI
United States Attorney

/s/ *Daniel D. Hu*
DANIEL D. HU
Chief, Civil Division
Assistant United States Attorney
Southern District No. 7959

3

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>RALPH MOLINA<br>Deputy Attorney General for Legal Strategy<br><br>/s/ Ryan D. Walters<br>RYAN D. WALTERS<br>*Attorney-in-Charge*<br>Chief, Special Litigation Division<br>Texas Bar No. 24105085<br>Southern Dist. of Texas Bar No. 3369185<br><br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 936-0545<br>ryan.walters@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* | /s/ *Austin R. Nimocks*<br>AUSTIN R. NIMOCKS<br>*Attorney-in-Charge*<br><br>Texas Bar No. 24002695<br>S.D. Tex. Bar No. 2972032<br>austin@peelenimocks.com<br><br>Christopher L. Peele<br>Of Counsel<br>Texas Bar No. 24013308<br>S.D. Tex. Bar No. 31519<br>chris@peelenimocks.com<br><br>Peele \| Nimocks \| Toth<br>6836 Bee Caves Rd. Bldg. 3, Ste. 201<br>Austin, TX 78746<br>Phone: (512) 522-4893<br><br>*Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.* |

**CERTIFICATE OF WORD COUNT**

I certify that the foregoing document contains 194 words, exclusive of matters designated for omission, as counted by Microsoft Word.

/s/ *Andrew I. Warden*
ANDREW I. WARDEN

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2024, I electronically filed a copy of the foregoing motion. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Andrew I. Warden*
ANDREW I. WARDEN

**CERTIFICATE OF CONFERRAL**

I hereby certify that on May 8, 2024, I sent an email to counsel for the five proposed intervenors requesting their position on the relief sought in this motion. Diamond A Ranch, Sierra Club, Texas Sterling do not object to the requested word limit extension. Southern Border Constructions and RKE Contractors take no position on the motion.