United States District Court
Southern District of Texas
**ENTERED**
May 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>    Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>    Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**ORDER**

  Pending before the Court is Plaintiffs and Defendants' unopposed joint motion to exceed the Court's word limit for their respective responses to the pending motions to intervene. After reviewing the motion, the record and the applicable law, the Court is of the opinion that the motion should be GRANTED.

It is hereby ORDERED that Plaintiffs and Defendants shall each submit an omnibus brief of no more than 8,000 words in response to the motions to intervene.

It is SO ORDERED.

Signed this 8th of May, 2024.

*Drew B Tipton*
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE