**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>                    Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>                    Defendants. | Civil Action No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

<u>**ORDER**</u>

Five motions to intervene are pending before the Court.  *See* ECF Nos. 148, 149, 154, 167, 172.  After reviewing the motions, the responses by Plaintiffs and Defendants, the record and the applicable law, the Court is of the opinion that the motions should be DENIED.

It is SO ORDERED.

Signed this ____ of _____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE