# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| The General Land Office of the State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Dept. of Homeland Security; and Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*, <br><br> Defendants. | Civil Action No.: 7:21-CV-00272 |
| ----------------- | |
| The State of Missouri; and the State of Texas, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden, *in his official capacity as President of the United States of America*; et al., <br><br> Defendants. <br><br> Posillico Civil Inc. Coastal Environmental Group Inc. dba Southern Border Constructors, and Randy Kinder Excavating, Inc., *doing business as* RKE Contractors, <br><br> Plaintiffs-Intervenors, <br><br> v. | Civil Action No. 7:21-CV-00420 |

| | |
|---|---|
| Joseph R. Biden, *in his official capacity as President of the United States of America*; The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*; United States Dept. of Homeland Security; Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**POSILLICO CIVIL INC. COASTAL ENVIRONMENTAL GROUP INC.** *doing business as* **SOUTHERN BORDER CONSTRUCTORS and RANDY KINDER EXCAVATING INC.** *doing business as* **RKE CONTRACTORS' UNOPPOSED JOINT MOTION FOR AN EXTENSION OF TIME TO REPLY TO THE OPPOSITIONS TO THEIR MOTIONS TO INTERVENE AND TO EXCEED WORD LIMIT FOR CONSOLIDATED REPLIES TO THE MOTIONS TO INTERVENE**

  Posillico Civil Inc. Coastal Environmental Group Inc. d/b/a Southern Border Constructors and Randy Kinder Excavating, Inc., d/b/a RKE Contractors ("Intervenors") jointly move for the Court to extend the deadline for Intervenors to reply to the Plaintiffs' and Defendants' Oppositions to their motions to intervene until May 24, 2024; to allow them to each file unified replies to the Oppositions; and to increase the word limit for their respective unified replies to 3,000 words. In support of their joint motion, the parties state as follows:

  1. On March 8, 2024, the Court entered an order granting in part Plaintiffs' Motion for Preliminary Injunction. ECF No. 128.

2. Some twenty days later, the Federal Government sent a letter to the Intervenors terminating contract settlement negotiations in reliance on this Court's Preliminary Injunction.

3. On April 8 and 9, respectively, Intervenors filed their motion to intervene. *See* ECF Nos. 148–49.

4. The current plaintiffs and defendants jointly moved the Court set a deadline of May 10, 2024, for Plaintiffs and Defendants to each file consolidated responses to all outstanding motions to intervene. ECF No. 175.

5. The putative intervenors did not oppose that motion.

6. The Court granted that motion. ECF No. 178.

7. Then, the current plaintiffs and defendants moved the Court for an extension of the word limit for their respective responses. ECF No. 182.

8. The Intervenors took no position on that motion.

9. The Court granted that motion, too. ECF No. 184.

10. Given the complexity and length of the omnibus responses filed by the current plaintiffs and defendants, Intervenors request an extension of one week, or until May 24, 2024, to reply to the responses.

11. Also like the current plaintiffs and defendants, the Intervenors would like to each file a singular omnibus reply to the two responses in opposition, rather than each file two separate replies to the two responses.

12. Under the Court's rules, the Intervenors would be entitled to file separate 2000 word replies to each of the parties' respective responses.

13. Allowing the Intervenors to instead file a unified, longer reply would allow the Intervenors to efficiently address overlap between the current parties' positions and decrease the volume of briefing before the Court.

14. Consequently, the Intervenors request permission to each file one unified reply to the parties' respective responses and a concomitant increase in their replies' respective word limits from 2000 words to 3000 words.

15. The Intervenors have communicated their intent to seek the relief sought in their motion to the current parties and the other putative intervenors. No party objects to the relief sought.

16. A proposed order granting the parties' joint motion is attached as Exhibit 1.

## CONCLUSION

For the foregoing reasons, the parties respectfully move the Court to allow the Intervenors to each file a consolidated reply of 3000 words to the present parties' responses in opposition , and to extend the deadline for those replies until May 24, 2024.

Respectfully submitted, this 14th day of May, 2024.

                                      /s/    Scott Burnett Smith
Scott Burnett Smith
Texas State Bar No. 24119040
Southern District of Texas Bar No. 2923954
Telephone: (256) 517-5198
Facsimile: (256) 517-5298
Email: ssmith@bradley.com

4

**Attorney-In-Charge for POSILLICO CIVIL INC. COASTAL ENVIRONMENTAL GROUP INC. dba SOUTHERN BORDER CONSTRUCTORS and**
**RANDY KINDER EXCAVATING, INC.** *doing business as* **RKE CONTRACTORS.**

Of Counsel:

BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue W Suite 900
Huntsville, AL 35801
Telephone: (256) 517-5100
Facsimile:  (256) 517-5200

### CERTIFICATE OF COMPLIANCE

I certify that the foregoing document contains 492 words, exclusive of matters designated for omission, as counted by Microsoft Word.

*/s/ Scott Burnett Smith*
Scott Burnett Smith

### CERTIFICATE OF SERVICE

I certify that on May 14th 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, all consistent with Federal Rule of Civil Procedure 5(b).

*/s/ Scott Burnett Smith*
Scott Burnett Smith