UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., | § § § | |
| **Plaintiffs,** | § § § | |
| v. | § § | **Civil Action No. 7:21-CV-00272** |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., | § § § § | |
| **Defendants.** | § § § | |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, | § § § | |
| **Plaintiffs,** | § § § | |
| v. | § § | **Civil Action No. 7:21-CV-00420 (formerly No. 6:21-cv-00052)** |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., | § § § § | |
| **Defendants.** | § § § | |

**UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR CONSOLIDATED REPLY IN SUPPORT OF SIERRA CLUB AND SOUTHERN BORDER COMMUNITIES COALITION'S MOTION TO INTERVENE**

Proposed Defendants-Intervenors, Sierra Club, and Southern Border Communities

Coalition (collectively, "Sierra Club Intervenors" or "Proposed Intervenors") filed a motion to

intervene in this case on April 19, 2024. ECF No. 167. The parties filed responses on May 10,

2024, ECF Nos. 184, 185, with each brief extended to 8,000 words. ECF No. 178. According to

the Court's procedures, Sierra Club Intervenors' reply to the parties' responses is due on May 17,

2024. *See* Court Procedures Rule 16.c. Sierra Club Intervenors intend to respond to the

Plaintiffs' and Defendants' responses in one consolidated reply of no more than 3,500 words.

The parties will not be prejudiced by this request, and they do not object to the requested word-

limit extension. Similarly, proposed intervenors Diamond A. Ranch, Texas Sterling, Southern

Border Constructions, and RKE Contractors do not object to the asked for word-limit extension.

The Court should grant Sierra Club Intervenors' requested word-limit extension for the

preceding reasons. A proposed order is attached.

Date: May 15, 2024                                    Respectfully submitted,

                                                      /s/ *David Donatti*
                                                        Counsel for Proposed Defendants-
                                                        Intervenors Sierra Club and Southern
                                                        Border Communities Coalition

                                                      David A. Donatti (Bar No. 24097612)
                                                      Adriana C. Piñon (Bar No. 24089768)
                                                      AMERICAN CIVIL LIBERTIES
                                                      UNION OF TEXAS
                                                      P.O. Box 8306
                                                      Houston, TX 77288
                                                      Telephone: (713) 942-8146
                                                      ddonatti@aclutx.org
                                                      apinon@aclutx.org

                                                      Cecillia D. Wang*
                                                      My Khanh Ngo*
                                                      AMERICAN CIVIL LIBERTIES
                                                      UNION FOUNDATION
                                                      425 California Street, Suite 700
                                                      San Francisco, CA 94104
                                                      Telephone: (415) 343-0775
                                                      cwang@aclu.org
                                                      mngo@aclu.org

                                                      Gloria D. Smith**
                                                      SIERRA CLUB ENVIRONMENTAL
                                                      LAW PROGRAM
                                                      2102 Webster Street, Suite 1300
                                                      Oakland, CA 94612

2

Telephone: (415) 977-5532
gloria.smith@sierraclub.org

Ricardo A. Garza***
Texas State Bar No. 24109912
SDTX Bar No. 3336127
Border Policy Counsel
Southern Border Communities Coalition
Alliance San Diego
P.O. Box 2436
McAllen, TX 78502
(956) 605-5917
ricky@alliancesd.org

*Pro hac vice* application submitted
**Attorney for Proposed Defendant-
Intervenor Sierra Club only
***Attorney for Proposed Defendant-
Intervenor Southern Border Communities
Coalition only

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 15, 2024, I communicated with counsel for Defendants, Plaintiffs, and all other proposed intervenors in this action to request their position on the relief sought in this motion. All parties and proposed intervenors consent to this motion.

/s/ *David Donatti*
David Donatti

**CERTIFICATE OF WORD COUNT**

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 160, as counted by Microsoft Word.

/s/ *David Donatti*
David Donatti

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2024, I electronically filed a copy of the foregoing motion. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *David Donatti*
David Donatti