United States District Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| The General Land Office of the State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Dept. of Homeland Security; and Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*, <br><br> Defendants. | Civil Action No.: 7:21-CV-00272 |
| ----------------- | |
| The State of Missouri; and the State of Texas, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden, *in his official capacity as President of the United States of America*; et al., <br><br> Defendants. <br><br> Posillico Civil Inc. Coastal Environmental Group Inc. dba Southern Border Constructors, and Randy Kinder Excavating, Inc., *doing business as* RKE Contractors, <br><br> Plaintiffs-Intervenors, <br><br> v. | Civil Action No. 7:21-CV-00420 |

Joseph R. Biden, *in his official capacity as President of the United States of America;* The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security;* United States Dept. of Homeland Security; Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection;* and United States Customs and Border Protection,

    Defendants.

## ORDER

Pending before the Court is the Intervenors' joint motion for an extension of time; to each file a unified reply; and to exceed the word limit for those replies. After reviewing the motion, the record, and the applicable law, the court is of the opinion that the motion should be GRANTED.

It is hereby ORDERED that the deadline for the Intervenors to each file a consolidated reply to the Plaintiffs' and Defendants' Opposition to their motions to intervene is extended to May 24, 2024.

It is further ORDERED that Intervenors may each submit an omnibus reply brief of no more than 3,000 words in response to the Oppositions to Motions to Intervene. It is SO ORDERED.

Signed this __16th__ day of May, 2024.

                                                    DREW B. TIPTON
                                                  UNITED STATES DISTRICT JUDGE