United States District Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., §§§§§<br><br>**Plaintiffs,**<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,<br><br>**Defendants.** | **Civil Action No. 7:21-CV-00272** |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br><br>**Plaintiffs,**<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,<br><br>**Defendants.** | **Civil Action No. 7:21-CV-00420**<br>**(formerly No. 6:21-cv-00052)** |

## ORDER

Pending before the Court is the Motion to Exceed Word Limit For Consolidated Reply in Support of their Motion to Intervene filed by Sierra Club and Southern Border Communities Coalition. (ECF No. 190). After reviewing the Motion, the record and the applicable law, the Court hereby GRANTS THE MOTION TO EXCEED WORD LIMIT.

It is SO ORDERED.

Signed this   16th  day of       May          , 2024.

                                         *Drew B Tipton*
                                        **HONORABLE DREW B. TIPTON**
                                        **UNITED STATES DISTRICT JUDGE**