UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,<br><br>**Defendants.** | § § § § § § § § § § § § | Civil Action No. 7:21-CV-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br><br>**Plaintiffs,**<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,<br><br>**Defendants.** | § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00420<br>**(formerly No. 6:21-cv-00052)** |

**[PROPOSED] ORDER**

Pending before the Court is the Motion to Exceed Word Limit For Consolidated Reply in Support of their Motion to Intervene filed by Diamond A Ranch, Western Division L.L.C. and Guadalupe Ranch Corporation (together, "the Ranch"). (ECF No. __). After reviewing the Motion, the record and the applicable law, the Court hereby GRANTS THE MOTION TO EXCEED WORD LIMIT.

It is SO ORDERED.

Signed this ___ day of _____, 2024.

                                          **HONORABLE DREW B. TIPTON**
                                          **UNITED STATES DISTRICT JUDGE**