United States District Court
Southern District of Texas

**ENTERED**

May 17, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land Office of Texas; George P. Bush |
|---|

| *versus* |
|---|

| Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gloria D. Smith<br>Sierra Club Environmental Law Program<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>(415) 977-5532; gloria.smith@sierraclub.org<br>California #200824<br>9th Cir. Court of Appeals, N.D. Cal., S.D. Cal. |
|---|---|

| Name of party applicant seeks to appear for: | Sierra Club |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __ No ___ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/22/2024 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:   Eligible to Practice |
|---|
| Dated: 4/23/2024 | Clerk's signature   *Jennifer Nogueira* |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: May 17, 2024          _____
                                                United States District Judge