United States District Court
Southern District of Texas

**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

The General Land Office of the State of Texas; George P. Bush

*versus*

Joseph R. Biden; US Dep't of Homeland Security; Alejandro Mayorkas

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | My Khanh Ngo<br>American Civil Liberties Union Foundation<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>(415) 343-0775; mngo@aclu.org<br>California #317817 |

| Name of party applicant seeks to appear for: | Sierra Club and Southern Border Communities Coalition |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/22/2024 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 4/23/2024 | Clerk's signature: *Jennifer Nogueira* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: May 17, 2024

_____
*Drew B. Tipton*
United States District Judge