IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| The General Land Office of the State of Texas, and George P. Bush, *in his official capacity as Commissioner of the Texas General Land Office*,<br>    Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, *in his official capacity as President of the United States of America*; United States Dept. of Homeland Security; and Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*,<br>    Defendants.<br><br>-----------------<br><br>The State of Missouri; and the State of Texas,<br>    Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, *in his official capacity as President of the United States of America*; The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*; United States Dept. of Homeland Security; Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection,<br>    Defendants.<br><br>Posillico Civil Inc. Coastal Environmental Group Inc., *a joint* | No. 7:21-cv-00272<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 7:21-cv-00420 |

|  |  |
|---|---|
| *venture doing business as* Southern Border Constructors,<br>　　　Plaintiffs-Intervenors,<br><br>v.<br><br>Joseph R. Biden, *in his official capacity as President of the United States of America*; The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*; United States Dept. of Homeland Security; Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **UNOPPOSED MOTION TO WITHDRAW**

Comes now Sarah S. Osborne of the law firm of Bradley Arant Boult Cummings, LLP ("Bradley"), and hereby moves the Court to allow her withdrawal as counsel of record for Intervenors, Posillico Civil Inc. Coastal Environmental Group Inc. *doing business as* Southern Border Constructors and Randy Kinder Excavating Inc. dba RKE Contractors in the above-styled action. As grounds for this motion, movant states that she is leaving her employment with Bradley, Intervenors' current counsel. Intervenors will not be prejudiced by the withdrawal,

as Intervenors continue to be represented by Scott Burnett Smith, Aron C. Beezley and R. Sumner Fortenberry of Bradley.

WHEREFORE, premises considered, Sarah S. Osborne respectfully moves the Court to allow her withdrawal as counsel of record in the above-styled action.

Respectfully submitted,

/s/ Sarah S. Osborne
Sarah S. Osborne

OF COUNSEL:
Bradley Arant Boult Cummings LLP
200 Clinton Avenue
Huntsville, AL  35801
Phone: (256) 517-5100
sosborne@bradley.com

*Counsel for Intervenors,*
*Posillico Civil Inc. Coastal Environmental*
*Group Inc. doing business as Southern*
*Border Constructors and Randy Kinder*
*Excavating Inc. dba RKE Contractors*

## CERTIFICATE OF CONFERENCE

I certify that on May 17, 2024, counsel for SBC and RKE contacted by email counsel of record for each party to this action. Counsel for GLO, Defendants, Diamond A Ranch, Sterling Construction, and Sierra Club/SBCC affirmatively indicated no objection to this motion.

/s/ Sarah S. Osborne
Of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF system and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, all consistent with Federal Rule of Civil Procedure 5(b).

/s/ Sarah S. Osborne
Of Counsel