United States District Court
Southern District of Texas

**ENTERED**

May 17, 2024

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **Civil Action No. 7:21-CV-00272** |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., | § § § § § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **Civil Action No. 7:21-CV-00420 (formerly No. 6:21-cv-00052)** |
| JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., | § § § § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is the Motion to Exceed Word Limit For Consolidated Reply in Support of their Motion to Intervene filed by Diamond A Ranch, Western Division L.L.C. and Guadalupe Ranch Corporation (together, "the Ranch"). (ECF No. __193__) After reviewing the Motion, the record and the applicable law, the Court hereby GRANTS THE MOTION TO EXCEED WORD LIMIT.

It is SO ORDERED.

Signed this 17th day of _____ May _____, 2024.

**HONORABLE DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**