United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| The General Land Office of the State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Dept. of Homeland Security; and Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*, <br><br> Defendants. <br> ----------------- <br><br> The State of Missouri; and the State of Texas, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden, *in his official capacity as President of the United States of America*; <br><br> Defendants. <br><br> Posillico Civil Inc. Coastal Environmental Group Inc., *a joint venture doing business as* Southern Border Constructors, <br><br> Plaintiffs-Intervenors, <br><br> v. <br><br> Joseph R. Biden, *in his official capacity as President of the United States of America*; | No. 7:21-cv-00272 <br><br><br><br><br><br><br><br><br><br><br><br><br><br> No. 7:21-cv-00420 |

4879-0079-1990.1

| | |
|---|---|
| The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security*; United States Dept. of Homeland Security; Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER MOTION TO WITHDRAW

Pending before the Court is the Motion to Withdraw of Sarah S. Osborne of the law firm of Bradley Arant Boult Cummings, LLP ("Bradley"), as counsel of record for Intervenors, Posillico Civil Inc. Coastal Environmental Group Inc. doing business as Southern Border Constructors and Randy Kinder Excavating Inc. dba RKE Contractors in the above-styled action. After reviewing the Motion, the Court is of the opinion that it should be granted.

It is SO ORDERED.

Signed this __17th__ of _____May_____, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2