DAILY
Case 7:21-cv-00272   Document 188   Filed on 05/22/24 in TXSD   Page 1 of 23
Case 7:21-cv-00272   Document 186   Filed on 05/14/24 in TXSD   Page 1 of 2

AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

*Please Read Instructions:*

| 1. NAME  Annie Mason | 2. PHONE NUMBER  (332) 204-2756 | 3. DATE  5/14/2024 |
|---|---|---|

| 4. DELIVERY ADDRESS OR EMAIL  amason@aclu.org | 5. CITY  New York | 6. STATE  NY | 7. ZIP CODE  10004 |
|---|---|---|---|

| 8. CASE NUMBER  7:21-cv-00272 | 9. JUDGE  Hon. Judge Drew B Tipton | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| | | 10. FROM 4/17/2024 | 11. TO 4/17/2024 |

| 12. CASE NAME  The General Land Office of the State of Texas et al v. Bider | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY McAllen | 14. STATE Texas |

15. ORDER FOR

| [X] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
|---|---|---|---|
| [X] NON-APPEAL | [X] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | | PORTION(S) | DATE(S) |
|---|---|---|---|---|
| [ ] VOIR DIRE | | [ ] | TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | | |
| [ ] OPENING STATEMENT (Defendant) | | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] | PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | | |
| [ ] OPINION OF COURT | | | | |
| [ ] JURY INSTRUCTIONS | | [ ] | OTHER (Specify) | |
| [ ] SENTENCING | | | | |
| [ ] BAIL HEARING | | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-D... | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [X] | NO. OF COPIES  1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE  /s/ Annie Mason | | PROCESSED BY  RICK RODRIGUEZ | |
| 19. DATE  5/14/2024 | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY   TRINITY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

DIGITAL

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (McAllen)**
**CIVIL DOCKET FOR CASE #: 7:21-cv-00272**
**Internal Use Only**

The General Land Office of the State of Texas et al v. Biden et al
Assigned to: Judge Drew B Tipton
Member case:
   7:21-cv-00420
Cause: 05:551 Administrative Procedure Act

Date Filed: 07/13/2021
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**The General Land Office of the State of Texas**

represented by **David Austin R. Nimocks**
Peele Nimocks Toth
The Overlook at Rob Roy
6836 Bee Caves Rd.
Bldg. 3, Ste. 201
Austin, TX 78746
512-522-4893
Email: austin@pntlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
Peele Nimocks Toth
6826 Bee Caves Road
Building III, Suite 201
Austin, TX 78746
512-417-0334
Email: chris@pntlawfirm.com
*ATTORNEY TO BE NOTICED*

**Cory Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.liu@butlersnow.com
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
Law Offices of Donato D. Ramos, PLLC
6721 McPherson Road
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*

*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
Law Offices of Donato D Ramos PLLC
6721 McPherson
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Comissioner Dawn Buckingham, M.D.**          represented by **David Austin R. Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cory Liu**
(See above for address)
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**State of Missouri**          represented by **Dean John Sauer**
James Otis Law Group, LLC
13321 North Forty Outer Road
Suite 300
St. Louis, MO 63017
314-562-0031
Email: John.Sauer@james-otis.com
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maddie McMillian Green**

Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102-0899
573-751-3826
Email: maddie.green@ago.mo.gov
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeff Philip Johnson**
Office of The Missouri Attorney General
815 Olive Street
Suite 200
St. Louis, MO 63101
314-340-7366
Email: jpjohnson@shb.com
*TERMINATED: 11/30/2023*
*ATTORNEY TO BE NOTICED*

**Jesus A Osete**
Bryan Cave Leighton Paisner LLP
221 Bolivar Street
Suite 101
Jefferson City, MO 65101-1574
573-556-6620
Fax: 573-556-6630
Email: jesus.osete@bclplaw.com
*TERMINATED: 05/16/2022*
*PRO HAC VICE*

**Joshua M. Divine**
Office of the Missouri Attorney General
PO Box 899
207 W. High Street
Jefferson City, MO 65101
573-751-8870
Email: josh.divine@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Michael E Talent**
James Otis Law Group, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017
314-313-5285
Email: Michael.Talent@james-otis.com
*TERMINATED: 09/20/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C Freedlund**
Office of The Missouri Attorney General
815 Olive Street

Ste 200
St. Louis, MO 63188
314-340-4869
Email: Samuel.Freedlund@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**State Of Texas**                     represented by **David Austin R. Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Daniel Walters**
Office of the Texas Attorney General
Special Counsel Unit
209 W. 14th Street
7th Floor
Austin, TX 78701
512-936-2714
Email: ryan.walters@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Francis Reitz**
Office of the Attorney General of Texas
209 W. 14th Street
Ste 8th Floor
Austin, TX 78701
512-936-1989
Email: aaron.reitz@oag.texas.gov
*TERMINATED: 06/27/2023*
*ATTORNEY TO BE NOTICED*

