# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| The General Land Office of the State of Texas, and George P. Bush, *in his official capacity as Commissioner of the Texas General Land Office,*<br>Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, *in his official capacity as President of the United States of America;* United States Dept. of Homeland Security; and Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security,*<br>Defendants. | Civil Action No.: 7:21-CV-00272 |
| The State of Missouri; and the State of Texas,<br>Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, *in his official capacity as President of the United States of America;* The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security;* Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection;* and United States Customs and Border Protection,<br>Defendants. | Civil Action No.: 7:21-CV-00420 |
| Texas Sterling Construction Co.<br>Plaintiff-Intervenor,<br><br>v. | Civil Action No.: _____ |

| | |
|---|---|
| Joseph R. Biden, *in his official capacity as President of the United States of America;* The United States of America; Alejandro Mayorkas, *in his official capacity as Secretary of the United States Dept. of Homeland Security;* Troy Miller, *in his official capacity as Acting Commissioner of the United States Border Protection*; and United States Customs and Border Protection, | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff-Intervenor Texas Sterling Construction Co. hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order dated May 29, 2024 (Dkt. #207).

Respectfully Submitted, this 28th May 2024.

/s/ Savannah Stroud
Paul Sanderford
Texas State Bar No. 17578500
Savannah Stroud
Texas State Bar No. 24051908
SANDERFORD & CARROLL
1002 Arbor Park Drive, Suite 100
Belton, Texas 76513
Telephone: 254-773-8311
Facsimile: 254-773-9175
Email: paul@txconstructionlaw.com
Email: savannah@txconstructionlaw.com

**ATTORNEY IN CHARGE FOR TEXAS STERLIING CONSTRUCTION CO.**

## CERTIFICATE OF SERVICE

I certify that on June 28, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, all consistent with Federal Rule of Civil Procedure 5(b).

                                                            /s/ Savannah Stroud