# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., <br><br> **Defendants.** | § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, <br><br> **Plaintiffs,** <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al., <br><br> **Defendants.** | § § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00420 <br> **(formerly No. 6:21-cv-00052)** |

# NOTICE OF APPEAL
# TO THE UNITED STATES COURT OF APPEALS FOR
# THE FIFTH CIRCUIT

Notice is hereby given that the Proposed Defendants-Intervenors, Sierra Club and Southern Border Communities Coalition, appeal to the United States Court of Appeals for the Fifth Circuit from the Order denying Proposed Defendants-Intervenors Motion for Intervention, entered on the docket of this case on May 29, 2024 (Dkt. 207) and the Final Judgment and Permanent Injunction entered on the docket of this case on May 29, 2024 (Dkt. 208).

1

Respectfully submitted,

/s/ David Donatti
Counsel for Proposed Defendants-
Intervenors Sierra Club and Southern
Border Communities Coalition

David A. Donatti (Bar No. 24097612)
Adriana C. Piñon (Bar No. 24089768)
AMERICAN CIVIL LIBERTIES
UNION OF TEXAS
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
ddonatti@aclutx.org
apinon@aclutx.org

Cecillia D. Wang*
My Khanh Ngo*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775
cwang@aclu.org
mngo@aclu.org

Gloria D. Smith*°
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM
2102 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5532
gloria.smith@sierraclub.org

Ricardo A. Garza°°
Texas State Bar No. 24109912
SDTX Bar No. 3336127
Border Policy Counsel
SOUTHERN BORDER
COMMUNITIES COALITION
ALLIANCE SAN DIEGO
P.O. Box 2436
McAllen, TX 78502
(956) 605-5917
ricky@alliancesd.org

2

*Admitted *pro hac vice*
°Attorney for Proposed Defendant-Intervenor Sierra Club only
°° Attorney for Proposed Defendant-Intervenor Southern Border Communities Coalition only

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I electronically filed a copy of the foregoing Notice of Appeal. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ David Donatti
David Donatti