| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | TRANSCRIPT ORDER | | DUE DATE: |

1ST NUMBER ↓ (347) 860-4732

| 1. NAME Annie Mason | 2. PHONE NUMBER (332) 204-2756 | 3. DATE 7/11/2024 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL amason@aclu.org | 5. CITY New York | 6. STATE NY | 7. ZIP CODE 10004 |
| 8. CASE NUMBER 7:21-cv-00272 | 9. JUDGE Hon. Judge Drew B Tipton | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/29/2023 | 11. TO 11/29/2023 |
| 12. CASE NAME The General Land Office of the State of Texas v. Biden | | LOCATION OF PROCEEDINGS | |
| | 13. CITY McAllen | 14. STATE Texas | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | 11-29-23 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

| 18. SIGNATURE /s/ Annie Mason | PROCESSED BY RICK RODRIGUEZ |
|---|---|
| 19. DATE 7/11/2024 | PHONE NUMBER 956 618-8498 |

| TRANSCRIPT TO BE PREPARED BY ACCESS | COURT ADDRESS |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CIVIL DOCKET FOR CASE #: 7:21-cv-00272
### Internal Use Only

The General Land Office of the State of Texas et al v. Biden et al
Assigned to: Judge Drew B Tipton
Member case:
   7:21-cv-00420
Cause: 05:551 Administrative Procedure Act

Date Filed: 07/13/2021
Date Terminated: 05/29/2024
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

### Plaintiff

**The General Land Office of the State of Texas**    represented by **David Austin R. Nimocks**
Peele Nimocks Toth
The Overlook at Rob Roy
6836 Bee Caves Rd.
Bldg. 3, Ste. 201
Austin, TX 78746
512-522-4893
Email: austin@pntlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
PNT Law Firm
206 Wild Basin Road S.
Building A, Suite 206
Austin, TX 78746
512-417-0334
Email: chris@pntlawfirm.com
*ATTORNEY TO BE NOTICED*

**Cory Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.liu@butlersnow.com
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
Law Offices of Donato D. Ramos, PLLC
6721 McPherson Road
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884

        Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
Law Offices of Donato D Ramos PLLC
6721 McPherson
Ste 350
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: donatoramosjr@ddrlex.com
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Comissioner Dawn Buckingham, M.D.**      represented by **David Austin R. Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Leigh Peele**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cory Liu**
(See above for address)
*TERMINATED: 06/26/2023*

**Donato David Ramos , Jr**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

**Donato D Ramos**
(See above for address)
*TERMINATED: 11/16/2022*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**State of Missouri**      represented by **Dean John Sauer**
James Otis Law Group, LLC
13321 North Forty Outer Road
Suite 300
St. Louis, MO 63017
314-562-0031
Email: John.Sauer@james-otis.com
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maddie McMillian Green**
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102-0899
573-751-3826
Email: maddie.green@ago.mo.gov
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeff Philip Johnson**
Office of The Missouri Attorney General
815 Olive Street
Suite 200
St. Louis, MO 63101
314-340-7366
Email: Jeff.Johnson@troutman.com
*TERMINATED: 11/30/2023*
*ATTORNEY TO BE NOTICED*

**Jesus A Osete**
Bryan Cave Leighton Paisner LLP
221 Bolivar Street
Suite 101
Jefferson City, MO 65101-1574
573-556-6620
Fax: 573-556-6630
Email: jesus.osete@bclplaw.com
*TERMINATED: 05/16/2022*
*PRO HAC VICE*

**Joshua M. Divine**
Office of the Missouri Attorney General
PO Box 899
207 W. High Street
Jefferson City, MO 65101
573-751-8870
Email: josh.divine@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Michael E Talent**
James Otis Law Group, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017
314-949-3018
Email: Michael.Talent@james-otis.com
*TERMINATED: 09/20/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C Freedlund**

                                                      Office of The Missouri Attorney General
815 Olive Street
Ste 200
St. Louis, MO 63188
314-340-4869
Email: Samuel.Freedlund@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**State Of Texas**                             represented by **David Austin R. Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                      **Ryan Daniel Walters**
Office of the Texas Attorney General
Special Counsel Unit
209 W. 14th Street
7th Floor
Austin, TX 78701
512-936-2714
Email: ryan.walters@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                      **Aaron Francis Reitz**
Office of the Attorney General of Texas
209 W. 14th Street
Ste 8th Floor
Austin, TX 78701
512-936-1989
Email: aaron.reitz@oag.texas.gov
*TERMINATED: 06/27/2023*
*ATTORNEY TO BE NOTICED*

                                                      **Munera Al-Fuhaid**
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
Mc 009
Austin, TX 78711-2548
512-936-2172
Email: munera.al-fuhaid@oag.texas.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**President Joseph R. Biden**                represented by **Alyssa Marie Iglesias**
US Attorney's Office
1701 W. Business Hwy. 83
Ste. 600
McAllen, TX 78501

956-618-8010
Email: alyssa.iglesias@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
United States Dept of Justice
Civil Division, Federal Programs Breach
1100 L Street NW
Washington, DC 20005
202-616-5084
Email: andrew.warden@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
Office of the US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
Dept of Justice
Civil Div, Fed Programs Branch
1100 L St. NW
Rm. 12212
Washington, DC 20530
202-616-0680
Email: michael.j.gerardi@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Homeland Security**        represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary Alejandro Mayorkas**   represented by   **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Missouri**   represented by   **Dean John Sauer**
*TERMINATED: 08/03/2022*
(See above for address)
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maddie McMillian Green**
(See above for address)
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesus A Osete**
(See above for address)
*TERMINATED: 05/16/2022*
*PRO HAC VICE*

**Joshua M. Divine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael E Talent**
(See above for address)
*TERMINATED: 09/20/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C Freedlund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Texas**
*TERMINATED: 08/03/2022*

represented by **Munera Al-Fuhaid**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**United States Of America**

represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Troy A. Miller**
*in his official capacity as Acting Commission of U.S. Customs and Border Protection*

represented by **Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**United States Customs and Border Protection**

represented by **Alyssa Marie Iglesias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Irwin Warden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Gerardi**
(See above for address)

|  |  | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Movant**<br>**POSILLICO CIVIL INC. COASTAL ENVIRONMENTAL GROUP INC. doing business as SOUTHERN BORDER CONSTRUCTORS** | represented by | **Scott Burnett Smith**<br>Bradley Arant Boult Cummings<br>200 Clinton Ave W<br>Suite 900<br>Huntsville, AL 35801<br>256-517-5100<br>Fax: 256-517-5200<br>Email: ssmith@bradley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Aron Caraway Beezley , I**<br>Bradley Arant Boult Cummings<br>1615 L Street, NW<br>District of Columbia, DC 20036<br>202-719-8254<br>Email: abeezley@bradley.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Rankin Sumner Fortenberry**<br>Bradley Arant Boult Cummings, LLP<br>188 E Capitol Street<br>Ste 1000<br>Jackson, MS 39201<br>601-592-9922<br>Email: sfortenberry@bradley.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Sarah S Osborne**<br>Bradley Arant Boult Cummings<br>200 Clinton Avenue West<br>Ste 900<br>Huntsville, AL 35801<br>256-517-5127<br>Fax: 256-517-5227<br>Email: sosborne@bradley.com<br>*TERMINATED: 05/17/2024*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Movant**<br>**Randy Kinder Excavating, Inc., doing business as RKE Contractors** | represented by | **Scott Burnett Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Aron Caraway Beezley , I**<br>(See above for address) |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rankin Sumner Fortenberry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah S Osborne**
(See above for address)
*TERMINATED: 05/17/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Movant

**Diamond A Ranch** represented by **Larry Richard Veselka**
Steptoe LLP
717 Texas Avenue
Suite 2800
Houston, TX 77002-2761
713-221-2300
Email: lveselka@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-6402
Email: sbaker@steptoe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Movant

**Western Division L.L.C.** represented by **Larry Richard Veselka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Movant

**Guadalupe Ranch Corporation** represented by **Larry Richard Veselka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart A Baker**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Texas Sterling Construction Co.**         represented by   **Paul Harvey Sanderford**
Sanderford Carroll PC
2110 Birdcreek Dr
Temple, TX 76502
254-773-8311
Fax: 254-773-9175
Email: Paul@txconstructionlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Nicole Stroud**
Sanderford & Carroll, PC
1002 Arbor Park Dr.
Suite 100
Belton, TX 76513
254-773-8311
Fax: 254-773-9175
Email: savannah@txconstructionlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Sierra Club**         represented by   **Cecillia D. Wang**
Aclu
Center for Democracy
425 California St
Suite 700
San Francisco, CA 94104
415-343-0775
Email: cwqang@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Alexander Donatti**
ACLU Foundation of Texas Inc
5225 Katy Fwy
Ste 350
Houston, TX 77007
713-942-8146
Email: ddonatti@aclutx.org
*ATTORNEY TO BE NOTICED*

**Gloria Smith**
Sierra Club
Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5629
Email: gloria.smith@sierraclub.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|   |   |   |
|---|---|---|
|   |   | **My Khanh Ngo**<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>425 California Street<br>Ste 7th Floor<br>San Francisco, CA 94104<br>415-343-0764<br>Email: mngo@aclu.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Southern Border Communities Coalition** | represented by | **Cecillia D. Wang**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **David Alexander Donatti**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **My Khanh Ngo**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Amicus**

| | | |
|---|---|---|
| **Immigration Reform Law Institute** | represented by | **Matt A Crapo**<br>Immigration Reform Law Institute<br>25 Massachusetts Ave NW<br>Suite 335<br>Washington, DC 20001<br>571-435-3582<br>Email: mcrapo@irli.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |