IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>            Defendants. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>            Defendants. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**ORDER**

Pending before the Court is Defendants' motion to modify the final judgment and permanent injunction to facilitate new border wall construction. After reviewing the motion, the record and the applicable law, the Court is of the opinion that the motion should be GRANTED.

It is hereby ORDERED that the final judgment and permanent injunction entered in the above-captioned cases does not prohibit Defendants from obligating or expending the Department

1

of Homeland Security's barrier system appropriations from fiscal year 2020 (subsection 209(a)(1)) and fiscal year 2021 (section 210) on drainage and erosion features necessary for the construction of new border barriers.

It is SO ORDERED.

Signed this ____ of _____, 2024.

                                                                                                         _____
                                                                                                         DREW B. TIPTON
                                                                                                         UNITED STATES DISTRICT JUDGE