United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 7:21-cv-00272 |

## ORDER

Pending before the Court is Plaintiffs' unopposed motion for a 60-day extension of time to respond to Defendants' November 22, 2024 Motion to Modify Final

1

Judgment and Permanent Injunction. After reviewing the motion, the record, and the applicable law, the Court is of the opinion that the unopposed motion should be **GRANTED**.

The deadline for Plaintiffs to file a response in opposition to Defendants' November 22, 2024 Motion to Modify Final Judgment and Permanent Injunction is **February 11, 2025**.

Signed this ___6th___ of ___December___, 2024

                                                *Drew B. Tipton*
                                                DREW B. TIPTON
                                                UNITED STATES DISTRICT JUDGE