## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>                      Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>                      Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>                      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>                      Defendants. | No. 7:21-cv-00272 |

## [Proposed] ORDER

Pending before the Court is Plaintiffs' Opposed Motion to Enforce Permanent Injunction and for a Status Conference. After reviewing the motion, the record, and the applicable law, the Court is of the opinion that the unopposed motion should be **GRANTED**.

The parties are **ORDERED** to attend a status conference on [DATE] at [TIME] [AT LOCATION]. At the conference, Defendants are **ORDERED** to provide any relevant information regarding the origin, manufacture date, original funding source, and other identifying information regarding each section of border wall, and other items being remitted for auction as referenced in the Motion.

Signed this _____ of _____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE