| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |

| *versus* |
|---|
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,**<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00272 |
| **THE STATE OF MISSOURI; and THE STATE OF TEXAS,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the Acting Commissioner of the United States Border Protection; and UNITED** | § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00420 |

| | |
|---|---|
| STATES CUSTOMS AND BORDER PROTECTION, Unites States Department of Homeland Security,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§ |

### AVERMENT OF D. JOHN SAUER IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*

In support of his application to appear *pro hac vice* for Amicus Curiae President Donald J. Trump in the above-captioned case, and in accordance with Court Procedure 7(e) of the Honorable Drew B. Tipton governing *pro hac vice* admissions, the undersigned hereby avers his familiarization with the aforementioned Court Procedures and with the Local Rules of the United States District Court for the Southern District of Texas.

Dated: December 19, 2024

Respectfully submitted,

<u>/s/ D. John Sauer</u>
D. John Sauer
*Attorney in Charge*
Mo. Bar # 58721
James Otis Law Group, LLC
13321 N. Outer Forty Rd.
Suite 300
St. Louis, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

*Counsel for Amicus Curiae President Donald J. Trump*

2