UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **THE GENERAL LAND OFFICE OF THE STATE OF TEXAS,** and **GEORGE P. BUSH,** in his official capacity as Commissioner of the Texas General Land Office,<br><br>　　Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN, JR.,** in his official capacity as President of the United States of America; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY;** and **ALEJANDRO MAYORKAS,** in his official capacity as Secretary of the United States Department of Homeland Security,<br><br>　　Defendants. | §§§§§§§§§§§§§§§§§§§§ | Civil Action No. 7:21-CV-00272 |
| **THE STATE OF MISSOURI;** and **THE STATE OF TEXAS,**<br><br>　　Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN, JR.,** in his official capacity as President of the United States of America; **THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS,** in his official capacity as Secretary of the United States Department of Homeland Security; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER,** in his official capacity as the Acting Commissioner of the United States Border Protection; and UNITED | §§§§§§§§§§§§§§§§§§§ | Civil Action No. 7:21-CV-00420 |

| | |
|---|---|
| STATES CUSTOMS AND BORDER PROTECTION, Unites States Department of Homeland Security, | § § § § |
| Defendants. | § |

**[PROPOSED] ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE***

Pending before the Court is the unopposed Motion for Leave to File Brief of *Amicus Curiae* President Donald J. Trump in Support of Plaintiffs' Opposed Motion for Enforce Permanent Injunction and for a Status Conference. (Dkt. No. ____). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**. The Clerk is hereby respectfully instructed to file the Brief in this action accordingly.

It is SO ORDERED.

Signed this ____ day of December, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**