Case 7:21-cv-00272   Document 234   Filed on 12/20/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,** §§§§§§§ | | |
| Plaintiffs, § | | |
| v. § | | |
| **JOSEPH R. BIDEN, JR.,** in his official capacity as President of the United States of America; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY;** and **ALEJANDRO MAYORKAS,** in his official capacity as Secretary of the United States Department of Homeland Security, §§§§§§§§§§§ | Civil Action No. 7:21-CV-00272 | |
| Defendants. § | | |

---

| | | |
|---|---|---|
| **THE STATE OF MISSOURI;** and **THE STATE OF TEXAS,** §§§ | | |
| Plaintiffs, § | | |
| v. § | | |
| **JOSEPH R. BIDEN, JR.,** in his official capacity as President of the United States of America; **THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS,** in his official capacity as Secretary of the United States Department of Homeland Security; **UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER,** in his official capacity as the Acting Commissioner of the United States Border Protection; and **UNITED** | Civil Action No. 7:21-CV-00420 | |

| | |
|---|---|
| STATES CUSTOMS AND BORDER PROTECTION, Unites States Department of Homeland Security, | § § § § |
| Defendants. | § |

### ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

Pending before the Court is the unopposed Motion for Leave to File Brief of *Amicus Curiae* President Donald J. Trump in Support of Plaintiffs' Opposed Motion for Enforce Permanent Injunction and for a Status Conference. (Dkt. No. 233 ). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**. The Clerk is hereby respectfully instructed to file the Brief in this action accordingly.

It is SO ORDERED.

Signed this 20th day of December, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**