UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI;<br>THE STATE OF TEXAS,<br><br>      Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>      Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>      Defendants. | No. 7:21-cv-00272 |

**[Proposed] AGREED ORDER**

  Pending before the Court is the Joint Motion for Entry of Order Staying Federal Defendants' Disposition of Border Wall Materials. After reviewing the joint motion, argument of counsel at the December 27, 2024, Status Conference, the record, and the applicable law, the

Court is of the opinion that the Joint Motion should be **GRANTED**.

The Court hereby incorporates into this Order the parties' agreement that the Federal Defendants shall not dispose of any border wall materials—including bollard wall panels, gates, or drainage materials—to non-federal government entities until February 1, 2025.

Signed this _____ of _____, 202_.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE