United States District Court
Southern District of Texas
**ENTERED**
December 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official Capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as the | § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-CV-00420 |

|  |  |
|---|---|
| **Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,** | § § § § § § § § § |
| **Defendants.** |  |

## ORDER

Pending before the Court is the Joint Motion for Entry of Order Staying Federal Defendants' Disposition of Border Wall Materials. (Dkt. No. 240). After reviewing the Joint Motion, arguments of counsel at the Status Conference held on December 27, 2024, the record, and the applicable law, the Court is of the opinion that the Joint Motion should be **GRANTED**.

The Court hereby incorporates into this Order the Parties' agreement that the Federal Defendants shall not dispose of any border wall materials—including bollard wall panels, gates, or drainage materials—to non-federal government entities until February 1, 2025.

It is SO ORDERED.

Signed on December 31, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**