# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br>　　*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,<br>　　*Defendants*. | § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br>　　*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>　　*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00420 |

## STATE OF TEXAS'S NOTICE OF APPEARANCE

Plaintiff, the State of Texas, files this Notice of Appearance and hereby notifies the Court that Ryan G. Kercher will appear as counsel in the above-captioned case along with counsel listed below. Mr. Kercher is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is contained in the signature block below.

| | |
|---|---|
| Dated January 30, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | RYAN WALTERS<br>Chief, Special Litigation Division<br>Texas State Bar No. 24032801 |
| BRENT WEBSTER<br>First Assistant Attorney General | Southern Dist. No. 3653771<br>ryan.walters@oag.texas.gov |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | */s/ Ryan G. Kercher*<br>RYAN G. KERCHER<br>Deputy Chief, Special Litigation Division |
| AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy | Texas Bar No. 24123966<br>Southern Dist. No. 882329<br>ryan.kercher@oag.texas.gov |
| | Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 |
| | COUNSEL FOR PLAINTIFF<br>STATE OF TEXAS |

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 30, 2025, and that all counsel of record were served by CM/ECF.

                                          */s/ Ryan G. Kercher*
                                          RYAN G. KERCHER