# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br>　　*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,<br>　　*Defendants*. | § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br>　　*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>　　*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00420 |

### STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW RYAN WALTERS AS COUNSEL

Plaintiff, the State of Texas (Texas), files this Unopposed Motion to Withdraw Ryan D. Walters as counsel of record in this matter.

Mr. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation, and Texas respectfully requests that he be withdrawn as its counsel. Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

| | |
|---|---|
| Dated January 31, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | /S/ Ryan D. Walters<br>RYAN D. WALTERS<br>Deputy Attorney General for Civil Litigation<br>Texas State Bar No. 24032801<br>Southern Dist. No. 3653771<br>ryan.walters@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | RYAN G. KERCHER<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 24123966<br>Southern Dist. No. 882329<br>ryan.kercher@oag.texas.gov |
| AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy | |
| | Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 |
| | **COUNSEL FOR PLAINTIFF**<br>**STATE OF TEXAS** |

**CERTIFICATE OF CONFERENCE**

      I certify that on January 30, 2025, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Ryan D. Walters*
RYAN D. WALTERS

**CERTIFICATE OF SERVICE**

      I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 31, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Ryan D. Walters*
RYAN D. WALTERS
