# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.* <br><br> Defendants. | No. 7:21-cv-00420 <br> (formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | No. 7:21-cv-00272 |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO MODIFY FINAL JUDGMENT AND PERMANENT INJUNCTION TO FACILITATE NEW BORDER WALL CONSTRUCTION**

Defendants have asked this Court to amend the Final Judgment and Permanent injunction entered in these cases to "confirm that Defendants do not violate the injunction by expending the Department of Homeland Security's fiscal year 2020 and 2021 barrier system appropriations on drainage and erosion features necessary for the construction of new border barriers." Defs.' Mot. to Modify Final J. and Permanent Inj. to Facilitate New Border Wall Construction 1, ECF No. 227.

Defendants filed their motion on November 22, 2024; at that time, Plaintiffs opposed the motion. Plaintiffs no longer oppose the motion and request the Court amend the permanent injunction to permit Defendants to undertake the drainage and erosion work described there.

| | |
|---|---|
| Date: February 6, 2025 | Respectfully submitted, |
| ANDREW BAILEY<br>Attorney General of Missouri | KEN PAXTON<br>Attorney General of Texas |
| /s/ *Joshua M. Divine*<br>JOSHUA M. DIVINE, #69875MO<br>Solicitor General<br>*Attorney-in-Charge*<br>Southern Dist. of Texas Bar No. 3833606 | BRENT WEBSTER<br>First Assistant Attorney General<br><br>RALPH MOLINA<br>Deputy First Assistant Attorney General |
| SAMUEL FREEDLUND, #73707MO*<br>Deputy Solicitor General | AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy |
| OFFICE OF THE ATTORNEY GENERAL<br>Supreme Court Building 207<br>West High Street<br>P.O. Box 899<br>Jefferson City, Missouri 65102 Tel.<br>(573) 751-1800<br>Fax (573) 751-0774<br>josh.divine@ago.mo.gov<br>samuel.freedlund@ago.mo.gov | /s/ *Ryan G. Kercher*<br>RYAN G. KERCHER<br>*Attorney-in-Charge*<br>Chief, Special Litigation Division<br>Texas Bar No. 24123966<br>Southern Dist. No. 882329<br><br>MUNERA AL-FUHAID<br>Special Counsel<br>Texas Bar No. 24094501<br>Southern Dist. No. 3379673 |
| *Counsel for Plaintiff State of Missouri*<br><br>*Admitted pro hac vice* | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

/s/ *Austin R. Nimocks*
AUSTIN R. NIMOCKS
*Attorney-in-Charge*

Texas Bar No. 24002695
S.D. Tex. Bar No. 2972032
austin@pntlawfirm.com

CHRISTOPHER L. PEELE
Of Counsel
Texas Bar No. 24013308
S.D. Tex. Bar No. 31519
chris@pntlawfirm.com

PNT LAW FIRM
206 Wild Basin Rd. S.
Bldg. A, Ste. 206
Austin, TX 78746
Phone: (512) 522-4893

*Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.*

## CERTIFICATE OF SERVICE

I certify that on December 26, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, all consistent with Federal Rule of Civil Procedure 5(b).

/s/ *Ryan G. Kercher*
RYAN G. KERCHER