# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,<br><br>   *Defendants*. | Civil Action No. 7:21-cv-00272<br><br>[Lead Case] |
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>   *Defendants*. | Civil Action No. 7:21-cv-00420<br><br>[Consolidated Case] |

## STATE OF TEXAS'S NOTICE OF APPEARANCE

Plaintiff, the State of Texas, files this Notice of Appearance of Zachary L. Rhines as counsel in the above-captioned case, along with counsel listed below.

Mr. Rhines is admitted to practice in the United States District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Plaintiff requests that Mr. Rhines be served with all future correspondence and pleadings.

Dated: May 23, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667

Respectfully submitted,

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24123966
Southern Dist. Bar No. 882329
ryan.kercher@oag.texas.gov

/s/ Zachary L. Rhines
ZACHARY L. RHINES
Special Counsel
Texas State Bar No. 24116957
Southern Dist. Bar No. 3688738
zachary.rhines@oag.texas.gov

COUNSEL FOR PLAINTIFF,
THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF, which automatically serves all counsel of record.

/s/Zachary L. Rhines
ZACHARY L. RHINES
Special Counsel