AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| The General Land Office of the State of Texas, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:21-cv-272 |
| Biden, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 07/07/2025

*S̲7̲B̲*
*Attorney's signature*

Sam Bean
*Printed name and bar number*

1100 L Street NW
Washington, DC 20005
*Address*

Samuel.B.Bean2@usdoj.gov
*E-mail address*

(202) 455-9619
*Telephone number*

*FAX number*