# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### (McAllen)

| | |
|---|---|
| THE GENERAL LAND OFFICE of the STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAD SECURITY, et al., <br><br> Defendants. | Case No. 7:21-cv-00272 |

## **MOTION TO WITHDRAW**

Solicitor General Joshua M. Divine, hereby respectfully submits this motion to withdraw as counsel for Plaintiff State of Missouri. Withdrawal can be accomplished without material adverse effect on the interest of said Plaintiff because Plaintiff State of Missouri continues to be represented by counsel already entered in the case. Good cause exists because the undersigned is leaving the employment of the Office of Missouri Attorney General.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel of Record.

Dated: July 16, 2025                      Respectfully submitted,

                                              **ANDREW BAILEY**
                                              Missouri Attorney General

                                              */s/ Joshua M. Divine*
                                              Joshua M. Divine, #69875 MO
                                                *Solicitor General*
                                              Office of the Missouri Attorney General
                                              Post Office Box 899
                                              Jefferson City, MO 65102
                                              Tel: (573) 751-8870
                                              Fax: (573) 751-0774
                                              Josh.Divine@ago.mo.gov

                                              *Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

                                                                */s/ Joshua M. Divine*
                                                                 Solicitor General