United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
### (McAllen)

| | |
|---|---|
| THE GENERAL LAND OFFICE ) <br> of the STATE OF TEXAS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAD SECURITY, et al., ) <br> ) <br> Defendants. ) | Case No. 7:21-cv-00272 |

## ORDER GRANTING
## MOTION TO WITHDRAW

This matter having come before the Court on Plaintiff State of Missouri's Motion to Withdraw (Dkt. No. 253), the Court having fully considered the Motion finds the Motion is GRANTED.

IT IS SO ORDERED.

Entered this 22nd day of July, 2025.

_____
Honorable Drew B. Tipton
United States District Judge