IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, Plaintiffs,<br>    *v.*<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, Defendants-Intervenors | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS, Plaintiffs,<br>    *v.*<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, Defendants.<br><br>*and*<br><br>    SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, Defendants Intervenors | Civil Action No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

**[PROPOSED] ORDER**

Before the Court is Intervenor-Defendants Sierra Club and Southern Border Communities Coalition's Motion for Relief from Judgment under Rule 60(b). Having considered the motion, the pleadings, the applicable law, and the entire record, the Court **ORDERS** that:

1. The **Final Judgment and Permanent Injunction** entered May 29, 2024 (Dkt. 208) are **VACATED**.

2. The **Preliminary Injunction** entered March 8, 2024 (Dkt. 128) is **DISSOLVED**.

3. All claims asserted in this consolidated action are **DISMISSED AS MOOT**.

4. Nothing in this Order shall bar the United States from obligating or expending FY 2020 or FY 2021 barrier-system appropriations for mitigation and remediation work contemplated by § 209(a)(1) of the CAA 2020, § 210(a)(1) of the CAA 2021, or the January 25, 2023, Settlement Agreement in *Sierra Club v. Trump*, No. 4:19-cv-00892-HSG (N.D. Cal.).

Signed this _____ day of _____ 2025.

_____
HON. DREW B. TIPTON
UNITED STATES DISTRICT JUDGE