UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land Office of the State of Texas, et al., |
|---|
| *versus* |
| United States Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Louis J. Capozzi, III<br>Office of Missouri Attorney General<br>815 Olive Street, #200<br>St. Louis, MO 63101<br>(573) 645-9662<br>District of Columbia #90018764<br>First Cir. Court of Appeals #1215872 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/28/2025 | Signed: | /s/ Louis J. Capozzi, III |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:                    Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                         United States District Judge



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Louis Joseph Capozzi, III

was duly qualified and admitted on October 27, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 27, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*