United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

The General Land Office of the State of Texas, et al.,

*versus*

United States Department of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Louis J. Capozzi, III<br>Office of Missouri Attorney General<br>815 Olive Street, #200<br>St. Louis, MO 63101<br>(573) 645-9662<br>District of Columbia #90018764<br>First Cir. Court of Appeals #1215872 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/28/2025 | Signed: | /s/ Louis J. Capozzi, III |
|---|---|---|

The state bar reports that the applicant's status is: good standing.

Dated: 07/28/2025     Clerk's signature *Karen Lopez*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: July 28, 2025

*Drew B. Tipton*
United States District Judge