# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2025

Mr. Nathan Ochsner
Southern District of Texas, McAllen
United States District Court
1701 W. Business Highway 83
Suite 1011
McAllen, TX 78501-0000

     No. 24-40447   General Land Office v. Kinder
                 USDC No. 7:21-CV-272
                 USDC No. 7:21-CV-420

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Dantrell L. Johnson, Deputy Clerk
          504-310-7689

cc:
     Ms. Munera Al-Fuhaid
     Mr. Aron Caraway Beezley
     Mr. Joshua M. Divine
     Mr. David A. Donatti
     Mr. Joshua Dos Santos
     Mr. Rankin Sumner Fortenberry
     Mr. Samuel Charles Freedlund
     Mr. Ryan Glen Kercher
     Mr. David Austin Robert Nimocks
     Mr. Christopher Peele
     Mr. Paul Harvey Sanderford
     Mr. Scott Burnett Smith
     Mrs. Shaina Swanson
     Ms. Caroline W. Tan
     Mr. Michael Christopher Toth
     Ms. Cecillia D. Wang