AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| The General Land Office of the State of Texas, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  7:21-cv-00272 |
| Biden et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Texas Sterling Construction Co. .

Date:  08/04/2025

/s/ Shaina M. H. Swanson
*Attorney's signature*

Shaina M. H. Swanson, Texas SBN. 24113500
*Printed name and bar number*

1002 Arbor Park Drive, Suite 100
Belton, Texas 76513

*Address*

Shaina@txconstructionlaw.com
*E-mail address*

(254) 773-8311
*Telephone number*

(254) 773-9175
*FAX number*