| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

The General Land Office of the State of Texas, et al.

*versus*

United States Department of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Reed Dempsey<br>Deputy Solicitor General<br>Office of Missouri Attorney General<br>207 West High Street<br>Jefferson City, MO 65101<br>DC1697941 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/5/2025 | Signed: *[signature: Reed C. Dempsey]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**            This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                         United States District Judge