United States District Court
Southern District of Texas
**ENTERED**
August 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

The General Land Office of the State of Texas, et al.

*versus*

United States Department of Homeland Security, et al.

| Lawyer's Name | Reed Dempsey |
|---|---|
| Firm | Deputy Solicitor General |
| Street | Office of Missouri Attorney General |
| City & Zip Code | 207 West High Street |
| Telephone & Email | Jefferson City, MO 65101 |
| Licensed: State & Number | DC1697941 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/5/2025 | Signed: *[signature: Reed C. Dempsey]* |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 8/6/2025 | Clerk's signature *[signature: Jennifer Nogueira]* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: August 06, 2025

*[signature: Drew B. Tipton]*
United States District Judge