# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
### (McAllen)

| | |
|---|---|
| THE GENERAL LAND OFFICE of the STATE OF TEXAS, et al., ) ) ) *Plaintiffs*, ) ) vs. ) ) UNITED STATES DEPARTMENT OF ) HOMELAD SECURITY, et al., ) ) *Defendants*. ) | Case No. 7:21-cv-00272 |

## **MOTION TO WITHDRAW**

Deputy Solicitor General Reed C. Dempsey, hereby respectfully submits this motion to withdraw as counsel for Plaintiff State of Missouri. Withdrawal can be accomplished without material adverse effect on the interest of said Plaintiff because Plaintiff State of Missouri continues to be represented by counsel already entered in the case. Good cause exists because the undersigned is leaving the employment of the Office of Missouri Attorney General.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel.

Dated: September 9, 2025

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Reed C. Dempsey*
Reed C. Dempsey #1697941DC
  *Deputy Solicitor General*
Attorney General's Office
207 West High Street
Jefferson City, MO 65102
Tel: (314) 340-7366
reed.Dempsey@ago.mo.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/ Reed C. Dempsey*

2