United States District Court
Southern District of Texas

**ENTERED**

September 10, 2025

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### (McAllen)

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE of the STATE OF TEXAS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 7:21-v-00272 |
| UNITED STATES DEPARTMENT OF HOMELAD SECURITY, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING
## MOTION TO WITHDRAW

This matter having come before the Court on Plaintiff State of Missouri's Motion to Withdraw counsel Reed C. Dempsey, the Court having fully considered the Motion finds the Motion is GRANTED.

IT IS SO ORDERED.

Entered this 10th day of September, 2025.

_Drew B Tipton_

Honorable Drew B. Tipton
United States District Judge