UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

The General Land Office of the State of
Texas, et al.

v.  Case Number: 7:21−cv−00272

Joseph R. Biden, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

Zoom link will be emailed to all counsel

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 9/17/2025

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Status Conference

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted

Date:   September 15, 2025                                                          Nathan Ochsner, Clerk