UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

The General Land Office of the State of
Texas, et al.

v.     Case Number: 7:21−cv−00272

Joseph R. Biden, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

Zoom information remains the same as entered in Docket No. 273

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video

Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 9/17/2025

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   September 16, 2025                                   Nathan Ochsner, Clerk