IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, <br><br> Defendants <br><br> *and* <br><br> SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, <br><br> Defendants-Intervenors. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> Defendants <br> *and* <br><br> SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, <br><br> Defendants-Intervenors. | Civil Action No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

**MOTION FOR A STAY FOR DURATION OF FEDERAL GOVERNMENT FUNDING LAPSE IN LIGHT OF LAPSE OF APPROPRIATIONS**

1

The United States of America hereby moves for a stay of the October 24, 2025 deadline to file a Joint Status Report in the above-captioned case. *See* Minute Order, Oct. 10, 2025.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including many of the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the JSR deadline until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. The States of Missouri and Texas and the General Land Office of the State of Texas do not oppose this motion. Intervenors SBC, RKE, and Texas Sterling take no position. Intervenors Sierra Club and Southern Border Coalition Community oppose the motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 24, 2025 deadline to file a Joint

Status Report in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 15, 2025											Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

        */s/ Samuel Bean*
SAMUEL BEAN (MD)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 455-9619
Samuel.B.Bean2@usdoj.gov

*Counsel for Defendants*

ALAMDAR S. HAMDANI
United States Attorney

/s/ *Daniel D. Hu*
DANIEL D. HU
Chief, Civil Division
Assistant United States Attorney
Southern District No. 7959
Texas Bar No. 10131415
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9000
Fax: (713) 718-3303
E-mail: Daniel.Hu@usdoj.gov

                    ALYSSA IGLESIAS  
                    Assistant United States Attorney  
                    Southern District of Texas No.: 3610302  
                    1701 W. Bus. Highway 83, Suite 600  
                    McAllen, TX 78501  
                    Telephone: (956) 618-8010  
                    Facsimile: (956) 618-8016  
                    E-mail: Alyssa.Iglesias@usdoj.gov