IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D.,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM,<br><br>     Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*,<br><br>     Defendants-Intervenors. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*<br><br>     Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*,<br><br>     Defendants-Intervenors. | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

1

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for a Stay of Proceedings in Light of Lapse of Appropriations, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that all case deadlines shall be extended commensurate with the duration of the lapse in appropriations.

**SO ORDERED.**

_____
Hon. Drew B. Tipton
United States District Judge