United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, <br><br> Defendants <br><br> *and* <br><br> SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, <br><br> Defendants-Intervenors. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> Defendants <br><br> *and* <br><br> SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, <br><br> Defendants-Intervenors. | Civil Action No. 7:21-cv-00420 <br> (formerly No. 6:21-cv-00052) |

## ORDER

Upon consideration of Defendants' Motion for a Stay of Proceedings in Light of Lapse of Appropriations, it is this <u>  15th  </u> day of <u>  October  </u> 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that all case deadlines shall be extended commensurate with the duration of the lapse in appropriations.

**SO ORDERED.**

October 15, 2025

_Drew B. Tipton_
Hon. Drew B. Tipton
United States District Judge