**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>     Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>     Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>     Defendants. | No. 7:21-cv-00272 |

**JOINT STATUS REPORT**

On October 10, 2025, the Court ordered the parties and intervenors to submit a joint status report by October 24, 2025.  The Court subsequently extended the deadline for the joint status report commensurate with the duration of the lapse in appropriations to the federal government.  *See* ECF No. 279.  The lapse in appropriations lasted 43 days, thus the deadline for the joint status report is December 8, 2025.

1

The parties and intervenors are actively conferring in good faith about further proceedings in this case following the expiration of the Department of Homeland Security's fiscal year 2020 and 2021 barrier system funds.  The parties and intervenors agree that additional time would help facilitate those discussions and potentially narrow or resolve any areas of dispute.  The parties and intervenors therefore jointly propose to submit a joint status report on or before January 15, 2025, addressing further proceedings in this case.


Dated:  December 8, 2025                          Respectfully submitted,


Catherine L. Hanaway                              s/ *Austin R. Nimocks*
Attorney General of Missouri                      Austin R. Nimocks
                                                  *Attorney-in-Charge*
/s/ *Louis J. Capozzi III*
Louis J. Capozzi III, #900187664DC*               Texas Bar No. 24002695
Solicitor General                                 S.D. Tex. Bar No. 2972032
Attorney-in-Charge                                austin@pntlawfirm.com

Samuel Freedlund, #73707MO*                        Christopher L. Peele
Deputy Solicitor General                          Of Counsel
                                                  Texas Bar No. 24013308
Office of the Attorney General                    S.D. Tex. Bar No. 31519
Supreme Court Building 207 West High Street       chris@pntlawfirm.com
P.O. Box 899
Jefferson City, Missouri 65102                    PNT Law Firm
Tel. (573) 751-1800                               206 Wild Basin Rd. S.
Fax (573) 751-0774                                Bldg. A, Ste. 206
Louis.capozzi@ago.mo.gov                          Austin, TX 78746
samuel.freedlund@ago.mo.gov                       Phone: (512) 522-4893

*Counsel for Plaintiff State of Missouri*         *Counsel for Plaintiffs Texas General Land*
                                                  *Office and Commissioner Dawn*
                                                  *Buckingham, M.D.*

2

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal
Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
*Attorney-in-Charge*
Texas Bar No. 24116957
Southern Dist. of Texas Bar No. 3688738

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
Southern Dist. of Texas Bar No. 3379673

OFFICE OF THE ATTORNEY
GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-2567
Fax: (512) 936-0545
Zachary.Rhines@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

*Counsel for Plaintiff State of Texas*

BRETT SHUMATE
Assistant Attorney General

*/s/ Andrew I. Warden*
ANDREW I. WARDEN
Assistant Branch Director
SAMUEL BEAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20005
Tel: 202-616-5-84
Andrew.Warden@usdoj.gov

*Counsel for Defendants*

/s/ David Donatti
David A. Donatti (Bar No. 24097612)
Adriana C. Piñon (Bar No. 24089768)
AMERICAN CIVIL LIBERTIES
UNION OF TEXAS
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
ddonatti@aclutx.org
apinon@aclutx.org

Cecillia D. Wang
My Khanh Ngo
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775
cwang@aclu.org
mngo@aclu.org

Gloria D. Smith**
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM
2102 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5532
gloria.smith@sierraclub.org

Ricardo A. Garza*** (Bar No. 24109912,
SDTX Bar No. 3336127)
Southern Border Communities Coalition
Alliance San Diego
P.O. Box 2436
McAllen, TX 78502
(956) 605-5917

ricky@alliancesd.org

**Attorney for Proposed Defendant-
Intervenor Sierra Club only

***Attorney for Proposed Defendant-
Intervenor Southern Border Communities
Coalition only

/s/ *R. Sumner Fortenberry*
Scott Burnett Smith (Attorney-in-Charge)
Texas State Bar No. 24119040
Southern District of Texas Bar No. 2923954
Aron C. Beezley (pro hac vice)
D.C. Bar No. 1004904
Colorado Bar No. 40675
R. Sumner Fortenberry (pro hac vice)
Mississippi Bar No. 106292
Bradley Arant Boult Cummings LLP
One Jackson Place
188 E Capitol Street, Ste 1000
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
sfortenberry@bradley.com

*Attorneys for Randy Kinder Excavating d/b/a
RKE Contractors and Posillico Civil inc.
Coastal Environmental Group Inc. d/b/a
Southern Border Constructors*

4

_/s/ Shaina M. H. Swanson_
Shaina M. H. Swanson
Texas State Bar No. 24113500
Savannah Stroud
Texas State Bar No. 24051908
SANDERFORD & CARROLL
1002 Arbor Park Drive
Suite 100
Belton, Texas 76513
Telephone: 254-773-8311
Facsimile: 254-773-9175
Email: Shaina@txconstructionlaw.com
Email: Savannah@txconstructionlaw.com

_ATTORNEY IN CHARGE FOR TEXAS_
_STERLING CONSTRUCTION CO._