**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 7:21-cv-00272 |

**JOINT STATUS REPORT**

On October 10, 2025, the Court ordered the parties and intervenors to submit a joint status report by October 24, 2025. After extending the deadline due to the lapse in appropriations to the federal government, the parties filed a joint status report on December 8, 2025, informing the Court that the parties and intervenors were actively conferring in good

faither about further proceedings in this matter and proposed to file a joint status report on January 15, 2026. *See* ECF No. 281.

The parties and intervenors were unable to agree on whether Plaintiffs' claims are moot in light of the expiration of the Department of Homeland Security's fiscal year 2020 and 2021 barrier system funds. The parties and intervenors will confer and submit a joint proposed briefing schedule within fourteen (14) days to address this Court's continued jurisdiction over the matter.

Dated: January 15, 2025

Respectfully submitted,

Catherine L. Hanaway
Attorney General of Missouri

/s/ *Louis J. Capozzi III*
Louis J. Capozzi III, #900187664DC*
Solicitor General
Attorney-in-Charge

Samuel Freedlund, #73707MO*
Deputy Solicitor General

Office of the Attorney General
Supreme Court Building 207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
Louis.capozzi@ago.mo.gov
samuel.freedlund@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

s/ *Austin R. Nimocks*
Austin R. Nimocks
*Attorney-in-Charge*

Texas Bar No. 24002695
S.D. Tex. Bar No. 2972032
austin@pntlawfirm.com

Christopher L. Peele
Of Counsel
Texas Bar No. 24013308
S.D. Tex. Bar No. 31519
chris@pntlawfirm.com

PNT Law Firm
206 Wild Basin Rd. S.
Bldg. A, Ste. 206
Austin, TX 78746
Phone: (512) 522-4893

*Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
*Attorney-in-Charge*
Texas Bar No. 24116957
Southern Dist. Of Texas Bar No. 3688738

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
Southern Dist. Of Texas Bar No. 3379673

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-2567
Fax: (512) 936-0545
Zachary.Rhines@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

*Counsel for Plaintiff State of Texas*

BRETT SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Samuel Bean*
SAMUEL BEAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20005
Tel: 202-455-9619
Samuel.B.Bean2@usdoj.gov

*Counsel for Defendants*

/s/ David Donatti
David A. Donatti (Bar No. 24097612)
Adriana C. Piñon (Bar No. 24089768)
AMERICAN CIVIL LIBERTIES
UNION OF TEXAS
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
ddonatti@aclutx.org
apinon@aclutx.org

Cecillia D. Wang
My Khanh Ngo
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775
cwang@aclu.org
mngo@aclu.org

Gloria D. Smith**
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM
2102 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5532
gloria.smith@sierraclub.org

Ricardo A. Garza*** (Bar No. 24109912,
SDTX Bar No. 3336127)
Southern Border Communities Coalition
Alliance San Diego
P.O. Box 2436
McAllen, TX 78502
(956) 605-5917

ricky@alliancesd.org

**Attorney for Proposed Defendant-Intervenor Sierra Club only

***Attorney for Proposed Defendant-Intervenor Southern Border Communities Coalition only

/s/ *R. Sumner Fortenberry*
Scott Burnett Smith (Attorney-in-Charge)
Texas State Bar No. 24119040
Southern District of Texas Bar No. 2923954
Aron C. Beezley (pro hac vice)
D.C. Bar No. 1004904
Colorado Bar No. 40675
R. Sumner Fortenberry (pro hac vice)
Mississippi Bar No. 106292
Bradley Arant Boult Cummings LLP
One Jackson Place
188 E Capitol Street, Ste 1000
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
sfortenberry@bradley.com

*Attorneys for Randy Kinder Excavating d/b/a RKE Contractors and Posillico Civil inc. Coatal Environmental group Inc. d/b/a Southern Border Constructors*

/s/ *Shaina M. H. Swanson*
Shaina M. H. Swanson
Texas State Bar No. 24113500
Savannah Stroud
Texas State Bar No. 24051908
SANDERFORD & CARROLL
1002 Arbor Park Drive
Suite 100
Belton, Texas 76513
Telephone: 254-773-8311
Facsimile: 254-773-9175
Email: Shaina@txconstructionlaw.com
Email: Savannah@txconstructionlaw.com

*ATTORNEY IN CHARGE FOR TEXAS STERLING CONSTRUCTION CO.*