IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS, Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.*,* Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC.*,* et al., Defendants-Intervenors | Civil Action No. 7:21-cv-00420<br><br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., SOUTHERN BORDER CONSTRUCTORS, and TEXAS STERLING CONSTRUCTION CO., Defendants-Intervenors | Civil Action No. 7:21-cv-00272 |

## TEXAS STERLING CONSTRUCTION CO.'S
## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Savannah Stroud hereby files this Motion to Withdraw as Counsel for Texas Sterling Construction Co. Savannah Stroud respectfully shows the Court as follows:

As of January 30, 2026, attorney Savannah Stroud will no longer be working at Sanderford & Carroll, P.C. as she has accepted a position with another organization. Accordingly, Ms. Stroud wishes to be permitted to withdraw as counsel for Texas Sterling Construction Co. Shaina M. H. Swanson and the firm Sanderford & Carroll, P.C. will continue to represent Texas Sterling Construction Co. in this matter. This withdrawal of counsel is not made for reason of delay.

WHEREFORE, PREMISES CONSIDERED, Texas Sterling Construction Co. moves the Court to enter an order permitting Savannah Stroud to withdraw as counsel, and that Shaina M. H. Swanson will continue as lead counsel of record for Texas Sterling Construction Co.

Dated: January 27, 2026

Respectfully submitted,

SANDERFORD & CARROLL, P.C.

By:   /s/ *Savannah Stroud*
**Savannah Stroud**
Savannah@txconstructionlaw.com
Texas Bar No. 24051908
1002 Arbor Park Drive
Belton, Texas 76513
Telephone:   (254) 773-8311
Facsimile:   (254) 773-9175

**ATTORNEY FOR TEXAS STERLING CONSTRUCTION CO.**

## CERTIFICATE OF CONFERENCE

As required by Local Rule LR7.2, I certify that I have conferred, with opposing counsel about the merits of this motion and opposing counsels **do not** oppose the motion.

By: /s/*Savannah Stroud*
SAVANNAH STROUD

**ATTORNEY FOR TEXAS STERLING CONSTRUCTION CO.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, a copy of the foregoing document, together with all attachments, was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to all counsel of record.

/s/ *Savannah Stroud*
SAVANNAH STROUD

**ATTORNEY FOR TEXAS STERLING CONSTRUCTION CO.**