Case 7:21-cv-00272   Document 284   Filed 01/27/26 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS, Plaintiffs,<br><br>    *v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.*,* Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC.*,* et al., Defendants-Intervenors | Civil Action No. 7:21-cv-00420<br><br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., Plaintiffs,<br><br>    *v.*<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., SOUTHERN BORDER CONSTRUCTORS, and TEXAS STERLING CONSTRUCTION CO., Defendants-Intervenors | Civil Action No. 7:21-cv-00272 |

**UNOPPOSED ORDER GRANTING WITHDRAW AS COUNSEL**

Pending before the Court is Texas Sterling Construction Co.'s Motion to Withdraw as Counsel. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED. Savannah Stroud is removed as counsel for Texas Sterling Construction Co., Shaina M. H. Swanson will continue as lead counsel of record for Texas Sterling Construction Co.

It is SO ORDERED.


Signed this   27th   of     January    , 2026.



_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

Agreed:

| | |
|---|---|
| **Sanderford & Carroll, P.C.** | **Office of the Attorney General** |
| | Ken Paxton |
| | Attorney General of Texas |
| | Brent Webster |
| | First Assistant Attorney General |
| | Ralph Molina |
| | Deputy Attorney General for Legal Strategy |
| | Ryan Kercher |
| | Chief, Special Litigation Division |

*/s/ Savannah Stroud*

Shaina M. H. Swanson
Texas Bar No. 24113500
shaina@txconstructionlaw.com
Savannah Stroud
Texas Bar No. 24051908
savannah@txconstructionlaw.com
1002 Arbor Park Drive, Suite 100
Belton, Texas 76513
Telephone: (254) 773-8311
Facsimile: (254) 773-9175
***Attorneys for Texas Sterling Construction Co.***

*/s/ Zachary L. Rhines* (with permission)

Zachary L. Rhines
Texas Bar No. 24116957
Zachary.rhines@oag.texas.gov
Munera Al-Fuhaid
Texas Bar No. 24094501
Munera.al-fuhaid@oag.texas.gov
PO Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-2567
Facsimile: (512) 936-0545
***Attorney for State of Texas***

**United States Department of Justice**
Brett Shumate
Assistant Attorney General
Andrew I. Warden
Assistant Branch Director

**Office of the Attorney General**
Catherine L. Hanaway
Attorney General of Missouri

*/s/ Samuel Bean* (with permission)
Samuel Bean
Samuel.b.bean2@usdoj.gov
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20005
Telephone: 202-455-9619
***Counsel for Defendants***

*/s/ Samuel Freedlund* (with permission)
Louis J. Capozzi III, #900187664DC*
Solicitor General
Attorney-in-charge
Louis.capozzi@ago.mo.gov
Samuel Freedlund, #73707MO*
Deputy Solicitor General
Samuel.freedlund@ago.mo.gov
Supreme Court Building 207 West High Street
PO Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-1800
Facsimile: (573) 751-0774
***Counsel for Plaintiff State of Missouri***

**PNT Law Firm**

<table>
<tr><td>

*/s/ Christopher L. Peele* (with permission)
Austin R. Nimocks
Texas Bar No. 24002695
S.D. Tex. Bar No. 2972032
Austin@pntlawfirm.com
Christopher L. Peele
Texas Bar No. 24013308
S.D. Tex. Bar No. 31519
chris@pntlawfirm.com
206 Wild Basin Rd. S.
Bldg. A, Ste. 206
Austin, Texas 78746
Telephone: (512) 522-4893
**Counsel for Plaintiffs Texas General Land Office and Commissioner Dawn Buckingham, M.D.**

</td><td>

*/s/ David A. Donatti*
David A. Donatti (Bar No. 24097612)
Adriana C. Pinon (Bar No. 24089768)
American Civil Liberties Union of Texas
PO Box 8306
Houston, Texas 77288
Telephone: (713) 942-8146
ddonatti@aclutx.org
apinon@aclutx.org

Cecillia D. Wang
My Khanh Ngo
American Civil Liberties Union Foundation
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 343-0775
cwang@aclu.org
mngo@aclu.org

</td></tr>
</table>

**Bradley Arant Boult Cummings LLP**

<table>
<tr><td>

*/s/ R. Sumner Fortenberry*
Scott Burnett Smith
Texas Bar No. 24119040
S.D. Tex. Bar No. 2923954
Aron C. Beezley (pro hac vice)
D.C. Bar No. 1004904
Colorado Bar No. 40675
R. Sumner Fortenberry (pro hac vice)
Mississippi Bar No. 106292
sfortenberry@bradley.com
One Jackson Place
188 E Capitol Street, Ste 1000
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
**Counsel for Randy Kinder Excavating d/b/a RKE Contractors and Posillico Civil Ins. Coastal Environmental Group Inc. d/b/a Southern Border Constructors**

</td><td>

Gloria D. Smith**
Sierra Club Environmental Law Program
2102 Webster Street, Suite 1300
Okland, CA 94612
Telephone: (415) 9777-5532
Gloria.smith@sierraclub.org
Richardo A. Garza***
Bar No. 24109912
S.D. Tex. Bar. No. 3336127
Southern Border Communities Coalition
Alliance San Diago
PO Box 2436
McAllen, Texas 78502
Telephone: (956) 605-5917
Ricky@alliancesd.org

**Counsel for American Civil Liberties Union**

**\*\* Attorney for Sierra Club only**

**\*\*\* Attorney for Southern Border Communities Coalition only**

</td></tr>
</table>