IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>　　　　　　　Defendants. | No. 7:21-cv-00272<br>(formerly No. 6:21-cv-00052) |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>　　　　　　　Defendants. | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE**

Pending before the Court is the parties' joint proposed briefing schedule to resolve the dispute over the mootness of this matter. Upon consideration of the proposed briefing schedule, the record, and the applicable law, it is hereby ORDERED that the parties shall submit their briefs according to the following schedule:

1

- March 2, 2026: Federal Defendants' motion to dismiss;

- March 9, 2026: Intervenors' motion(s) to dismiss (if they choose to file such a motion);

- April 9, 2026: Plaintiffs' consolidated response;

- April 27, 2026: Federal Defendants' and Intervenors' replies.

The Court further ORDERS that this briefing shall be limited to the issue of mootness based on Plaintiffs' operative pleadings and the existing record, and that participation in this briefing does not waive any party's or intervenor's ability to raise other jurisdictional defenses, merits arguments, or procedural defenses in subsequent proceedings, should any claims remain.

Signed this _____ day of _____ 2026.

_____
Hon. Drew B. Tipton
United States District Judge