UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>　　　　　Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al*.,<br><br>　　　　　Defendants-Intervenors. | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>　　　　　Defendants<br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, | Civil Action No. 7:21-cv-00420 (formerly No. 6:21-cv-00052) |

Defendants-Intervenors.

## ORDER

Pending before the Court is Defendants' Motion to Dismiss. (Dkt. No. 287). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED and that the complaint in *The General Land Office of the States of Texas, et al. v. Trump, et al.*, No. 7:21-cv-272, is hereby DISMISSED.

It is SO ORDERED.

Signed this ___ of _____, 20__.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**