## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, Plaintiffs,<br>    *v.*<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, Defendants<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, Defendants-Intervenors | Civil Action No. 7:21-cv-00272 |
| THE STATE OF MISSOURI; THE STATE OF TEXAS, Plaintiffs,<br>    *v.*<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,* Defendants.<br><br>*and*<br><br>SIERRA CLUB, SOUTHERN BORDER COMMUNITIES COALITION, RANDY KINDER EXCAVATING, INC., *et al.*, Defendants Intervenors | Civil Action No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |

**[PROPOSED] ORDER GRANTING SCDI'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Before the Court are the Defendants' and Defendants-Intervenors' Motions to Dismiss (collectively, "Motions"), both seeking dismissal of the above-captioned consolidated actions for lack of subject matter jurisdiction on grounds of mootness. The Court has considered the Motions, any responses and replies thereto, and the full record in this matter. For the reasons stated therein, the Motions are GRANTED. Plaintiffs' Complaints are hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. All pending motions are DENIED AS MOOT. The Clerk of Court is directed to close these cases. SO ORDERED.

Signed this _____ day of _____ 2026.

_____

Hon. Drew B. Tipton
United States District Judge