IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and DAWN BUCKINGHAM, M.D., *in her official capacity as Commissioner of the Texas General Land Office*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, *in her official capacity as Secretary of the United States Department. of Homeland Security*,<br><br>    Defendants,<br><br>and<br><br>TEXAS STERLING CONSTRUCTION CO., et al.<br><br>    Intervenor-Defendants. | Civil Action No.: 7:21-CV-00272 |
| STATE OF MISSOURI; STATE OF TEXAS,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States of America*; et al.,<br><br>    Defendants,<br><br>and<br><br>TEXAS STERLING CONSTRUCTION CO., et al.<br><br>    Intervenor-Defendants. | Civil Action No. 7:21-CV-00420 |

1

## ORDER

Pending before the Court is Intervenor-Defendants' Motion to Dismiss. (Dkt. No. 289). After reviewing the Motion, the Response, the record and the applicable law, the Court if of the opinion that it should be GRANTED and that the complaint in *The General Land Office of the State of Texas, et al. v. Trump, et al.,* No. 7:21-cv-272, is hereby DISMISSED.

It is SO ORDERED.

Signed this _____ of _____, 2026.

_____
**Drew B. Tipton**
**UNITED STATES DISTRICT JUDGE**