**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS, <br><br>       Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.* <br><br>       Defendants. <br><br> *and* <br><br> SIERRA CLUB, *et al.* <br><br>      Defendants-Intervenors | No. 7:21-cv-00420 <br> (formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office, <br><br>       Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, <br><br>       Defendants. <br> *and* <br><br> SIERRA CLUB, *et al.* <br><br>      Defendants-Intervenors | No. 7:21-cv-00272 |

1

### THE STATE OF MISSOURI'S UNOPPOSED MOTION TO WITHDRAW SAMUEL C. FREEDLUND AS COUNSEL

The State of Missouri hereby moves to withdraw Samuel C. Freedlund as counsel for the State of Missouri in the above-captioned case. Undersigned counsel requests leave to withdraw due to his forthcoming departure from the Missouri Attorney General's Office. No party will be prejudiced by the withdrawal, as the State of Missouri will continue to be represented by counsel from the Missouri Attorney General's Office already entered in the case, including Louis Capozzi III and William Seidleck.

For the reasons stated above, Plaintiff the State of Missouri respectfully requests that the Court grant this motion to withdraw Samuel C. Freedlund as counsel in this case.

Dated:    April 30, 2026

Respectfully submitted,

CATHERINE L. HANAWAY
Attorney General

*/s/ Samuel C. Freedlund*
Samuel C. Freedlund #73707MO
*Deputy Solicitor General*
Office of the Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Samuel.Freedlund@ago.mo.gov
*Attorney for the State of Missouri*

2

## CERTIFICATE OF CONFERENCE

As required by Local Rule LR7.2, I certify that I have conferred with opposing counsel for all parties regarding this motion. No party has expressed opposition to this motion.

*/s/ Samuel C. Freedlund*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ Samuel C. Freedlund*