## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>　　　　　　Defendants.<br><br>*and*<br><br>SIERRA CLUB, *et al.*<br><br>　　　　Defendants-Intervenors | No. 7:21-cv-00420<br>(formerly No. 6:21-cv-00052) |
| THE GENERAL LAND OFFICE OF TEXAS, and DAWN BUCKINGHAM, M.D., in her official capacity as Commissioner of the Texas General Land Office,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,<br><br>　　　　　　Defendants.<br>*and*<br><br>SIERRA CLUB, *et al.*<br><br>　　　　Defendants-Intervenors | No. 7:21-cv-00272 |

1

## <u>ORDER GRANTING UNOPPOSED WITHDRAW AS COUNSEL</u>

On this day, the Court considered Plaintiff the State of Missouri's Motion to Withdraw Samuel C. Freedlund as Counsel in this case. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Missouri's Motion to Withdraw Samuel C. Freedlund as Counsel in this case is GRANTED. Samuel C. Freedlund is hereby withdrawn as counsel of record for Plaintiff the State of Missouri.

**SO ORDERED.**

_____, 2025

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE