# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br>　　　*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,<br>　　　*Defendants*. | § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00272 |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br>　　　*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>　　　*Defendants*. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00420 |

### ORDER GRANTING STATE OF TEXAS'S UNOPPOSED MOTION
### TO WITHDRAW ZACHARY RHINES AS COUNSEL

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Zachary Rhines as counsel of record. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Zachary Rhines is hereby withdrawn as counsel of record for State of Texas.

SO ORDERED and SIGNED this _____ day of _____, 2026.


_____
DREW B. TIPTON
United States District Judge

2