**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH in his official capacity as Commissioner the Texas General Land Office, | § § § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 7:21-cv-00272 |
| VS. | § § | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official Capacity as Secretary of the Department of Homeland Security, | § § § § § § | |
| Defendants, | § | |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS | § § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION: 1:21-CV-00420 (formerly No. 6:21-cv-00052) |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al | § § | |
| Defendants, | § § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Daniel Hu, one of the attorneys for the federal defendants, will retire on June 26, 2026, from the United States Attorney's Office.  He seeks permission to withdraw as counsel of record for the federal defendants. Other Department of Justice attorneys have appeared in this case and

will represent federal defendants.  Daniel Hu has reached out to counsel for the other  parties in this case and they do not oppose his withdrawal.

Therefore, Daniel Hu moves to withdraw as counsel.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

By:   /s/ Daniel D. Hu
      DANIEL D. HU
      Assistant United States Attorney
      State Bar No. 10131415
      S.D. I.D. 7959
      Southern District of Texas
      1000 Louisiana, Suite 2300
      Houston, TX 77002
      713-567-9000 (PHONE)
      713-718-3300 (FAX)
      E-mail: Daniel.Hu@usdoj.gov

      Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion to Withdraw as

Counsel was filed via ECF on June 23, 2026.

/s/ Daniel D. Hu
DANIEL D. HU
Assistant United States Attorney