## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

THE GENERAL LAND OFFICE OF THE §
STATE OF TEXAS, and GEORGE P. §
BUSH in his official capacity as §
Commissioner the Texas General Land §
Office, §
§
            Plaintiffs, §
§
VS. §    CIVIL ACTION NO. 7:21-cv-00272
§
UNITED STATES DEPARTMENT OF §
HOMELAND SECURITY; and §
ALEJANDRO MAYORKAS, in his official §
Capacity as Secretary of the Department of §
Homeland Security, §
§
            Defendants, §

---

THE STATE OF MISSOURI; THE §
STATE OF TEXAS §
§
            Plaintiffs §
§
VS. §    CIVIL ACTION: 1:21-CV-00420
§    (formerly No. 6:21-cv-00052)
JOSEPH R. BIDEN, in his official capacity §
as President of the United States, et al §
§
            Defendants, §

## **ORDER**

Daniel Hu's motion to withdraw is granted and the clerk shall withdraw him as counsel from the

docket.

                          _____
                          Drew B Tipton
                          United States District Judge