United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH in his official capacity as Commissioner the Texas General Land Office, | § § § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:21-cv-00272 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official Capacity as Secretary of the Department of Homeland Security, | § § § § § § § | |
| Defendants, | § | |

| | | |
|---|---|---|
| THE STATE OF MISSOURI; THE STATE OF TEXAS | § § § | |
| Plaintiffs | § § | |
| VS. | § § § | CIVIL ACTION: 1:21-CV-00420 (formerly No. 6:21-cv-00052) |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al | § § § | |
| Defendants, | § § | |

**ORDER**

Daniel Hu's motion to withdraw is granted and the clerk shall withdraw him as counsel from the

docket.

June 23, 2026

_Drew B Tipton_
Drew B Tipton
United States District Judge