United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS §<br>and §<br>DAWN BUCKINGHAM, M.D. §<br>and §<br>POSILLICO CIVIL INC. COASTAL ENVIRONMENTAL GROUP INC. DOING BUSINESS AS SOUTHERN BORDER CONSTRUCTORS §<br>and §<br>RANDY KINDER EXCAVATING, INC., DOING BUSINESS AS RKE CONTRACTORS §<br>and §<br>DIAMOND A RANCH §<br>and §<br>WESTERN DIVISION L.L.C. §<br>and §<br>GUADALUPE RANCH CORPORATION §<br>and §<br>TEXAS STERLING CONSTRUCTION CO. §<br>and §<br>SIERRA CLUB §<br>and §<br>SOUTHERN BORDER COMMUNITIES COALITION, §<br>§<br>    Plaintiffs, §<br>§<br>VS. §<br>§<br>JOSEPH R. BIDEN §<br>and §<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY §<br>and §<br>ALEJANDRO MAYORKAS, §<br>§<br>    Defendants. § | Civil Case No. 7:21-CV-00272 |

## ORDER

Pending before the Court is the Unopposed Motion to Withdraw as Attorney filed by Samuel Bean. (Dkt. No. 300). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**. Attorney Samuel Bean is removed as counsel of record.

It is SO ORDERED.

Signed on June 26, 2026.

 

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**