United States District Court
Southern District of Texas

**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:21-cv-00272 |
|---|---|---|---|

| The General Land Office of the State of Texas, et al., |
|---|

| *versus* |
|---|

| United States Department of Homeland Security, et al. |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | J. Michael Patton<br>Office of Missouri Attorney General<br>615 E. 13th Street, Suite 401<br>Kansas City, MO 64106<br>(816) 889-2250<br>Michael.Patton@ago.mo.gov<br>State of Missouri #76490<br>Missouri #76490MO |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __     __   No ___ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:<br>7/30/2026 | Signed:           /s/ J. Michael Patton |
|---|---|

| The state bar reports that the applicant's status is:   Good Standing |
|---|
| Dated:  07/31/2026 | Clerk's signature   *Karen Lopez* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|
| Dated:   July 31, 2026 | *Drew B Tipton*<br>United States District Judge |

*The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 8/8/2024,

## *John Michael Patton*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 16th day of July, 2026.

*Betsy Ledgerwood*

Clerk of the Supreme Court of Missouri