## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al., | ) ) ) | |
| *Plaintiffs,* | ) | |
| -vs- | ) | No. 7:21-cv-00272 |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| *Defendants* | ) | |

## ENTRY OF APPEARANCE

Deputy Solicitor General J. Michael Patton hereby enters his appearance on

behalf of Plaintiff State of Missouri.


Dated: August 4, 2026          Respectfully submitted,

          **CATHERINE L. HANAWAY**

          Attorney General

          /s/ *J. Michael Patton*
          J. Michael Patton, #76490
            *Deputy Solicitor General*
          615 E. 13th Street, Suite 401
          Kansas City, Missouri 64106
          (816) 889-2250 Phone
          (573) 751-0774 Fax
          Michael.Patton@ago.mo.gov

          *Counsel for Plaintiff*
          *State of Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, the above was filed electronically through the Court's electronic filing system to be served electronically on all parties.

*/s/ J. Michael Patton*