**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity of President of the United States*, et al.,<br><br>Defendants. | Case No. 7:21-cv-00272 |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.2, undersigned counsel respectfully notices his withdrawal from the above-captioned matter. Undersigned counsel's last day of employment with the Department of Justice is August 21, 2026. Defendants continue to be represented by counsel from the Department of Justice, including counsel that have already appeared in this matter. Undersigned counsel conferred with counsel of record on this motion as required by Local Rule 7, and the relief sought is unopposed.

A proposed order is attached.

Dated: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)

Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm. #12002
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*