**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

GENERAL LAND OFFICE OF THE STATE OF TEXAS, et al.

Plaintiffs,

v.

DONALD J. TRUMP, *in his official capacity of President of the United States*, et al.,

Defendants.

Case No. 7:21-cv-00272

**PROPOSED ORDER**

For the reasons stated in the Unopposed Motion for Withdrawal of Counsel, the Court hereby ORDERS that the motion be GRANTED.

SO ORDERED.

______________________________
DREW B. TIPTON
United States District Judge