**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security,<br>*Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00272 |

---

| | | |
|---|---|---|
| THE STATE OF MISSOURI; and THE STATE OF TEXAS,<br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 7:21-cv-00420 |

## STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW RYAN KERCHER AS COUNSEL

Plaintiff, the State of Texas (Texas), files this Unopposed Motion to Withdraw Ryan G. Kercher as counsel of record in this matter.

Mr. Kercher has accepted a position outside the Office of the Attorney General of Texas, and Texas respectfully requests that he be withdrawn as its counsel. Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

Dated August 28, 2026

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division
Texas Bar No. 24123966
Southern Dist. No. 882329
ryan.kercher@oag.texas.gov

*/s/ Munera Al-Fuhaid*
**MUNERA AL-FUHAID**
Special Counsel
Texas State Bar No. 24094501
Southern Dist. No. 3379673
Munera.al-fuhaid@oag.texas.gov

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

**COUNSEL FOR PLAINTIFF**
**STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

I certify that on August 19, 2026, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Munera Al-Fuhaid*
MUNERA AL-FUHAID

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 28, 2026, and that all counsel of record were served by CM/ECF.

*/s/ Munera Al-Fuhaid*
MUNERA AL-FUHAID