United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office, *Plaintiffs*, | § § § § § § | |
| v. | § § | Civil Action No. 7:21-cv-00272 |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, *Defendants*. | § § § § § § § § | |

---

| | | |
|---|---|---|
| THE STATE OF MISSOURI; and THE STATE OF TEXAS, *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action No. 7:21-cv-00420 |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; THE UNITED STATES OF AMERICA; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY A. MILLER, in his official capacity as Acting Commissioner of the United States Customs and Border Protection; and UNITED STATES CUSTOMS AND BORDER PROTECTION, *Defendants*. | § § § § § § § § § § § § § § | |

**ORDER GRANTING STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW RYAN KERCHER AS COUNSEL**

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Ryan Kercher as counsel of record. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Ryan Kercher is hereby withdrawn as counsel of record for State of Texas.

SO ORDERED and SIGNED this 29th day of September, 2026.

Drew B Tipton

DREW B. TIPTON
United States District Judge