**Munera Al-Fuhaid**
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
Mc 009
Austin, TX 78711-2548
512-936-2172
Email: munera.al-fuhaid@oag.texas.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**President Joseph R. Biden**          represented by **Alyssa Marie Iglesias**
US Attorney's Office
1701 W. Business Hwy. 83
Ste. 600
McAllen, TX 78501
956-618-8010
Email: alyssa.iglesias@usdoj.gov

*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
United States Dept of Justice
Civil Division, Federal Programs Breach
1100 L Street NW
Washington, DC 20005
202-616-5084
Email: andrew.warden@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
Office of the US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
Dept of Justice
Civil Div, Fed Programs Branch
1100 L St. NW
Rm. 12212
Washington, DC 20530
202-616-0680
Email: michael.j.gerardi@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Homeland Security**          represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary Alejandro Mayorkas**                    represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Missouri**                    represented by **Dean John Sauer**
*TERMINATED: 08/03/2022*                  (See above for address)
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maddie McMillian Green**
(See above for address)
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesus A Osete**
(See above for address)
*TERMINATED: 05/16/2022*
*PRO HAC VICE*

**Joshua M. Divine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael E Talent**
(See above for address)
*TERMINATED: 09/20/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C Freedlund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

State of Texas
*TERMINATED: 08/03/2022*

      represented by  **Munera Al-Fuhaid**
                     (See above for address)
                     *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**United States Of America**

      represented by  **Alyssa Marie Iglesias**
                     (See above for address)
                     *ATTORNEY TO BE NOTICED*

                     **Andrew Irwin Warden**
                     (See above for address)
                     *PRO HAC VICE*
                     *ATTORNEY TO BE NOTICED*

                     **Daniel David Hu**
                     (See above for address)
                     *ATTORNEY TO BE NOTICED*

                     **Michael Joseph Gerardi**
                     (See above for address)
                     *PRO HAC VICE*
                     *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Troy A. Miller**
*in his official capacity as Acting
Commission of U.S. Customs and Border
Protection*

      represented by  **Andrew Irwin Warden**
                     (See above for address)
                     *PRO HAC VICE*
                     *ATTORNEY TO BE NOTICED*

                     **Michael Joseph Gerardi**
                     (See above for address)
                     *PRO HAC VICE*
                     *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**United States Customs and Border
Protection**

      represented by  **Alyssa Marie Iglesias**
                     (See above for address)
                     *ATTORNEY TO BE NOTICED*

                     **Andrew Irwin Warden**
                     (See above for address)
                     *PRO HAC VICE*
                     *ATTORNEY TO BE NOTICED*

                     **Daniel David Hu**
                     (See above for address)
                     *ATTORNEY TO BE NOTICED*

                     **Michael Joseph Gerardi**
                     (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**POSILLICO CIVIL INC. COASTAL**
**ENVIRONMENTAL GROUP INC.**
**doing business as SOUTHERN**
**BORDER CONSTRUCTORS**

represented by **Scott Burnett Smith**
Bradley Arant Boult Cummings
200 Clinton Ave W
Suite 900
Huntsville, AL 35801
256-517-5100
Fax: 256-517-5200
Email: ssmith@bradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aron Caraway Beezley , I**
Bradley Arant Boult Cummings
1615 L Street, NW
District of Columbia, DC 20036
202-719-8254
Email: abeezley@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rankin Sumner Fortenberry**
Bradley Arant Boult Cummings, LLP
188 E Capitol Street
Ste 1000
Jackson, MS 39201
601-592-9922
Email: sfortenberry@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah S Osborne**
Bradley Arant Boult Cummings
200 Clinton Avenue West
Ste 900
Huntsville, AL 35801
256-517-5127
Fax: 256-517-5227
Email: sosborne@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**Randy Kinder Excavating, Inc., doing**
**business as RKE Contractors**

represented by **Scott Burnett Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aron Caraway Beezley , I**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Rankin Sumner Fortenberry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah S Osborne**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Diamond A Ranch**          represented by  **Larry Richard Veselka**
Steptoe LLP
TX
717 Texas Avenue
Suite 2800
Houston
Houston, TX 77002-2761
713-221-2300
Email: lveselka@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-6402
Email: sbaker@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Western Division L.L.C.**          represented by  **Larry Richard Veselka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Guadalupe Ranch Corporation**          represented by  **Larry Richard Veselka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Texas Sterling Construction Co.**          represented by **Paul Harvey Sanderford**
Sanderford Carroll PC
2110 Birdcreek Dr
Temple, TX 76502
254-773-8311
Fax: 254-773-9175
Email: Paul@txconstructionlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Sierra Club**          represented by **Cecillia D. Wang**
Aclu
Center for Democracy
425 California St
Suite 700
San Francisco, CA 94104
415-343-0775
Email: cwqang@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alexander Donatti**
ACLU Foundation of Texas Inc
5225 Katy Fwy
Ste 350
Houston, TX 77007
713-942-8146
Email: ddonatti@aclutx.org
*ATTORNEY TO BE NOTICED*

**Gloria Smith**
Sierra Club
Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5629
Email: gloria.smith@sierraclub.org
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
American Civil Liberties Union
Foundation
Immigrants' Rights Project
425 California Street
Ste 7th Floor
San Francisco, CA 94104
415-343-0764
Email: mngo@aclu.org
*ATTORNEY TO BE NOTICED*

**Movant**

**Southern Border Communities Coalition**          represented by **Cecillia D. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alexander Donatti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

**Immigration Reform Law Institute**          represented by **Matt A Crapo**
Immigration Reform Law Institute
25 Massachusetts Ave NW
Suite 335
Washington, DC 20001
571-435-3582
Email: mcrapo@irli.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (McAllen)
# CIVIL DOCKET FOR CASE #: 7:21-cv-00272
# Internal Use Only

The General Land Office of the State of Texas et al v. Biden et al
Assigned to: Judge Drew B Tipton
Member case:
   7:21-cv-00420
Cause: 05:551 Administrative Procedure Act

Date Filed: 07/13/2021
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

### Plaintiff

**The General Land Office of the State of
Texas**

represented by **David Austin R. Nimocks**
Peele Nimocks Toth
The Overlook at Rob Roy
6836 Bee Caves Rd.
Bldg. 3, Ste. 201
Austin, TX 78746
512-522-4893
Email: austin@pntlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
Peele Nimocks Toth
6826 Bee Caves Road
Building III, Suite 201
Austin, TX 78746
512-417-0334
Email: chris@pntlawfirm.com
*ATTORNEY TO BE NOTICED*

**Cory Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.liu@butlersnow.com
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
Law Offices of Donato D. Ramos, PLLC
6721 McPherson Road
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*

*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
Law Offices of Donato D Ramos PLLC
6721 McPherson
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Comissioner Dawn Buckingham, M.D.**             represented by  **David Austin R. Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cory Liu**
(See above for address)
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**State of Missouri**             represented by  **Dean John Sauer**
James Otis Law Group, LLC
13321 North Forty Outer Road
Suite 300
St. Louis, MO 63017
314-562-0031
Email: John.Sauer@james-otis.com
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maddie McMillian Green**

Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102-0899
573-751-3826
Email: maddie.green@ago.mo.gov
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeff Philip Johnson**
Office of The Missouri Attorney General
815 Olive Street
Suite 200
St. Louis, MO 63101
314-340-7366
Email: jpjohnson@shb.com
*TERMINATED: 11/30/2023*
*ATTORNEY TO BE NOTICED*

**Jesus A Osete**
Bryan Cave Leighton Paisner LLP
221 Bolivar Street
Suite 101
Jefferson City, MO 65101-1574
573-556-6620
Fax: 573-556-6630
Email: jesus.osete@bclplaw.com
*TERMINATED: 05/16/2022*
*PRO HAC VICE*

**Joshua M. Divine**
Office of the Missouri Attorney General
PO Box 899
207 W. High Street
Jefferson City, MO 65101
573-751-8870
Email: josh.divine@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Michael E Talent**
James Otis Law Group, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017
314-313-5285
Email: Michael.Talent@james-otis.com
*TERMINATED: 09/20/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C Freedlund**
Office of The Missouri Attorney General
815 Olive Street

Ste 200
St. Louis, MO 63188
314-340-4869
Email: Samuel.Freedlund@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**State Of Texas**                represented by **David Austin R. Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Daniel Walters**
Office of the Texas Attorney General
Special Counsel Unit
209 W. 14th Street
7th Floor
Austin, TX 78701
512-936-2714
Email: ryan.walters@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Francis Reitz**
Office of the Attorney General of Texas
209 W. 14th Street
Ste 8th Floor
Austin, TX 78701
512-936-1989
Email: aaron.reitz@oag.texas.gov
*TERMINATED: 06/27/2023*
*ATTORNEY TO BE NOTICED*

**Munera Al-Fuhaid**
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
Mc 009
Austin, TX 78711-2548
512-936-2172
Email: munera.al-fuhaid@oag.texas.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**President Joseph R. Biden**        represented by **Alyssa Marie Iglesias**
US Attorney's Office
1701 W. Business Hwy. 83
Ste. 600
McAllen, TX 78501
956-618-8010
Email: alyssa.iglesias@usdoj.gov

*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
United States Dept of Justice
Civil Division, Federal Programs Breach
1100 L Street NW
Washington, DC 20005
202-616-5084
Email: andrew.warden@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
Office of the US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
Dept of Justice
Civil Div, Fed Programs Branch
1100 L St. NW
Rm. 12212
Washington, DC 20530
202-616-0680
Email: michael.j.gerardi@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Homeland Security**     represented by  **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary Alejandro Mayorkas**                    represented by   **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Missouri**                              represented by   **Dean John Sauer**
*TERMINATED: 08/03/2022*                                          (See above for address)
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maddie McMillian Green**
(See above for address)
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesus A Osete**
(See above for address)
*TERMINATED: 05/16/2022*
*PRO HAC VICE*

**Joshua M. Divine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael E Talent**
(See above for address)
*TERMINATED: 09/20/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C Freedlund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Texas**
*TERMINATED: 08/03/2022*

represented by **Munera Al-Fuhaid**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**United States Of America**

represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Troy A. Miller**
*in his official capacity as Acting*
*Commission of U.S. Customs and Border*
*Protection*

represented by **Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**United States Customs and Border**
**Protection**

represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**POSILLICO CIVIL INC. COASTAL**
**ENVIRONMENTAL GROUP INC.**
**doing business as SOUTHERN**
**BORDER CONSTRUCTORS**

represented by **Scott Burnett Smith**
Bradley Arant Boult Cummings
200 Clinton Ave W
Suite 900
Huntsville, AL 35801
256-517-5100
Fax: 256-517-5200
Email: ssmith@bradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aron Caraway Beezley , I**
Bradley Arant Boult Cummings
1615 L Street, NW
District of Columbia, DC 20036
202-719-8254
Email: abeezley@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rankin Sumner Fortenberry**
Bradley Arant Boult Cummings, LLP
188 E Capitol Street
Ste 1000
Jackson, MS 39201
601-592-9922
Email: sfortenberry@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah S Osborne**
Bradley Arant Boult Cummings
200 Clinton Avenue West
Ste 900
Huntsville, AL 35801
256-517-5127
Fax: 256-517-5227
Email: sosborne@bradley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Randy Kinder Excavating, Inc., doing**
**business as RKE Contractors**

represented by **Scott Burnett Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aron Caraway Beezley , I**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Rankin Sumner Fortenberry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah S Osborne**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Diamond A Ranch**                    represented by  **Larry Richard Veselka**
Steptoe LLP
TX
717 Texas Avenue
Suite 2800
Houston
Houston, TX 77002-2761
713-221-2300
Email: lveselka@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-6402
Email: sbaker@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Western Division L.L.C.**            represented by  **Larry Richard Veselka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Guadalupe Ranch Corporation**        represented by  **Larry Richard Veselka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Texas Sterling Construction Co.**          represented by   **Paul Harvey Sanderford**
Sanderford Carroll PC
2110 Birdcreek Dr
Temple, TX 76502
254-773-8311
Fax: 254-773-9175
Email: Paul@txconstructionlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Sierra Club**          represented by   **Cecillia D. Wang**
Aclu
Center for Democracy
425 California St
Suite 700
San Francisco, CA 94104
415-343-0775
Email: cwqang@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alexander Donatti**
ACLU Foundation of Texas Inc
5225 Katy Fwy
Ste 350
Houston, TX 77007
713-942-8146
Email: ddonatti@aclutx.org
*ATTORNEY TO BE NOTICED*

**Gloria Smith**
Sierra Club
Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5629
Email: gloria.smith@sierraclub.org
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
American Civil Liberties Union
Foundation
Immigrants' Rights Project
425 California Street
Ste 7th Floor
San Francisco, CA 94104
415-343-0764
Email: mngo@aclu.org
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Southern Border Communities Coalition** | represented by | **Cecillia D. Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David Alexander Donatti**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **My Khanh Ngo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Amicus**

| | | |
|---|---|---|
| **Immigration Reform Law Institute** | represented by | **Matt A Crapo**<br>Immigration Reform Law Institute<br>25 Massachusetts Ave NW<br>Suite 335<br>Washington, DC 20001<br>571-435-3582<br>Email: mcrapo@irli.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |